## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 21-mj-356 |
| | : | |
| **VICTORIA CHARITY WHITE,** | : | |
| | : | |
| Defendant, | : | |
| | : | |

## ORDER

Upon review of the United States' Motion to Continue and to Exclude Time Under the Speedy Trial Act, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Status Hearing currently scheduled for August 20, 2021 be continued 31 days to September 20, 2021 at 1:00 p.m. before Magistrate Judge Faruqui; and it is further

**ORDERED** that the time between August 20, 2021 and September 20, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, given the scope and complexity of the anticipated discovery, as the continuance will provide the parties with additional time to further engage in the discovery process.

_____
Robin M. Meriweather
United States Magistrate Judge