UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                 **Case No. 1:21-cr-00563 (JDB)**

      -against-

                                             NOTICE OF APPEARANCE

VICTORIA WHITE,

                            Defendant.
-------------------------------------------------------------X

     Please Take Notice that the above-named Defendant, Victoria White has retained The McBride Law Firm, PLLC, to represent her in the above captioned matter, and respectfully demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:    New York, New York
            December 13, 2021

                                            Respectfully Submitted,

                                            /s/ *Joseph D. McBride, Esq.*
                                            _____

                                            JOSEPH D. MCBRIDE, ESQ.
                                            ***Attorney for the Defendant***
                                            D.C. DIST. CT. BAR ID: NY0403
                                            THE MCBRIDE LAW FIRM, PLLC
                                            99 Park Avenue, 6th Floor
                                            New York, NY 10016
                                            *Phone:* 917.757.9537
                                            *Email:* jmcbride@mcbridelawnyc.com