IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>v.<br><br>**VICTORIA CHARITY WHITE,**<br><br>*Defendant*. | **Case No. 21-cr-00563 (JDB)** |

## MOTION TO WITHDRAW AS COUNSEL

Joseph D. McBride, Esq., attorney of record for VICTORIA CHARITY WHITE, the defendant in the above-captioned case, respectfully moves this Honorable Court for an order allowing undersigned counsel to withdraw as attorney of record.

## STATEMENT OF FACTS

On June 1, 2022, Ms. White privately terminated undersigned counsel in writing via text message and then published said termination on Twitter. Undersigned counsel has made multiple unsuccessful attempts to speak to Ms. White since that time, including calling her on June 21, 2022, at 8:50 PM, EST.

WHEREFORE, it is respectfully requested that considering the abovementioned facts, this court issue an order permitting undersigned counsel to withdraw as attorney of record, and by doing so relieve him of any further obligation to this case.

Dated: New York, New York
      June 21, 2022

Respectfully Submitted,

*/s/ Joseph D. McBride, Esq.*
99 Park Avenue
6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com