IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )    CR No. 21-563
       vs.                       )    Washington, D.C.
                                 )    June 22, 2022
VICTORIA CHARITY WHITE,          )    10:00 a.m.
                                 )
          Defendant.             )
_____)
```

TRANSCRIPT OF STATUS HEARING VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE JOHN D. BATES
UNITED STATES SENIOR DISTRICT JUDGE

APPEARANCES:

For the Government:          Christopher Amore
                             DOJ-USAO
                             District of New Jersey
                             970 Broad Street
                             Ste 700
                             Newark, NJ 07102
                             (973) 645-2757
                             Email:
                             christopher.amore@usdoj.gov


For the Defendant:           Joseph Daniel McBride
                             THE MCBRIDE LAW FIRM, PLLC
                             99 Park Avenue
                             25th Floor
                             New York, NY 10016
                             (917) 757-9537
                             Email:
                             jmcbride@mcbridelawnyc.com

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               U.S. Courthouse
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S

 2              COURTROOM DEPUTY:  Good morning, Your Honor.

 3              The United States District Court for the District

 4   of Columbia is now in session, the Honorable Judge D. Bates

 5   presiding.  Please come to order.

 6              Your Honor, this morning this is scheduled for a

 7   video status hearing.  We have Criminal Case No. 21-563.

 8   It is the United States of America v. Victoria Charity

 9   White.

10              May I get counsel for the government to please

11   identify himself for the record.

12              MR. AMORE:  Good morning, Your Honor.

13   Christopher Amore, Assistant U.S. Attorney for the

14   United States.

15              THE COURT:  Good morning, Mr. Amore.

16              COURTROOM DEPUTY:  Can I get counsel for the

17   defendant, Mr. McBride, to identify himself for the record.

18              MR. McBRIDE:  Good morning, Your Honor.

19   Joseph McBride on behalf of Ms. White.

20              THE COURT:  Good morning, Mr. McBride.

21              COURTROOM DEPUTY:  And can I get Ms. White to

22   state her name for the record and verify that she is able to

23   both see and hear the judge and the two attorneys.  And I

24   had her there a second ago.

25              THE DEFENDANT:  Victoria White.
```

1          THE COURT:  Good morning, Ms. White.

2          COURTROOM DEPUTY:  Can you see and hear the judge

3  and the two attorneys, Ms. White?

4          THE DEFENDANT:  Good morning, Your Honor.

5          THE COURT:  It seems like she can, Mr. Haley.

6          COURTROOM DEPUTY:  That's everyone, Your Honor.

7          THE COURT:  All right.  Thank you.

8          We have a motion to withdraw that was filed either

9  yesterday or this morning, Mr. McBride, and I guess we need

10  deal with that and perhaps only that today.

11          Let me just ask Ms. White to confirm that she

12  wishes no longer to be represented by Mr. McBride.

13  Is that correct, Ms. White?

14          THE DEFENDANT:  That is absolutely correct,

15  Your Honor.

16          THE COURT:  All right.

17          Mr. McBride, what would you like to say?  I know

18  that you've made a request in connection with that, but what

19  would you like to inform the Court of?

20          MR. McBRIDE:  Your Honor, thank you for hearing me

21  this morning.

22          I would like to inform the Court that Ms. White

23  has expressed to me that she wishes to terminate my services

24  in terms of representing her as attorney and counselor.

25          She's provided that me to in writing.  And she's

1    been consistent with that despite any efforts to

2    rehabilitate the relationship.  So because of that,

3    I'm going to respectfully ask that Your Honor issue an order

4    relieving me of my services and allowing me to withdraw as

5    counsel.

6              THE COURT:  Now, Ms. White, that raises the

7    question of your representation moving forward, if

8    Mr. McBride is permitted to be withdrawn from this case.

9              Do you have new counsel that you are retaining or

10   what is your situation?

11             Or, Mr. McBride, if you wish to address that, if

12   you have knowledge of it, you may.

13             Ms. White.

14             THE DEFENDANT:  If I may, Your Honor, seeing as

15   both of the attorneys that I had paid for out of funding are

16   proven grifters, and I'm just fed up and I would like to

17   just go pro se.

18             THE COURT:  Well, Ms. White, you have a right to

19   do that.  But I would counsel you against that.  And I would

20   need to advise you that it's not recommended that one

21   represent oneself pro se in criminal proceedings.

22             I assume that we're in a situation where Ms. White

23   is not able to be represented by either a Criminal Justice

24   Act attorney or the Federal Public Defender; in other words,

25   she can't afford to retain representation; is that correct,

1   Ms. White and Mr. McBride?

2              THE DEFENDANT:  That I can or that I can't?

3              THE COURT:  That you can.

4              THE DEFENDANT:  Oh, I personally financially

5   can't.  It was money that I was encouraged to raise from

6   hard-working individuals.

7              THE COURT:  I understand.

8              All right.  Mr. McBride, I think what I need to

9   do, if I'm going to let you out, and it seems like the

10  relationship is such that I need to let you out, I need to

11  take steps to see if Ms. White is going to continue this

12  case pro se or if either she is eligible for representation

13  from counsel from the Federal Public Defender or Criminal

14  Justice Act attorney or if she's going retain new attorneys.

15             So maybe the best thing to do is to ask you again,

16  Ms. White, is it your judgment that, no matter what, you

17  just want to proceed pro se?

18             THE DEFENDANT:  Yep, I just want to proceed pro se

19  no matter what.

20             THE COURT:  And I don't want you to answer this

21  question in depth, but is it your desire at this time to

22  proceed to trial or are you hopeful of proceeding to a

23  resolution short of trial?

24             THE DEFENDANT:  To trial.

25             THE COURT:  All right.

1          What I'm going to do is have you talk to --

2    I'm going to ask a Federal Public Defender to talk with you

3    about your -- yes, go ahead, Ms. White.

