UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**VICTORIA CHARITY WHITE,**<br><br>Defendant. | Criminal Action No. 21-563 (JDB) |

## ORDER

Upon consideration of the trial scheduled to begin on January 9, 2023, and the entire record herein, it is hereby **ORDERED** that the following schedule shall govern the submission of motions in limine:

1. Any motions in limine shall be submitted by not later than November 30, 2022;

2. Any oppositions shall be filed by not later than December 9, 2022; and

3. Any replies shall be filed by not later than December 15, 2022.

It is further **ORDERED** that the parties shall submit proposed jury instructions and voir dire questions by not later than December 7, 2022.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: October 17, 2022

1