IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 21-cr-00563 (JDB) |
| | ) | |
| VICTORIA CHARITY WHITE | ) | |

## NOTICE OF APPEARANCE

COMES NOW Nicole Cubbage and enters her appearance as court appointed standby counsel for Victoria Charity White in the above captioned case.

Respectfully Submitted,

By: Nicole Cubbage

\_\_\_/s/_____
Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C.  20002
703-209-4546
cubbagelaw@gmail.com
standby Attorney for Victoria White

Certificate of Service
I certify that a copy of the forgoing was filed electronically for all parties of record on this 18th day of October, 2022.
\_\_\_\_/s/_____
Nicole Cubbage
Standby Attorney for Victoria White

1