## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **CRIMINAL NO. 21-cr-00563 (JDB)** |
| | ) |
| **VICTORIA CHARITY WHITE**, | ) |
| **Defendant.** | ) |

## **ORDER**

Pending before this Court is the defendant's Motion for a Status Hearing. The motion, having merit, is GRANTED/DENIED.

SO ORDERED this _____ day of _____, 2022.

_____
Judge Bates
United States District Judge