# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-563 (JDB) |
| | : | |
| **VICTORIA WHITE,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia and Assistant United States Attorney Allison Ethen, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Allison Ethen*
Allison Ethen
Assistant United States Attorney
On Detail to the U.S. Attorney's Office
for the District of Columbia
MN Bar no. 0395353
601 D Street, N.W.
Washington, DC 20530
Allison.Ethen@usdoj.gov
612-664-5575