UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 21-CR-563 (JDB) |
| | : |
| VICTORIA CHARITY WHITE, | : |
| | : |
| Defendant. | : |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Victoria Charity White, by and through her attorney, Nicole Ann Cubbage, now submit this joint status report, requested by the Court in its December 26, 2022 Order.

1. On December 20, 2022, Pretrial Services for the District of Columbia filed a Pretrial Violation Report in this matter recommending the defendant's termination from supervision. ECF No. 50. The government and the defense have reviewed the Pretrial Violation Report and accompanying attachments detailing the underlying violation.

2. The government has spoken to the defendant's supervising probation agents in the Districts of Columbia and Minnesota.

3. The government and the defense have had conversations regarding the Pretrial Violation Report. Based on the nature of the alleged violation, neither party requests revocation or termination of pretrial supervision at this time.

4. The parties respectfully request that the Court address the violation at the next status conference, currently scheduled for January 13, 2023. Should the Court allow the defendant to remain on pretrial supervision, the government will request the Court review the defendant's conditions of release and add any necessary conditions, including a condition prohibiting the use of alcohol.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:     /s/Allison K. Ethen
        CHRISTOPHER D. AMORE
        ALLISON K. ETHEN
        Assistant United States Attorneys
        Capitol Siege Detailees
        N.Y. Bar No. 5032883
        M.N. Bar No. 0395353
        601 D Street, N.W.
        Washington, D.C. 20579
        973-645-2757
        Christopher.Amore@usdoj.gov
        Allison.Ethen@usdoj.gov

        /s/ Nicole Cubbage
        Nicole Cubbage
        DC Bar No. 999203
        712 H. Street N.E., Unit 570
        Washington, D.C. 20002
        703-209-4546
        cubbagelaw@gmail.com
        Attorney for Victoria White