UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTORIA CHARITY WHITE,<br><br>Defendant. | Criminal Action No. 21-563 (JDB) |

**ORDER**

Upon consideration of the May 8, 2023 trial date, and the entire record herein, it is hereby

**ORDERED** that the following schedule shall govern pretrial proceedings:

- The defense shall file any motions by not later than February 24, 2023, the government shall respond by not later than March 17, 2023, and the defense shall reply by not later than March 29, 2023;

- Pursuant to Federal Rule of Criminal Procedure 16, the defense shall identify any expert(s) by not later than February 24, 2023 and the government shall identify any expert(s) by not later than March 10, 2023;

- The parties shall file any motions in limine by not later than April 3, 2023, responses by April 12, 2023, and replies by April 19, 2023;

- The parties shall file proposed voir dire and jury instructions by not later than April 21, 2023;

- The parties shall file exhibit lists and the government shall files its witness list by not later than April 25, 2023; and

- A pretrial conference is scheduled for April 28, 2023 at 3:00 p.m. in Courtroom 30.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: February 10, 2023