## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :
                           :
v.                         :        CRIMINAL NO. 21-CR-563 (JDB)
                           :
                           :
VICTORIA CHARITY WHITE     :
        Defendant.

## ORDER

Pending before the Court is the motion of defendant White's Motion to Dismiss Count One of the Indictment.

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2023.

—

_____

JOHN D. BATES
UNITED STATES DISTRICT JUDGE