

# UNITED STATES CAPITOL POLICE
## DEMONSTRATION ENDORSEMENT SHEET

CP-40A (10/19)

**SES NUMBER** 20-12-32

(Please Type or Print Legibly)

| Recommendation of C.O. Special Events | Approval ☑ Disapproval ☐ Comment ☑ |
|---|---|
| 01-05-2021 thru 01-06-2021 | Facilitate with Existing Manpower ☐ |

- MOC/press not invited.
- No CD planned.

Numerous demos occurring both days.

Signature: Grossi, Scott J. (Digitally signed by Grossi, Scott J. Date: 2020.12.31 16:11:38 -05'00') Date: 12/31/2020

---

**Recommendation of C.O. Protective Services Bureau** — Approval ☑ Disapproval ☐ Comment ☐

Signature: [signature] Date: 1/4/21

---

**Recommendation of Assistant Chief of Police Protective and Intelligence Operations** — Approval ☑ Disapproval ☐ Comment ☐

Signature: Yogananda D. Pittman Date: 1/4/21

---

**Recommendation of Assistant Chief of Police Uniformed Operations** — Approval ☑ Disapproval ☐ Comment ☐

Signature: Thomas, Chad B. (Digitally signed by Thomas, Chad B. Date: 2021.01.04 11:31:59 -05'00')

---

**Recommendation of Chief of Police** — Approval ☑ Disapproval ☐ Comment ☐

Signature: [signature] Date: 1/4/21

CAPD_0001691



**UNITED STATES CAPITOL POLICE BOARD**
WASHINGTON, D.C. 20510    Phone: 202-224-9806

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON
UNITED STATES CAPITOL GROUNDS
SES: 20-12-32**

(1) SPONSORING PERSON AND/OR ORGANIZATION:
    Jesus Lives

(2) AREA OF CAPITOL GROUNDS TO BE INVOLVED:

   West Front, Grassy Area 1 (Lower Center Portion), United States Capitol *(Tuesday, January 5, 2021)*

   Union Square - Area 15 (bounded by Pennsylvania Avenue, NW; First Street, NW/SW; Maryland Avenue, SW; and Third Street, SW/NW) *(Wednesday, January 6, 2021)*

(3) DATE, TIME, AND DURATION:
    DATE: Tuesday, January 5, 2021 through    TIME: 0900 - 1900 hours / daily    DURATION: 10 hours
          Wednesday, January 6, 2021                  (includes set up / take down)

(4) NUMBER OF PARTICIPANTS:
    50

(5) PROPS AND EQUIPMENT:
    ❖ One (1) banner (8'L x 8'H) supported by a telescoping banner frame with metal support base
        ○ Will be placed on the ground behind the stage
    ❖ One (1) stage (16'L x 8'W x 12"H) with step
    ❖ One (1) podium
    ❖ One (1) Jackery Solar Generator with solar panel
        ○ Generator pack (9.05"L x 5.24"W x 7.87"H)
        ○ Solar panel (16" L x 0.6"W x 11.4"H) with built in support leg
    ❖ Portable sound system – consisting of:
        ○ One (1) Bose L1 Compact System (13.25"L x 16.75"W x 78.5"H) placed on stage
        ○ One (1) wireless microphone
    ❖ One (1) shofar – religious horn
    ❖ Camera tripods
    ❖ Electrical power has been requested for Tuesday, January 5, 2021, and is available in Area -1.
    ❖ Electrical power has not been requested for Wednesday, January 6, 2021, nor is it available at Area – 15.