4          THE DEFENDANT:  Sorry to interrupt, Your Honor.

5          I've had a Public Defender.  I just -- I would

6    prefer just to do this myself.

7          THE COURT:  Well, all I was going to say is, I'm

8    going to ask a Federal Public Defender to talk to you, not

9    represent you, but to talk to you to ensure that that's how

10   you would like to proceed.

11         THE DEFENDANT:  It is.

12         THE COURT:  Just so that you get the benefit of a

13   discussion with the Federal Public Defender to ensure that

14   you want to proceed pro se.

15         And then we'll get back together in a week or two.

16   And if you want to proceed pro se, I'll counsel you with

17   respect to that but permit you to proceed pro se if that's

18   what you wish to do.

19         THE DEFENDANT:  Please.

20         THE COURT:  I just would like you to have the

21   benefit of talking to an attorney, who you feel you can get

22   a straight response from, and give you straight, candid

23   advice in your interest, not someone who you've had a

24   relationship with that has not gone well.  And then based on

25   that information, which may well confirm your strong view

1   that you should proceed pro se, we would move forward with

2   you proceeding pro se.

3              Right now we have a trial date set in January.

4              THE DEFENDANT:  Yep.

5              THE COURT:  And I take it that your desire would

6   be to go to trial in January?

7              THE DEFENDANT:  Yes, sir.  Yes, Your Honor.

8              THE COURT:  Okay.

9              THE DEFENDANT:  And I would like -- I don't --

10  I know you mean well, sir, and I respect that.

11             I've done my research.  I have not had access to

12  my discovery.  I have on my own identified the officer that

13  beat me in that tunnel as Lieutenant Bagshaw.  I have done

14  the work.  Me.  I had to do the work because I wasn't

15  allowed my discovery.

16             I have researched.  I know how the law works.

17  I know that everything is stacked against me, especially in

18  federal court in D.C.  I'm not afraid to do this myself.

19             I've followed all these cases.  I have seen how

20  every single one so far of the January 6th trials has ended

21  in unanimously guilty verdicts.

22             If I'm going to win or if I'm going lose, it's

23  going to be with God's help.  And if I win and if it's not

24  God's will, I'm willing to take that risk.

25             I will put everything I have into this myself and

1    do the work.  I am not afraid and I have done the work thus

2    far.

3            THE COURT:  All right.

4            So with that in mind, having that date, we're not

5    going to lose anything by asking you to just take the hour

6    that it will probably take to have this discussion with a

7    Federal Public Defender.

8            You're not going to lose anything.  The case isn't

9    going to be delayed.  You're not going to be prejudiced in

10   any way.  But I just think it would be beneficial for you to

11   have that discussion.  So I'm going to ask you to do that.

12           And in the meantime, we will be releasing

13   Mr. McBride.  But I don't want you to discuss your case any

14   more publicly in this forum with me here and with the

15   Assistant United States Attorney representing the government

16   here, because they should not be knowing -- I'm just going

17   to advise you of this -- they should not be knowing your

18   theory and approach to the case and what evidence you've

19   ascertained.  That's just not something that you need to be

20   sharing with them right now.

21           So what I'm going to do is I'm going to reschedule

22   something in about two weeks.  And in the meantime, I will

23   contact the Federal Public Defender's Office.  I will ask

24   them to be in touch with you.  And they may have to touch

25   base with Mr. McBride in order to be in touch with you.  And

1    to have that conversation.  And then we'll get back together

2    and I'll hear from you and give you the kind of guidance I

3    need to give you in terms of proceeding pro se.  And if it

4    is you desire to proceed pro se, then we're going forward.

5              You may need a little bit of -- the one thing that

6    you should be asking of the Federal Public Defender, just in

7    terms of advice, is, is there further information that you

8    will need to be acquiring -- as a pro se defendant

9    representing yourself, is there further information you need

10   to be acquiring in order to properly defend yourself at

11   trial in January.  So I urge you to ask that question of the

12   Public Defender so that you have any guidance that is

13   helpful there, and then as well, I can give you guidance on

14   that.

15             So, Mr. Amore, is there anything you wish to say

16   on behalf of the government in this situation?

17             MR. AMORE:  No, Your Honor.

18             Just that whatever date you select for our next

19   status conference, the government asks to exclude the time

20   under the Speedy Trial Act between now and that date in the

21   interests of justice.

22             THE COURT:  All right.

23             Mr. McBride, I haven't released you yet, and I may

24   not release you until the next proceeding, but is there

25   anything you wish to say at this time?

1          MR. AMORE:  Mr. McBride, you're muted.

2          THE COURT:  You're muted, Mr. McBride.

3          MR. McBRIDE:  Thank you, Your Honor.

4          For purposes of making a record, I obviously

5     object to the characterizations that were made on the record

6     about my representation.

7          Regarding moving forward, I am at the Court's

8     disposal; I am here waiting your instruction, Your Honor.

9          With regard to the discovery, just a note that

10    until Ms. White either finds a new attorney or is cleared to

11    go pro se, I won't be able to turn over, in essence, the

12    majority of the discovery or the access to discovery because

13    of the protective order in this case, should the Court give

14    me instructions --

15          THE COURT:  You won't be able to turn it over to

16    whom?

17          MR. McBRIDE:  Oh, I can't turn over -- Ms. White

18    has requested for me to turn over the discovery to her at

19    this time.

20          And much of that discovery is encumbered by the

21    protective order in this case, Your Honor, meaning that

22    she's not allowed to have access to it unsupervised, no

23    client is, but with certainly material -- so it's a bit of a

24    gray area there.  So I will await the Court's instruction.

25          I'm assuming if she has another attorney, I can

1    just give the discovery and all the instructions over to

2    that attorney as I would in any other case; or if she is

3    representing herself pro se, then I'll make arrangements

4    with the Department of Justice as to how to turn the

5    discovery over to Ms. White at that time.

6             THE COURT:  All right.  Well, we'll deal with that

7    issue when we are next together.