The spokesperson has been advised of the following:
    ❖ "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
    ❖ <u>Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.</u>
    ❖ Tents, cabanas, canopies or any other covered structures are expressly prohibited.
    ❖ Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
    ❖ Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
    ❖ Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
    ❖ The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
    ❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
    ❖ <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>



**UNITED STATES CAPITOL POLICE BOARD**
WASHINGTON, D.C. 20510    Phone: 202-224-9806

CP-1563
(11/16)

### PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON UNITED STATES CAPITOL GROUNDS
### SES: 20-12-32

- Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u> *(Monday through Friday during operational hours 0430-1300 hours)*. Then –
- Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u> *(Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only)*.
- Delivery vehicle(s) will unload and reload on the west curb of First Street and Pennsylvania Avenue, NW, north of Peace Circle. *(Tuesday, January 5, 2021)*
- Delivery vehicle(s) will unload and reload on the west curb of First Street and Pennsylvania Avenue, NW, south of Peace Circle. *(Wednesday, January 6, 2021)*
- Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.
- <u>**DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**</u>
- **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED.</u>**
- **FIRST RESPONDER PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.** *(Tuesday, January 5, 2021)*
- **SPECIAL OPERATIONS DIVISION WILL INSPECT ALL PROPS AND EQUIPMENT, AND WILL MONITOR THE EVENT.** *(Wednesday, January 6, 2021)*

**NOTE:   <u>PARKING IS NOT AUTHORIZED ON CAPITOL GROUNDS.</u>**

(6) The authorized person or organization named in clause (1) of the Permit is entitled to utilize the area of the United States Capitol Grounds described in clause (2), and any props or equipment described in clause (5) of this Permit, in carrying out, during the date and time set forth in clause (3) of this Permit, their right to engage in peaceable and orderly demonstration activities (as defined in Chapter 12, Section 12.1.10 of the Traffic Regulations for the United States Capitol Grounds).

(7) In order to assure the safety and convenience of all the people in the exercise of their right to visit the Nation's Capitol, to call at the offices of Representatives and Senators, to observe public proceedings of Congress, to petition the Congress for redress of grievances, engage in peaceable and orderly conduct of any hearing before, or any deliberation of, any committee or subcommittee of the congress or either House thereof, or unreasonably interfere with the maintenance of good order on the Capitol Grounds, the Capitol Police Board hereby includes as part of this Permit the following conditions and time limitations which the Capitol Police Board has determined necessary in order to minimize the obstruction or impediment of vehicular and other traffic (including pedestrian traffic) through or within the Capitol Grounds and to assure the safety thereof:

  (a) In the event an official function is scheduled that could conflict with this demonstration, the demonstrators will clear the respective area prior to said function, and return after said function has departed the Capitol Grounds.

  (b) Any display of signs, banners, placards, and related items is strictly prohibited inside all Capitol Buildings Literature may not be distributed in the hallways of any building on Capitol Grounds.

  (c) It is forbidden to offer or expose any article for sale in said United States Capitol Grounds; to display any sign, placard, or other form of advertisement therein; to solicit fares, alms, subscriptions, or contributions therein.

  (d) The setting-up, placement, or storage of camping equipment, tents, sleeping bags, bedroll, bedding of any kind or shelter of any kind, at any time, is prohibited. Any sleeping or lying-down on the paved or improved portions of the Buildings and Grounds (such as streets, roads, sidewalks, walkways, steps, curbs, gutters, doorways, alcoves, walls) at any time is prohibited. Any sleeping or lying-down on any unpaved, or unimproved (grassy) portion of the Grounds from one-half hour after sunset to one-half hour before sunrise, is prohibited.



**UNITED STATES CAPITOL POLICE BOARD**
WASHINGTON, D.C. 20510      Phone: 202-224-9806

CP-1563
(11/16)

### PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON UNITED STATES CAPITOL GROUNDS
### SES: 20-12-32

(e) Immediately upon the conclusion of the demonstration activity carried out pursuant to this permit, all props, equipment and facilities permitted under Chapter 12 Section 12.5.10 of the Traffic Regulations for Capitol Grounds, which have been used in connection with such activity shall be removed by the applicant from Capitol Grounds. Further, the applicant shall take such action as may be necessary so as to leave the Capitol Grounds in as reasonably good and clean a condition as that which existed immediately prior to the commencement of such activity.