8             I think it's important that Ms. White have access,

9    full access, to the discovery.  But we won't be able to

10   accomplish that today, Ms. White.

11            Yes, Ms. White?

12            THE DEFENDANT:  I ask that Joseph McBride be

13   removed immediately.  He actually probably should be

14   disbarred.  And I have evidence to back everything I have

15   ever said up.  I have everything.

16            This man is human garbage.  Absolutely.  He's a

17   disgrace.

18            THE COURT:  All right.

19            THE DEFENDANT:  Unethical.  An unethical grifter.

20            And not just that, the way he talks to his clients

21   is absolutely horrendous.

22            THE COURT:  Ms. White.

23            THE DEFENDANT:  Not to mention, he didn't tell me

24   that -- I know I've been sexually assaulted in the hall --

25   I mean, in the tunnel by police officers and he lied and

1  claimed that --

2            THE COURT:  Ms. White, you need to stop.

3            Stop, Ms. White.

4            You need to stop, okay?

5            I understand that you're very upset and very

6  emotional about it, but we're not going to use this record

7  for anyone to disparage anyone else, okay?

8            Now, this is another reason that I think it's

9  important that you talk to a disinterested individual who

10  has knowledge of these proceedings, not of your proceedings

11  but these types of proceedings, and that's why I'm going ask

12  the Federal Public Defender to speak with you.

13            I understand the depth of your concerns and

14  emotions.  And they may well be legitimate.  I don't have

15  any independent knowledge of it.  But I'm going to ask you

16  to raise that with the Federal Public Defender, because

17  you'll get some honest advice as to what you should do and

18  how you should approach this, okay?

19            Mr. McBride is not going to do anything with

20  respect to your case in the meantime.  He is holding that

21  discovery.  He needs to continue to hold that discovery so

22  that it can be provided in the right way to the right

23  people, to you included.

24            Mr. Amore, you're going to have to look carefully

25  at the protective order, and the considerations with respect

1   to the protective order, if Ms. White proceeds pro se,

2   because that protective order may need to be revised or you

3   may need to withdraw it in that circumstance.

4   Do you understand?

5            MR. McBRIDE:  I do, Your Honor.  I understand.

6            THE COURT:  So look carefully at that so we can

7   discuss that as well.

8            Now, we need a new date.  And the new date,

9   looking at my calendar, it is -- today it is the 22nd of

10  June.  That would put us right after the 4th of July if I

11  give two weeks.  And I think I need give two weeks because

12  of that intervening holiday.

13           So I could get together with you at 12:30 on

14  Friday, July 8th.

15           Ms. White, would you be available at that time for

16  another conference by Zoom in the same way this one is being

17  done?

18           THE DEFENDANT:  (Nodding head affirmatively.)

19           THE COURT:  I take it that's a yes.  You're

20  nodding your head yes?

21           You're muted.

22           THE DEFENDANT:  Yes, Your Honor.

23           THE COURT:  All right.

24           And, Mr. Amore, would you be available at 12:30 on

25  July 8th?

1           MR. AMORE:  Yes, Your Honor, I am.

2           THE COURT:  Mr. McBride, I'm going to ask you to

3    keep your calendar open for that date.  Can you keep it open

4    for that date?  And we will let you know whether you're to

5    attend or not to attend.

6           MR. McBRIDE:  Yes, of course, Your Honor.

7           THE COURT:  All right.  So we're going to get

8    together again at 12:30 on July 8.

9           In the meantime, we do have the speedy-trial

10   issue.  And that is just a question whether, Ms. White,

11   under these circumstances, you would consent to the time

12   being excluded from the speedy trial computation.  Now,

13   understand, you have a trial date that's not until January.

14   So the exclusion of time makes sense anyway with that trial

15   date in January.  Would you agree to that exclusion?

16           THE DEFENDANT:  Yes, Your Honor.

17           THE COURT:  All right.

18           Is there any reason that she should not agree to

19   that exclusion in your view, Mr. McBride?

20           MR. McBRIDE:  No, Your Honor.

21           THE COURT:  And, Mr. Amore, do you agree we can

22   exclude time until our next get-together on July 8th?

23           MR. AMORE:  I do, Your Honor.

24           THE COURT:  All right.

25           In the interests of justice for the reasons

discussed here today, I conclude that the interests of the
public and Ms. White are outweighed by the interests of
justice, and the time between now and our next date of
January -- sorry -- of July 8th will be excluded for speedy
trial computation purposes.

Now, let me close by saying, Ms. White,
I understand you're very, very concerned about how these
proceedings have gone thus far, and I respect that, and I
respect your view that you would like to represent yourself
pro se.

And that is your right.  I just want you to have
full information and some additional counseling before we
finally deal with that question.  And we will not be
delaying these proceedings anyway because we have a trial
date that's still a number of months off.

So with that, does the government have anything
further?

MR. AMORE:  No, Your Honor.

THE COURT:  Ms. White, do you have anything
further?

THE DEFENDANT:  No, Your Honor.

THE COURT:  All right.  Thank you.

And, Mr. McBride, I assume you have nothing
further either?

MR. McBRIDE:  No, thank you, Your Honor.

1          THE COURT:  All right.

2          We will, therefore, see you again on July 8th --

3  I keep saying January -- on July 8th at 12:30 by Zoom.

4          Ms. White, you're comfortable doing it by this

5  video process again, rather than appearing in person in

6  court; is that correct?

7          THE DEFENDANT:  That's correct, Your Honor, except

8  for I didn't get the link, I had to call in to your clerk to

9  get the link.

10          THE COURT:  We'll make sure that you get the link

11  this time.  I understand everyone was confused on that.