(f) As a condition precedent to the issuance of this Permit, all participants in the proposed demonstration (parade, convocation, etc.) shall agree not to carry on his/her person any firearm, explosive, club, missile, chemical or other incendiary device or any other weapon; candles, torches, lanterns, lamps, etc., while ignited; or to cause to become ignited any ignitable materials for the purpose of producing a flame. Further, all participants shall agree not to carry any support for signs, banners, placards, etc., which is more than three-quarters of an inch square at its largest point. All supports must have dull ends and cannot in any way be construed as a weapon. There shall be no nails, screw, or bolt-type fastening devices protruding from any support.

01/04/2021
(Date Approved)

Member,
United States Capitol Police Board

(Date Approved)

Chairman,
United States Capitol Police Board

# UNITED STATES CAPITOL POLICE
# SPECIAL ATTENTION MEMORANDUM

CP-303 (9/05)

**Time Forwarded:** _____  **SES Number:** 20-12-32

**Date Forwarded:** _____  **SES Coordinator:** [redacted]

| | |
|---|---|
| **Date Scheduled:** | Tuesday, January 5, 2021 through Wednesday, January 6, 2021 |
| **Time:** | 0900 - 1900 hours / daily (includes set-up / take-down) |
| **Duration:** | 10 hours |
| **Number of Participants:** | 50 |
| **Location(s):** | West Front, Grassy Area 1 (Lower Center Portion), United States Capitol *(Tuesday, January 5, 2021)* |
| | Union Square - Area 15 (bounded by Pennsylvania Avenue, NW; First Street, NW/SW; Maryland Avenue, SW; and Third Street, SW/NW) *(Wednesday, January 6, 2021)* |
| **Name(s):** | Jesus Lives |
| **Type of Event:** | Demonstration |
| **Spokesperson:** | Jo Reitkopp    **Addt'l. Point of Contact:** Chris Steinbrunn |
| **Telephone Number(s):** | (C) (714)[redacted]     (C) (412)[redacted] |
| **Spokespersons Address:** | On file in Special Events |
| **NOTE:** | In accordance with Standard Operating Procedure AC-000-63, the Section Commanders for the Special Operations Division, Sections Two, and Three will be responsible for completing a Follow-Up Report CP-44, within three working days of this event. |

**Remarks:**

On Tuesday, January 5, 2021 and Wednesday, January 6, 2021, between 0900 and 1900 hours daily, approximately fifty (50) persons representing Jesus Lives will participate in a demonstration in the West Front Grassy Area 1 (Lower Center Portion) *(Tuesday, January 5, 2021)* and Union Square - Area 15 *(Wednesday, January 6, 2021)*. The spokesperson advises participants are gathering for a *"prayer event, praying for our country with speakers and recorded music."* Per the spokesperson, the event will include the blowing of a shofar one (1) time at the beginning of the event and participants will engage in congregational signing. *Actual event time will be 1200 to 1700 hours.*

*Members of Congress may be invited, but none have been invited at the time of writing. Press will not be invited. Civil disobedience is NOT planned for this event. The spokesperson has advised that participants will maintain social distancing for the duration of the event.*

The following props / equipment are authorized:
- One (1) banner (8'L x 8'H) supported by a telescoping banner frame with metal support base
  - Will be placed on the ground behind the stage
- One (1) stage (16'L x 8'W x 12"H) with step
- One (1) podium
- One (1) Jackery Solar Generator with solar panel
  - Generator pack (9.05"L x 5.24"W x 7.87"H)
  - Solar panel (16" L x 0.6"W x 11.4"H) with built in support leg
- Portable sound system – consisting of:
  - One (1) Bose L1 Compact System (13.25"L x 16.75"W x 78.5"H) placed on stage
  - One (1) wireless microphone
- One (1) shofar – religious horn

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U S Government or Public Safety related agencies  Disclosure of this information could jeopardize law enforcement operations

CAPD_0001695

*Jesus Lives, Tuesday, January 5, 2021 through Wednesday, January 6, 2021 (cont'd)*

- Camera tripods
- Electrical power has been requested for Tuesday, January 5, 2021, and is available in Area -1.
- Electrical power has not been requested for Wednesday, January 6, 2021, nor is it available at Area – 15.