12          THE DEFENDANT:  Thank you.

13          THE COURT:  I'll see everyone on July 8th.  In the

14  meantime, Mr. McBride -- I'm sorry -- Ms. White, you will be

15  contacted by someone from the Federal Public Defender's

16  Office.

17          And please have -- you can be emotional and

18  passionate, because I understand you are about this, but try

19  to express your views but also hear what you are being told

20  so that you can incorporate that and decide what is best for

21  you, all right?

22          THE DEFENDANT:  Thank you.

23          THE COURT:  See you all on July 8th.  Thank you.

24          (Proceedings concluded at 10:21 a.m.)

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

       Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.



Date:__July 11, 2022_____      _____

                                  William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [5]** 3/2 3/16 3/21 4/2 4/6
**MR. AMORE: [6]** 3/12 10/17 11/1 15/1 15/23 16/18
**MR. McBRIDE: [8]** 3/18 4/20 11/3 11/17 14/5 15/6 15/20 16/25
**THE COURT: [39]**
**THE DEFENDANT: [24]**

**0**

07102 [1]  1/14

**1**

10016 [1]  1/19
10:00 [1]  1/6
10:21 [1]  17/24
11 [1]  18/10
12:30 [4]  14/13 14/24 15/8 17/3
19 [1]  18/6

**2**

20001 [1]  2/5
202 [1]  2/5
2022 [2]  1/5 18/10
21-563 [2]  1/4 3/7
22 [1]  1/5
22nd [1]  14/9
25th [1]  1/19
2757 [1]  1/15

**3**

3249 [1]  2/5
333 [1]  2/4
354-3249 [1]  2/5

**4**

4th [1]  14/10

**5**

563 [2]  1/4 3/7

**6**

645-2757 [1]  1/15
6th [1]  8/20

**7**

700 [1]  1/14
757-9537 [1]  1/20

**8**

8th [8]  14/14 14/25 15/22 16/4 17/2 17/3 17/13 17/23

**9**

917 [1]  1/20
9537 [1]  1/20
970 [1]  1/13
973 [1]  1/15
99 [1]  1/18

**A**

a.m [2]  1/6 17/24

about [6]  7/3 9/22 11/6 13/6 16/7 17/18
above [1]  18/4
above-titled [1]  18/4
absolutely [3]  4/14 12/16 12/21
access [5]  8/11 11/12 11/22 12/8 12/9
accomplish [1]  12/10
acquiring [2]  10/8 10/10
Act [3]  5/24 6/14 10/20
actually [2]  12/13
additional [1]  16/12
address [1]  5/11
advice [3]  7/23 10/7 13/17
advise [2]  5/20 9/17
affirmatively [1]  14/18
afford [1]  5/25
afraid [2]  8/18 9/1
after [1]  14/10
again [4]  6/15 15/8 17/2 17/5
against [2]  5/19 8/17
ago [1]  3/24
agree [3]  15/15 15/18 15/21
ahead [1]  7/3
aided [1]  2/7
all [19]
all right [4]  4/16 10/22 12/18 17/21
allowed [2]  8/15 11/22
allowing [1]  5/4
also [1]  17/19
am [4]  9/1 11/7 11/8 15/1
AMERICA [1]  1/3 3/8
Amore [7]  1/12 3/13 3/15 10/15 13/24 14/24 15/21
another [3]  11/25 13/8 14/16
answer [1]  6/20
any [7]  5/1 9/10 9/13 10/12 12/2 13/15 15/18
anyone [2]  13/7 13/7
anything [7]  9/5 9/8 10/15 10/25 13/19 16/16 16/19
anyway [2]  15/14 16/14
APPEARANCES [2]  1/11 1/21
appearing [1]  17/5
approach [2]  9/18 13/18
are [7]  5/9 5/15 6/22 12/7 16/2 17/18 17/19
area [1]  11/24
arrangements [1]  12/3
as [10]  4/24 5/4 5/14 8/13 10/8 10/13 12/2 12/4 13/17 14/7
ascertained [1]  9/19

7/2 7/8 9/11 9/23 10/11 12/12 13/11 13/15 15/2
asking [2]  9/5 10/6
asks [1]  10/19
assaulted [1]  12/24
Assistant [2]  3/13 9/15
**Assistant U.S. Attorney** [1]  3/13
**Assistant United States Attorney** [1]  9/15
assume [2]  5/22 16/23
assuming [1]  11/25
attend [2]  15/5 15/5
attorney [9]  3/13 4/24 5/24 6/14 7/21 9/15 11/10 11/25 12/2
attorneys [4]  3/23 4/3 5/15 6/14
available [2]  14/15 14/24
Avenue [2]  1/18 2/4
await [1]  11/24

**B**

back [3]  7/15 10/1 12/14
Bagshaw [1]  8/13
base [1]  9/25
based [1]  7/24
BATES [2]  1/9 3/4
be [31]
beat [1]  8/13
because [9]  5/2 8/14 9/16 11/12 13/16 14/2 14/11 16/14 17/18
been [2]  5/1 12/24
before [2]  1/9 16/12
behalf [2]  3/19 10/16
being [3]  14/16 15/12 17/19
beneficial [1]  9/10
benefit [2]  7/12 7/21
best [2]  6/15 17/20
between [2]  10/20 16/3
bit [2]  10/5 11/23
both [2]  3/23 5/15
Broad [1]  1/13