The spokesperson has been advised of the following:
- "Items cannot be tied (nailed, stapled or affixed) to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
- <u>Per the Architect of the Capitol</u>, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.
- Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
- Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
- Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
- The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
- Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
- <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
- **Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u>** (*Monday through Friday during operational hours 0430-1300 hours*). Then –
- **Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u>** (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).
- **Delivery vehicle(s) will unload and reload on the west curb of First Street and Pennsylvania Avenue, NW, north of Peace Circle.** *(Tuesday, January 5, 2021)*
- **Delivery vehicle(s) will unload and reload on the west curb of First Street and Pennsylvania Avenue, NW, south of Peace Circle.** *(Wednesday, January 6, 2021)*
- **Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.**
- **<u>DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.</u>**
- **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED</u>.**
- **FIRST RESPONDER PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.** *(Tuesday, January 5, 2021)*
- **SPECIAL OPERATIONS DIVISION WILL INSPECT ALL PROPS AND EQUIPMENT, AND WILL MONITOR THE EVENT.** *(Wednesday, January 6, 2021)*

The participants will arrive via public and private transportation. The spokesperson has been advised that <u>no parking or staging is authorized</u> on Capitol Grounds.

The Capitol Police Board has issued a permit for this event.



Private First Class
Special Events Section
(202)

1373:7540

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations

CAPD_0001696

# U.S. CAPITOL POLICE BOARD
119 D Street, N.E.
Washington, D.C. 20510

**Application for Permit Under Article XIX of the Traffic and Motor Vehicle Regulations for United States Capitol Grounds**

| | |
|---|---|
| 1. Name of Organization / Group | 2. Date of Application |
| Jo Rothberg | (redacted) |
| 3. Address: (redacted) | |
| 4. Telephone Number: (redacted) | 5. Mobile: (redacted) |
| 6. Email Address: (redacted) | |
| 7. Date(s) of Event: 1/5/2021 - 1/6/2021 | 8. Day(s) of Week: Tuesday & Wednesday | 9. Start Time (including setup): 10:00 a.m. | 10. End Time (including cleanup): 7:00 pm | 11. Total Duration: 18 hours |
| 12. Specific Area of U.S. Capitol Grounds requested to be utilized (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.): out of 6 choice, Area 12 is our second choice |
| 13. Estimated number of participants: 50 |
| 14. Additional Point of Contact / Spokesperson: Chris Stahrknecht |
| Telephone: (redacted) | Email address: (redacted) |
| 15. Nature of Event (Check appropriate box; total reflecting the nature of your event): |
| [ ] Demonstration (rally, vigil, etc.) [X] Picketing/leafletting [ ] Road Race |
| [ ] March (Provide Route) [ ] Musical Presentation [ ] Driver Education Event |

16. Describe event purpose / message: First Amendment platform and podium in which Prayer shall be offered for our country with speakers and recorded music. At the beginning of the event there will be the opening of a charter band line

---

# U.S. CAPITOL POLICE BOARD
119 D Street, N.E.
Washington, D.C. 20510

**Application for Permit Under Article XIX of the Traffic and Motor Vehicle Regulations for United States Capitol Grounds**

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

Please list specifics including quantities and dimensions of all items.

| Banner(s) | Size: L 8' W — H 6' | [ ] Podium | [ ] Distribution of literature |
| Size: L — W — H — | | [ ] Lighting Equipment | [X] Camera / Tripod |
| [ ] Press Risers | | | |
| [X] Portable Sound System (largest) Bose L1 Compact System with wireless microphones | | | |
| [ ] Tables | | | |
| [ ] Chairs | | | |
| [ ] Canopy | | | |
| [X] Other: One Jackery Solar Generator - 500 Watts | | | |