**C**

calendar [2]  14/9 15/3
call [1]  17/8
can [15]  3/16 3/21 4/2 4/5 6/2 6/3 7/21 10/13 11/25 13/22 14/6 15/3 15/21 17/17 17/20
can't [4]  5/25 6/2 6/5 11/17
candid [1]  7/22
carefully [2]  13/24 14/6
case [10]  3/7 5/8 6/12 9/8 9/13 9/18 11/13 11/21 12/2 13/20
cases [1]  8/19
certainly [1]  11/23
Certified [1]  2/3
certify [1]  18/2

characterized [1]  11/5
CHARITY [1]  1/6 3/8
Christopher [2]  1/12 3/13
**Christopher Amore** [1]  3/13
christopher.amore [1]  1/16
circumstance [1]  14/3
circumstances [1]  15/11
claimed [1]  13/1
cleared [1]  11/10
clerk [1]  17/8
client [1]  11/23
clients [1]  12/20
close [1]  16/6
COLUMBIA [1]  1/1 3/4
come [1]  3/5
comfortable [1]  17/4
computation [2]  15/12 16/5
computer [1]  2/7
computer-aided [1]  2/7
concerned [1]  16/7
concerns [1]  13/13
conclude [1]  16/1
concluded [1]  17/24
conference [2]  10/19 14/16
confirm [2]  4/11 7/25
confused [1]  17/11
connection [1]  4/18
consent [1]  15/11
considerations [1]  13/25
consistent [1]  5/1
Constitution [1]  2/4
contact [1]  9/23
contacted [2]  17/15
continue [2]  6/11 13/21
CONTINUED [1]  2/1
conversation [1]  10/1
correct [6]  4/13 4/14 5/25 17/6 17/7 18/3
could [1]  14/13
counsel [7]  3/10 3/16 5/5 5/9 5/19 6/13 7/16
counseling [1]  16/12
counselor [1]  4/24
course [1]  15/6
court [10]  1/1 2/2 2/3 3/3 4/19 4/22 8/18 11/13 17/6 18/7
Court's [2]  11/7 11/24
Courthouse [1]  2/4
COVID [1]  18/6
COVID-19 [1]  18/6
CR [1]  1/4
criminal [4]  3/7 5/21 5/23 6/13
CRR [2]  18/2 18/11

**D**

D. [1]  3/4

D.C [3]  1/5 2/5 8/18
Daniel [1]  1/17
date [13]  8/3 9/4 10/18 10/20 14/8 14/8 15/3 15/4 15/13 15/15 16/3 16/15 18/10
deal [3]  4/10 12/6 16/13
decide [1]  17/20
defend [1]  10/10
defendant [4]  1/7 1/17 3/17 10/8
Defender [2]  5/24 6/13 7/2 7/5 7/8 7/13 9/7 10/6 10/12 13/12 13/16
Defender's [2]  9/23 17/15
delayed [1]  9/9
delaying [1]  16/14
Department [1]  12/4
depth [2]  6/21 13/13
desire [3]  6/21 8/5 10/4
despite [1]  5/1
didn't [2]  12/23 17/8
disbarred [1]  12/14
discovery [12]  8/12 8/15 11/9 11/12 11/12 11/18 11/20 12/1 12/5 12/9 13/21 13/21
discuss [2]  9/13 14/7
discussed [1]  16/1
discussion [3]  7/7 9/6 9/11
disgrace [1]  12/17
disinterested [1]  13/9
disparage [1]  13/7
disposal [1]  11/8
DISTRICT [6]  1/1 1/1 1/10 1/13 3/3 3/3
District Court [1]  3/3
do [20]
do you [1]  15/21
do you have [1]  16/19
Do you understand [1]  14/4
does [1]  16/16
doing [1]  17/4
DOJ [1]  1/12
DOJ-USAO [1]  1/12
don't [4]  6/20 8/9 9/13 13/14
done [4]  8/11 8/13 9/1 14/17
during [1]  18/5

**E**

efforts [1]  5/1
either [5]  4/8 5/23 6/12 11/10 16/24
eligible [1]  6/12
else [1]  13/7
Email [2]  1/15 1/20
emotional [1]  13/6 17/17
emotions [1]  13/14
encouraged [1]  6/5
encumbered [1]  11/20

**E**

ended [1] 8/20
ensure [2] 7/9 7/13
especially [1] 8/17
essence [1] 11/11
ever [1] 12/15
every [1] 8/20
everyone [3] 4/6 17/11
17/13
everything [4] 8/17
8/25 12/14 12/15
evidence [2] 9/18
12/14
except [1] 17/7
exclude [2] 10/19
15/22
excluded [2] 15/12
16/4
exclusion [3] 15/14
15/15 15/19
express [1] 17/19
expressed [1] 4/23

**F**

far [3] 8/20 9/2 16/8
fed [1] 5/16
federal [12] 5/24 6/13
7/2 7/8 7/13 8/18 9/7
9/23 10/6 13/12 13/16
17/15
feel [1] 7/21
filed [1] 4/8
finally [1] 16/13
financially [1] 6/4
finds [1] 11/10
FIRM [1] 1/18
Floor [1] 1/19
followed [1] 8/19
foregoing [1] 18/3
forum [1] 9/14
forward [4] 5/7 8/1
10/4 11/7
Friday [1] 14/14
full [2] 12/9 16/12
funding [1] 5/15
further [5] 10/7 10/9
16/17 16/20 16/24

**G**

garbage [1] 12/16
get [14] 3/10 3/16 3/21
7/12 7/15 7/21 10/1
13/17 14/13 15/7 15/22
17/8 17/9 17/10
get-together [1] 15/22
give [8] 7/22 10/2 10/3
10/13 11/13 12/1 14/11
14/11
go [4] 5/17 7/3 8/6
11/11
go ahead [1] 7/3
God's [2] 8/23 8/24
going [27]
gone [2] 7/24 16/8
Good [7] 3/2 3/12 3/15
3/18 3/20 4/1 4/4
Good morning [5] 3/2
3/15 3/20 4/1 4/4