17. Will additional Self-Powered Vehicle(s) be required (Available only at the West Front Grassy Area and the Upper Senate Park)? No

18. Will Marshals be utilized? Yes How many? (redacted) How many have a headset? —

19. Off-site contacts Jo Rothberg (redacted) parking charge on Capitol Grounds (No)
Mobile #: Chris Stahrknecht (redacted)
Email address: (redacted)

20. Does information call this a principal / personal injury wish to disrupt your activity? Yes No
If yes, please explain: None

21. I, Jocelyn Rothberg, have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S SIGNATURE: /s/ Jo Rothberg
SPOKESPERSON'S NAME (Print): Jo Rothberg
DATE: 12/30/2020

Not Valid Until Signed

FOR MORE EXPEDITIOUS PROCESSING: PLEASE RETURN APPLICATION VIA FAX: (202) 228-2429

Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 5:00 p.m., Monday through Friday.
Office: (202) 224-8891

[RESET] [PRINT]

| CP-40 | U.S. CAPITOL POLICE BOARD<br>119 D Street, N.E.<br>Washington, D.C. 20510<br>Application for Permit Under Article XIX Of The Traffic<br>And Motor Vehicle Regulations for United States Capitol Grounds | SEUF | |

| 1. Organization and/or Spokesperson: | | 2. Date of Application: |
|---|---|---|
| "Jesus Lives" | Jo Reitkopp | 12/29/2020 |

| 3. Address: | 4. Telephone: Business | 5. Mobile: | 6. Email address |
|---|---|---|---|
| [redacted] | 714[redacted] | 714[redacted] | JoTrump[redacted] |

| 7. Date(s) of Event: | 8. Day(s) of Week: | 9. Start Time (including set-up): | 10. End Time (including clean-up): | 11. Total Duration: |
|---|---|---|---|---|
| 1/5/2021 - 1/6/2021 | Tuesday & Wednesday | 12:00 noon | 5:00 pm | 10 hours |

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)
Area 15 is our first choice. Area 12 is our second choice.

| 13. Estimated number of participants: | 14. Additional Point of Contact / Spokesperson: Chris Steinbrunn |
|---|---|
| 3 to 5 hosting and we will abide by the 50 people total ordinance | Telephone: [redacted]<br>Email address: [redacted] |

13a. Nature of Event (Check appropriate box best describing the nature of your activity):
- ☐ Demonstration (Rally, Vigil, etc.)
- ☐ Filming/Photography
- ☐ Musical Presentation
- ☐ March (Provide Route)
- ☐ Road Race
- ☒ Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail:
We would like to do a Christian prayer event praying for our country with Christian Music and possibly pastors speaking. Also we want to pray for the people who need prayer.

20-12-32                                    EMK

CP-40

# U.S. CAPITOL POLICE BOARD
119 D Street, N.E.
Washington, D.C. 20510

SEU#

## Application for Permit Under Article XIX Of The Traffic And Motor Vehicle Regulations for United States Capitol Grounds

**14. Props and Equipment** — All props and equipment must be furnished by organization or spokesperson.

Please be specific: include quantities and dimensions of all items.

| ☐ Handheld Signs, Placards | Banner(s) Size: L   H | ☑ Podium | ☐ Distribution of Literature |
| ☑ Stage(s) Size: L 6' W 3' H 8" | ☐ Press Riser Size: L   W   H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☐ Tables Quantity: | ☑ Portable Sound System (Describe) Portable Bose Tower with Microphone | | |
| ☐ Chairs Quantity: | | | |
| ☐ Other: | | | |

**15.** Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
(Yes) generator  No

**17.** Estimated # of buses: (No parking / staging on Capitol Grounds)
None

**18.** Will Marshals be utilized?  Yes  (No)
How many?
How will they be identified?

**19.** On-site contact: [redacted]
Mobile #:
Email address: Jo Reitkopp

**20.** Does information exist that a group(s) / person(s) may wish to disrupt your activity?  Yes  (No)
If yes, please explain:

**21.** I, _Jo Reitkopp_, have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S NAME (Print): Josephine "Jo" Reitkopp

SPOKESPERSON'S SIGNATURE: _Josephine Reitkopp_

DATE: 12/29/2020

**Not Valid Until Signed**
FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX: (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday.
Office: (202) 224-8891

Coordination Questions for ["Jesus Lives" & SES #20-12-32] [January 5 & 6, 2021] [Area - 15]
Phone conversation: 12/30/2020 @ 1150 hours

| | |
|---|---|
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | NO |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? (only if applicable to event) | NO |
| How does your group plan on arriving to US Capitol Grounds? | Public / Private Transportation |
| How does your group plan to disperse from US Capitol Grounds? | Public / Private Transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | NO |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | NO |
| Does your group have a website established for this event? Does your group have a social media account for this event? | Social media – messenger group for invited participants (less than 50) |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | Shofar – to be used at the beginning of the event<br>Camera tripod |
| Do you have photos of the equipment that you plan on utilizing? | Not at this time |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc... | Will gather from other POC |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | The event maybe livestreamed |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | NO – the SP stated that she thinks maybe atheists |
| Email address(es) for all points of contact for your event. | See application |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | NO March |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | No vendor will be used participants will bring equipment |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Member of group |
| If there is a March associated with the event please provide a map of the planned march route | N/A |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | 12-5 (1000 set up – 1900 take down) |
| Has the group invited Members of Congress? | Maybe |
| Has the group invited Press to the event? | No |

She stated that the speakers will be religious leaders and pastors. The music will be recorded only and will not be played all the time. She was advised that it can be used as a means for interlude and background for the congregational singing

Coordination Questions for ["Jesus Lives" & SES #20-12-32] [January 5 & 6, 2021] [Area - 15]
Phone conversation: 12/30/2020 @ 1150 hours

they plan to have. They will also have Jewish participants who will blow one Shofar one time at the beginning of the program each day.

She was also not aware that the event time needed to include the set up and take down time and requested to have two hours added on the front and back end of the event as the event program will run 1200 pm to 5:00 pm both days.

She stated that the stage and sound equipment will be brought by the other SP Chris and to contact him for more detailed information. She also stated that they will probably have back drop banner. I advised that it will not be able to be on the stage but rather on the ground. She stated that she is fine with that but to let Chris know as well.

12/30/2020 @ 1243 hours called other POC for the event as he will be bringing the equipment

The sound system is a Bose L1 Compact System with wireless microphone that will be placed on the stage

There will be either one or two banners with the message Kingdom Come on it. (not an advertisement) that will be on the ground by the stage not on it.

He confirmed that the only music will be recorded music for the purpose of interlude or for congregational singing as part of the prayer program and between speakers.

Made him aware of the security screening process and he stated that he will have his pov and will comply. Advised him that there is no public parking on U.S. Capitol Grounds and Parking is not authorized as a component of the application.

12/30/2020 @1645 hours

SP called to inquire if Area 1 was available so they could have access to electrical. I advised that area 1 is only available on Tuesday and not on Wednesday (restrictions begin this day). She asked to switch to Area 1 on Tuesday (Jan 5th) and remain in Area 15 on Wednesday (Jan 6th). I advised that I will need her to email me with that request as we need the change in writing.

She mentioned that in the interest of time they will most likely secure a vendor for the stage of the event. I advised that if that is the case she will need to advise in email any changes to the size. She stated that the vendor was requiring a 6 hour window for delivery which would change the start time of the event.

I stressed again that all changes must be emailed to be to have a written record of them.

12/30/2020

SP emailed later in the evening with the change for the area only and confirmed that they had reviewed and understand the information provided. No mention of the change to stage was provided.