**H**

had [7] 3/24 5/15 7/5
7/23 8/11 8/14 17/8
Haley [1] 4/5
hall [1] 12/24
hard [1] 6/6
hard-working [1] 6/6
has [4] 4/23 7/24 8/20
11/18 11/25 13/10
have [36]
haven't [1] 10/23
having [1] 9/4
he [6] 12/13 12/20
12/23 12/25 13/20
13/21
He's [1] 12/16
head [2] 14/18 14/20
hear [4] 3/23 4/2 10/2
17/19
hearing [1] 1/9 3/7
4/20 18/5
help [1] 8/23
helpful [1] 10/13
her [4] 3/22 3/24 4/24
11/18
here [4] 9/14 9/16 11/8
16/1
herself [1] 12/3
himself [2] 3/11 3/17
his [1] 12/20
hold [1] 13/21
holding [1] 13/20
holiday [1] 14/12
honest [1] 13/17
Honor [27]
HONORABLE [2] 1/9
3/4
hopeful [1] 6/22
horrendous [1] 12/21
hour [1] 9/5
how [6] 7/9 8/16 8/19
12/4 13/18 16/7
human [1] 12/16

**I**

I am [3] 11/7 11/8 15/1
I assume [1] 16/23
I can [3] 6/2 10/13
11/25
I can't [1] 11/17
I didn't [1] 17/8
I don't [1] 8/9
I have [10] 8/11 8/12
8/13 8/16 8/19 8/25 9/1
12/14 12/14 12/15
I just [4] 6/18 7/5 7/20
9/10

I know [4] 4/17 8/10
8/16 8/17
I mean [1] 12/25
I think [4] 6/8 12/8 13/8
14/11
I understand [6] 6/7
13/5 13/13 16/7 17/11
17/18
I was [2] 6/5 7/7
I will [4] 8/25 9/22 9/23
11/24
I would [1] 5/19
I'll [4] 7/16 10/2 12/3
17/13
I'm [19]
I'm going [9] 5/3 6/9
7/1 7/2 9/11 9/21 13/11
13/15 15/2
I'm just [2] 5/16 9/16
I'm not [1] 8/18
I've [4] 7/5 8/11 8/19
12/24
identified [1] 8/12
identify [2] 3/11 3/17
immediately [1] 12/13
important [2] 12/8 13/9
included [1] 13/23
incorporate [1] 17/20
independent [1] 13/15
individual [1] 13/9
individuals [1] 6/6
inform [2] 4/19 4/22
information [4] 7/25
10/7 10/9 16/12
instruction [2] 11/8
11/24
instructions [2] 11/14
12/1
interest [1] 7/23
interests [4] 10/21
15/25 16/1 16/2
interrupt [1] 7/4
intervening [1] 14/12
is [47]
is that correct [3] 4/13
5/25 17/6
is there [1] 10/7 10/15
10/24 15/18
isn't [1] 9/8
issue [3] 5/3 12/7
15/10
it [23]
It is [1] 3/8
it would be [1] 9/10
it's [6] 5/20 8/22 8/23
11/23 12/8 13/8

**J**

January [8] 8/3 8/6
8/20 10/11 15/13 15/15
16/4 17/3
January 6th [1] 8/20
Jersey [1] 1/13
jmcbride [1] 1/21
JOHN [1] 1/9
Joseph [3] 1/17 3/19
12/12

Joseph Merola [1] 1/17
3/19
judge [4] 1/10 3/4 3/23
4/2
Judge D. Bates [1] 3/4
judgment [1] 6/16
July [11] 14/10 14/14
14/25 15/8 15/22 16/14
16/17 16/17 17/3 17/23
18/10
June [2] 1/5 14/10
just [20]
justice [6] 5/23 6/14
10/21 12/4 14/25 16/3

**K**

keep [3] 15/3 15/3 17/3
kind [1] 10/2
know [6] 4/17 8/10
8/16 8/17 12/24 15/4
knowing [2] 9/16 9/17
knowledge [3] 5/12
13/10 13/15

**L**

law [2] 1/18 8/16
legitimate [1] 13/14
let [5] 4/11 6/9 6/10
15/4 16/6
lied [1] 12/25
Lieutenant [1] 8/13
like [10] 4/5 4/17 4/19
4/22 5/16 6/9 7/10 7/20
8/9 16/9
limitations [1] 18/7
link [3] 17/8 17/9 17/10
little [1] 10/5
longer [1] 4/12
look [2] 13/24 14/6
looking [1] 14/9
lose [3] 8/22 9/5 9/8

**M**

made [2] 4/18 11/5
majority [1] 11/12
make [2] 12/3 17/10
makes [1] 15/14
making [1] 11/4
man [1] 12/16
material [1] 11/23
matter [3] 6/16 6/19
18/4
may [10] 3/10 5/12
5/14 7/25 9/24 10/5
10/23 13/14 14/2 14/3
maybe [1] 6/15
McBride [23]
mcbridelawnyc.com
[1] 1/21
me [14] 4/11 4/20 4/23
4/25 5/4 5/4 8/4 8/13 8/14
8/17 9/14 11/14 11/18
12/23 16/6
mean [2] 8/10 12/25
meaning [1] 11/21
meantime [5] 9/12 9/22
13/20 15/9 17/14
mechanical [1] 2/6

mention [1] 12/23
Merit [1] 2/2
mind [1] 9/4
money [1] 6/5
months [1] 16/15
more [1] 9/14
morning [10] 3/2 3/6
3/12 3/15 3/18 3/20 4/1
4/4 4/9 4/21
motion [1] 4/8
move [1] 8/1
moving [2] 5/7 11/7
Mr. [25]
Mr. Amore [5] 3/15
10/15 13/24 14/24
15/21
Mr. Haley [1] 4/5
Mr. McBride [19]
Ms [1] 3/22
Ms. [31]
Ms. White [31]
much [1] 11/20
muted [3] 11/1 11/2
14/21
my [8] 4/23 5/4 8/11
8/12 8/12 8/15 11/6
14/9
myself [3] 7/6 8/18
8/25