12/31/2020

Replied to SP in email stating that I received the information provided in the email and if there were any changes to the stage that she needs to let me know ASAP


12/31/20201 1110 hours

Called SP to inquire after the stage change. She stated that they will in fact have two panels that measure 8' x 4' x 12" to be one stage of 16'L x 8'W x 12" H with one step on the side

While on the phone SP emailed a photo of the stage.

Coordination Questions for ["Jesus Lives" & SES #20-12-32] [January 5 & 6, 2021] [Area - 15]
Phone conversation: 12/30/2020 @ 1150 hours

12/31/2020 1328 hours – SP and Additional POC called to request to have start time changed to 0900 hours to accommodate their vendor's need for more time for set up.

SP followed up with email to confirm this.



# Demonstration Permit Assessment

Intelligence and Interagency Coordination Division

| 21-O-0294 | January 5-6, 2021 |

### TITLE: Jesus Lives Demonstration

**THREAT ADVISORY: REMOTE**

Open source reviews were negative for any planned counter protest activity against the upcoming event. At this time there is no adverse intelligence related to the upcoming event.

<u>Background Information</u>: Jesus Lives describes itself as a religious organization seeking to conduct a prayer service the country.

<u>Event Summary</u>: On Tuesday, January 5, 2021, between 0900 and 1900 hours, approximately fifty (50) persons representing Jesus Lives will participate in a demonstration in the West Front Grassy Area 1 (Lower Center Portion). On Wednesday, January 6, 2021, between 0900 and 1900 hours, approximately fifty (50) persons representing Jesus Lives will participate in a demonstration at Union Square – Area 15. The purpose of the event is for participants to conduct a "prayer event, praying four our country with speakers and recorded music." Per the spokesperson, the event will include the blowing of a shofar one (1) time at the beginning of the event and participants will engage in congregational signing. Actual event time will be 1200 to 1700 hours.

The spokesperson, Ms. Jo Reitkopp, advised Members of Congress may be invited, as of this writing, no invitations have been sent to Members of Congress. Press will not be invited. Civil disobedience is not planned for this event. The spokesperson has advised that participants will maintain social distancing for the duration of the event.

Ms. Reitkopp advised that neither she, nor members of the demonstration, have any intention of entering Congressional office buildings to lobby Members of Congress.

WARNING: THIS DOCUMENT IS FOR OFFICIAL USE ONLY. IT CONTAINS INFORMATION THAT MAY BE LAW ENFORCEMENT SENSITIVE. IT IS TO BE CONTROLLED, HANDLED, STORED, TRANSMITTED, DISTRIBUTED AND DISPOSED OF IN ACCORDANCE WITH USCP DIRECTIVE 2011.002 RELATING TO THE HANDLING OF CLASSIFIED AND OTHER SENSITIVE BUT UNCLASSIFIED INFORMATION AND IS NOT TO BE RELEASED TO THE PUBLIC OR OTHER PERSONNEL WHO DO NOT HAVE A VALID "NEED-TO-KNOW" WITHOUT PRIOR APPROVAL OF IAD.

**IICD Comment:** Women for a Great America filed for a permitted event on January 6, 2021 at the House East Front, Grassy Area 10, U.S. Capitol. Additional events are also scheduled to occur in Washington, DC on January 6, 2021.

There are no records on file of Jesus Lives conducting prior events on Capitol grounds. Open source reviews indicate there are no plans for participants to engage in acts of civil disobedience. Mr. Chris Steinbrunn, (412)███████, is the point of contact for the upcoming event. Based on these findings, the Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Jesus Lives event as remote.

Information contained in this document is current as of 12/31/2020 @ 2300 hours.

Date Received SEU: 12/15/20
Date Received IICD: 12/31/20

### USCP Risk Assessment Factors

| RATING | PERCENTAGE |
|---|---|
| Remote | 1-5% |
| Highly Improbable | 5-20% |
| Improbable | 20-45% |
| Roughly Even Odds | 45-55% |
| Probable | 55-80% |
| Highly Probable | 80-95% |
| Nearly Certain | 95-99% |

**Sources:**