**N**

name [1] 3/22
need [16] 4/9 5/20 6/8
6/10 6/10 9/19 10/3
10/5 10/8 10/9 13/2
13/4 14/2 14/3 14/8
14/11
needs [1] 13/21
new [7] 1/13 1/19 5/9
6/14 11/10 14/8 14/8
Newark [1] 1/14
next [5] 10/18 10/24
12/7 15/22 16/3
NJ [1] 1/14
no [11] 1/4 3/7 4/12
6/16 6/19 10/17 11/22
15/20 16/18 16/21
16/25
nodding [2] 14/18
14/20
not [26]
note [2] 11/9 18/5
nothing [1] 16/23
now [10] 3/4 5/6 8/3
9/20 10/20 13/8 14/8
15/12 16/3 16/6
number [1] 16/15
NW [1] 2/4
NY [1] 1/19

**O**

object [1] 11/5
obviously [1] 11/4
occurred [1] 18/5
off [1] 16/15
Office [2] 9/23 17/16
officer [1] 8/12
officers [1] 12/25

**O**

Official [1] 2/3
Oh [2] 6/4 11/17
okay [4] 8/8 13/4 13/7 13/18
one [4] 5/20 8/20 10/5 14/16
oneself [1] 5/21
only [1] 4/10
open [2] 15/3 15/3
order [9] 3/5 5/3 9/25 10/10 11/13 11/21 13/25 14/1 14/2
other [2] 5/24 12/2
our [3] 10/18 15/22 16/3
out [3] 5/15 6/9 6/10
outweighed [1] 16/2
over [6] 11/11 11/15 11/17 11/18 12/1 12/5
own [1] 8/12

**P**

paid [1] 5/15
pandemic [1] 18/6
Park [1] 1/18
passionate [1] 17/18
people [1] 13/23
perhaps [1] 4/10
permit [1] 7/17
permitted [1] 5/8
person [1] 17/5
personally [1] 6/4
Plaintiff [1] 1/4
please [5] 3/5 3/10 7/19 17/17 18/5
PLLC [1] 1/18
police [1] 12/25
prefer [1] 7/6
prejudiced [1] 9/9
presiding [1] 3/5
pro [17] 5/17 5/21 6/12 6/17 6/18 7/14 7/16 7/17 8/1 8/2 10/3 10/4 10/8 11/11 12/3 14/1 16/10
probably [2] 9/6 12/13
proceed [9] 6/17 6/18 6/22 7/10 7/14 7/16 7/17 8/1 10/4
proceeding [4] 6/22 8/2 10/3 10/24
proceedings [10] 1/9 2/6 5/21 13/10 13/10 13/11 16/8 16/14 17/24 18/4
proceeds [1] 14/1
process [1] 17/5
produced [1] 2/7
properly [1] 17/5
protective [5] 11/13 11/21 13/25 14/1 14/2
proven [1] 5/16
provided [2] 4/25 13/22
public [14] 5/24 6/13 7/2 7/5 7/8 7/13 9/7 9/23 10/6 10/12 13/12

publicly [1] 9/14
purposes [2] 11/4 16/5
put [2] 8/25 14/10

**Q**

question [5] 5/7 6/21 10/11 15/10 16/13

**R**

raise [2] 6/5 13/13
raises [1] 5/6
rather [1] 17/5
Realtime [1] 2/3
reason [2] 13/8 15/18
reasons [1] 15/25
recommended [1] 5/20
record [7] 3/11 3/17 3/22 11/4 11/5 13/6 18/3
recorded [1] 2/6
regard [1] 11/9
Regarding [1] 11/7
Registered [1] 2/2
rehabilitate [1] 5/2
relationship [3] 5/2 6/10 7/24
release [1] 10/24
released [1] 10/23
releasing [1] 9/12
relieving [1] 5/4
remotely [1] 18/7
removed [1] 12/13
Reporter [4] 2/2 2/2 2/3 2/3
reporting [1] 18/7
represent [3] 5/21 7/9 16/9
representation [4] 5/7 5/25 6/12 11/6
represented [2] 4/12 5/23
representing [4] 4/24 9/15 10/9 12/3
request [1] 4/18
requested [1] 11/18
reschedule [1] 9/21
research [1] 8/11
researched [1] 8/16
resolution [1] 6/23
respect [6] 7/17 8/10 13/20 13/25 16/8 16/9
respectfully [1] 5/3
response [1] 7/22
retain [2] 5/25 6/14
retaining [1] 5/9
revised [1] 14/2
right [22]
risk [1] 8/24
RMR [2] 18/2 18/11

**S**

said [1] 12/15
same [1] 14/16
say [4] 4/17 7/7 10/15 10/25
saying [2] 16/6 17/3
scheduled [1] 3/6

seem [1] 14/11
6/17 6/18 7/14 7/16 7/17 8/1 8/2 10/3 10/8 10/11 11/1 12/3 14/1 16/10
second [1] 3/24
see [6] 3/23 4/2 6/11 17/2 17/13 17/23
seeing [1] 5/14
seems [2] 4/5 6/9
seen [1] 8/19
select [1] 10/18
SENIOR [1] 1/10
sense [1] 15/14
services [2] 4/23 5/4
session [1] 3/4
set [1] 8/3
sexually [1] 12/24
sharing [1] 9/20
she [9] 3/22 4/5 4/11 4/23 5/25 6/12 11/25 12/2 15/18
she's [4] 4/25 4/25 6/14 11/22
short [1] 6/23
should [9] 8/1 9/16 9/17 10/6 11/13 12/13 13/17 13/18 15/18
single [1] 8/20
sir [2] 8/7 8/10
situation [3] 5/10 5/22 10/16
so [20]
some [2] 13/17 16/12
someone [2] 7/23 17/15
something [2] 9/19 9/22
sorry [3] 7/4 16/4 17/14
speak [1] 13/12
speedy [4] 10/20 15/9 15/12 16/4
Speedy Trial Act [1] 10/20
speedy-trial [1] 15/9
stacked [1] 8/17
state [1] 3/22
STATES [7] 1/1 1/3 1/10 3/3 3/8 3/14 9/15
status [1] 9/3 9/7 10/19
Ste [1] 1/14
stenography [1] 2/6
steps [1] 6/11
still [1] 16/15
stop [3] 13/2 13/3 13/4
straight [2] 7/22 7/22
Street [1] 1/13
strong [1] 7/25
subject [1] 18/6
such [1] 6/10
sure [1] 17/10

**T**

take [6] 6/11 8/5 8/24 9/5 9/6 14/19
talk [5] 7/1 7/2 7/8 7/9 13/9

talks [1] 12/20
technological [1] 18/7
tell [1] 12/23
terminate [1] 4/23
terms [3] 4/24 10/3 10/7
than [1] 17/5
thank [8] 4/7 4/20 11/3 16/22 16/25 17/12 17/22 17/23
thank you [5] 4/7 4/20 16/22 17/22 17/23
that [105]
that's [9] 4/6 7/9 7/17 9/19 13/11 14/19 15/13 16/15 17/7
them [2] 9/20 9/24
then [6] 7/15 7/24 10/1 10/4 10/13 12/3
theory [1] 9/18
there [8] 3/24 10/7 10/9 10/13 10/15 10/24 11/24 15/18
therefore [2] 17/2 18/6
these [5] 8/19 13/10 13/11 15/11 16/7 16/14
they [4] 9/16 9/17 9/24 13/14
thing [2] 6/15 10/5
think [5] 6/8 9/10 12/8 13/8 14/11
this [28]
thus [2] 9/1 16/8
time [11] 6/21 10/19 10/25 11/19 12/5 14/15 15/11 15/14 15/22 16/3 17/11
titled [1] 18/4
today [4] 4/10 12/10 14/9 16/1
together [6] 7/15 10/1 12/7 14/13 15/8 15/22
told [1] 17/19
touch [3] 9/24 9/24 9/25
transcript [3] 1/9 2/6 18/3
transcription [1] 2/7
trial [13] 6/22 6/23 6/24 8/3 8/6 10/11 10/20 10/9 15/12 15/13 15/14 16/5 16/14
trials [1] 8/20
try [1] 17/18
tunnel [3] 12/8 13/25
turn [5] 11/11 11/15 11/17 11/18 12/4
two [6] 3/23 4/3 7/15 9/22 14/11 14/11
types [1] 13/11

**U**

U.S [1] 2/4
U.S. [1] 3/13
unanimously [1] 8/21
under [2] 10/20 15/11
understand [9] 6/7

3/5 13/13 14/4 14/5 15/13 16/7 17/11 17/18
unethical [2] 12/19 12/19
UNITED [7] 1/1 1/3 1/10 3/3 3/8 3/14 9/15
United States [3] 3/3 3/8 3/14
unsupervised [1] 11/22
until [4] 10/24 11/10 15/13 15/22
up [2] 5/16 12/15
upset [1] 13/5
urge [1] 10/11
us [1] 14/10
USAO [1] 1/12
usdoj.gov [1] 1/16
use [1] 13/6

**V**

v. [1] 3/8
v. Victoria [1] 3/8
verdicts [1] 8/21
verify [1] 3/22
very [4] 13/5 13/5 16/7 16/7
VIA [1] 1/7
VICTORIA [3] 1/6 3/8 3/25
video [2] 3/7 17/5
view [3] 7/25 15/19 16/9
views [1] 17/19
vs [1] 1/5

**W**

waiting [1] 11/8
want [7] 6/17 6/18 6/20 7/14 7/16 9/13 16/11
was [5] 4/8 6/5 6/5 7/7 17/11
Washington [1] 1/5 2/5
wasn't [1] 8/14
way [4] 9/10 12/20 13/22 14/16
we [17] 3/7 4/8 4/9 8/1 8/3 9/12 12/7 12/9 14/6 14/8 15/4 15/9 15/21 16/12 16/13 16/14 17/2
we will [4] 9/12 15/4 16/13 17/2
we'll [4] 7/15 10/1 12/6 17/10
we're [5] 5/22 9/4 10/4 13/6 15/7
week [1] 7/15
weeks [3] 9/22 14/11 14/11
well [9] 5/18 7/7 7/24 7/25 8/10 10/13 12/6 13/14 14/7
were [1] 11/5
what [13] 4/17 4/18 5/10 6/8 6/16 6/19 7/1 7/18 9/19 9/21 13/17 17/19 17/20
whatever [1] 10/18

## W

**when [1]**  12/7
**where [1]**  5/22
**whether [2]**  15/4 15/10
**which [1]**  7/25
**WHITE [35]**
**who [3]**  7/21 7/23 13/9
**whom [1]**  11/16
**why [1]**  13/11
**will [13]**  8/24 8/25 9/6
9/12 9/22 9/23 10/8
11/24 15/4 16/4 16/13
17/2 17/14
**William [3]**  2/2 18/2
18/11
**willing [1]**  8/24
**win [2]**  8/22 8/23
**wish [4]**  5/11 7/18
10/15 10/25
**wishes [2]**  4/12 4/23
**withdraw [3]**  4/8 5/4
14/3
**withdrawn [1]**  5/8
**won't [3]**  11/11 11/15
12/9
**words [1]**  5/24
**work [4]**  8/14 8/14 9/1
9/1
**working [1]**  6/6
**works [1]**  8/16
**would [20]**
**writing [1]**  4/25

## Y

**Yep [2]**  6/18 8/4
**yes [10]**  7/3 8/7 8/7
12/11 14/19 14/20
14/22 15/1 15/6 15/16
**yesterday [1]**  4/9
**yet [1]**  10/23
**York [1]**  1/19
**you [103]**
**you'll [1]**  13/17
**you're [11]**  9/8 9/9 11/1
11/2 13/5 13/24 14/19
14/21 15/4 16/7 17/4
**you've [3]**  4/18 7/23
9/18
**your [48]**
**Your Honor [25]**
**yourself [3]**  10/9 10/10
16/9

## Z

**Zaremba [3]**  2/2 18/2
18/11
**ZOOM [3]**  1/9 14/16
17/3