

# UNITED STATES CAPITOL POLICE
## DEMONSTRATION ENDORSEMENT SHEET

CP-40A
(10/19)

SES NUMBER __20-12-30__

(Please Type or Print Legibly)

| Recommendation of C.O. Special Events<br>01-06-2021;<br><br>No MOC, media, or CD.<br><br>1) Area 7 - Virginia Freedom Keepers (0600-1800; 50 ppl)<br>2) Area 8 - One Nation Under God (0830-1800; 50 ppl)<br>3) Area 9 - Bryan Lewis (0830-1700; 50 ppl)<br>4) Area 10 - Women for a Great America (0700-2200; 50 ppl) | Approval ☑   Disapproval ☐   Comment ☑<br>Facilitate with Existing Manpower ☐<br><br>Grossi, Scott J. *Digitally signed by Grossi, Scott J. Date: 2020.12.30 12:59:27 -05'00'*    12/30/2020<br>Signature                                              Date |
|---|---|
| Recommendation of C.O. Protective Services Bureau | Approval ☑   Disapproval ☐   Comment ☐<br><br>[signature]                                        12/30/20<br>Signature                                              Date |
| Recommendation of Assistant Chief of Police<br>Protective and Intelligence Operations | Approval ☑   Disapproval ☐   Comment ☐<br><br>Pittman, Yogananda D. *Digitally signed by Pittman, Yogananda D Date: 2020.12.31 09:35:55 -05'00'*<br>Signature                                              Date |
| Recommendation of Assistant Chief of Police<br>Uniformed Operations<br><br>Approved for ACOP Thomas | Approval ☑   Disapproval ☐   Comment ☑<br><br>Pickett, Jeffrey J. *Digitally signed by Pickett, Jeffrey J Date: 2020.12.31 10:01:13 -05'00'*<br>Signature                                              Date |
| Recommendation of Chief of Police | Approval ☑   Disapproval ☐   Comment ☐<br><br>Sund, Steven A. *Digitally signed by Sund, Steven A. Date: 2020.12.31 15:29:31 -05'00'*<br>Signature                                              Date |



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C. 20510    Phone: 202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES # 20-12-30**

(1) **SPONSORING PERSON AND/OR ORGANIZATION:**
   Rock Ministries International

(2) **AREA OF CAPITOL GROUNDS TO BE INVOLVED:**
   House East Front, Grassy Area 11 (bounded by SE Drive; First St, SE; Independence Avenue, SE and East Front Plaza)

(3) **DATE, TIME, AND DURATION:**
   DATE: Wednesday, January 6, 2021    TIME: 1200 - 1900 hours    DURATION: 7 hours
   (includes set-up / take-down)

(4) **NUMBER OF PARTICIPANTS:**
   50

(5) **PROPS AND EQUIPMENT:**
   - Fifty (50) handheld signs / placards
   - One (1) podium
   - Four (4) tables
   - Fifty (50) chairs
   - Portable sound system consisting of –
     - One (1) battery-powered Ion Explorer speaker (2'L x 2'W)
     - One (1) microphone
   - Distribution of literature to interested persons only
   - Electrical power has not been requested, nor is it available at this site

   The spokesperson has been advised of the following:
   - "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
   - <u>Per the Architect of the Capitol</u>, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.
   - Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
   - Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
   - Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
   - The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
   - Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
   - Tents, cabanas, canopies or any other covered structures are expressly prohibited.
   - <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
   - Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u> (*Monday through Friday during operational hours 0430-1300 hours*). Then –
   - Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u> (*Arrival after 1900 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).
   - Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, SE (niched / cut out area) between Independence Avenue, SE and East Capitol Street.
   - Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C. 20510     Phone: 202-224-9806**

CP-1563
(11/16)

## PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON UNITED STATES CAPITOL GROUNDS
### SES # 20-12-30

- ❖ **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
- ❖ **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. BARRICADE ACCESS IS NOT PERMITTED.**
- ❖ **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

NOTE: **PARKING IS NOT AUTHORIZED ON CAPITOL GROUNDS.**

(6) The authorized person or organization named in clause (1) of the Permit is entitled to utilize the area of the United States Capitol Grounds described in clause (2), and any props or equipment described in clause (5) of this Permit, in carrying out, during the date and time set forth in clause (3) of this Permit, their right to engage in peaceable and orderly demonstration activities (as defined in Chapter 12, Section 12.1.10 of the Traffic Regulations for the United States Capitol Grounds).

(7) In order to assure the safety and convenience of all the people in the exercise of their right to visit the Nation's Capitol, to call at the offices of Representatives and Senators, to observe public proceedings of Congress, to petition the Congress for redress of grievances, engage in peaceable and orderly conduct of any hearing before, or any deliberation of, any committee or subcommittee of the congress or either House thereof, or unreasonably interfere with the maintenance of good order on the Capitol Grounds, the Capitol Police Board hereby includes as part of this Permit the following conditions and time limitations which the Capitol Police Board has determined necessary in order to minimize the obstruction or impediment of vehicular and other traffic (including pedestrian traffic) through or within the Capitol Grounds and to assure the safety thereof:

   (a) In the event an official function is scheduled that could conflict with this demonstration, the demonstrators will clear the respective area prior to said function, and return after said function has departed the Capitol Grounds.

   (b) Any display of signs, banners, placards, and related items is strictly prohibited inside all Capitol Buildings. Literature may not be distributed in the hallways of any building on Capitol Grounds.

   (c) It is forbidden to offer or expose any article for sale in said United States Capitol Grounds; to display any sign, placard, or other form of advertisement therein; to solicit fares, alms, subscriptions, or contributions therein.

   (d) The setting-up, placement, or storage of camping equipment, tents, sleeping bags, bedroll, bedding of any kind or shelter of any kind, at any time, is prohibited. Any sleeping or lying-down on the paved or improved portions of the Buildings and Grounds (such as streets, roads, sidewalks, walkways, steps, curbs, gutters, doorways, alcoves, walls) at any time is prohibited. Any sleeping or lying-down on any unpaved, or unimproved (grassy) portion of the Grounds from one-half hour after sunset to one-half hour before sunrise, is prohibited.

   (e) Immediately upon the conclusion of the demonstration activity carried out pursuant to this permit, all props, equipment and facilities permitted under Chapter 12 Section 12.5.10 of the Traffic Regulations for Capitol Grounds, which have been used in connection with such activity shall be removed by the applicant from Capitol Grounds. Further, the applicant shall take such action as may be necessary so as to leave the Capitol Grounds in as reasonably good and clean a condition as that which existed immediately prior to the commencement of such activity.

   (f) As a condition precedent to the issuance of this Permit, all participants in the proposed demonstration (parade, convocation, etc.) shall agree not to carry on his/her person any firearm, explosive, club, missile, chemical or other incendiary device or any other weapon; candles, torches, lanterns, lamps,



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C. 20510     Phone: 202-224-9806**

CP-1563
(11/16)

## PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON
## UNITED STATES CAPITOL GROUNDS
### SES # 20-12-30

etc., while ignited; or to cause to become ignited any ignitable materials for the purpose of producing a flame. Further, all participants shall agree not to carry any support for signs, banners, placards, etc., which is more than three-quarters of an inch square at its largest point. All supports must have dull ends and cannot in any way be construed as a weapon. There shall be no nails, screw, or bolt-type fastening devices protruding from any support.

12/31/2020
(Date Approved)

_Member,_
_United States Capitol Police Board_

(Date Approved)

_Chairman,_
_United States Capitol Police Board_

# UNITED STATES CAPITOL POLICE
# SPECIAL ATTENTION MEMORANDUM

CP-303                                                                  (9/05)

| | |
|---|---|
| **Time Forwarded:** | **SES Number:** 20-12-30 |
| **Date Forwarded:** | **SES Coordinator:** [redacted] |

| | |
|---|---|
| **Date Scheduled:** | Wednesday, January 6, 2021 |
| **Time:** | 1200 - 1900 hours (includes set-up / take-down) |
| **Duration:** | 7 hours |
| **Number of Participants:** | 50 |
| **Location(s):** | House East Front, Grassy Area 11 (bounded by SE Drive; First St, SE; Independence Avenue, SE and East Front Plaza) |
| **Name(s):** | **Rock Ministries International** |
| **Type of Event:** | Demonstration |
| **Spokesperson:** <br> **Telephone Number(s):** | Belton Platt        **On-Site Contact:** Mashandia Platt <br> (C) (980)[redacted]        (C) (704)[redacted] |
| **Spokespersons Address:** | On File in Special Events |
| **NOTE:** | **In accordance with Standard Operating Procedure AC-000-63, the Section Commanders for the First Responders Unit, Section Two and Three will be responsible for completing a Follow-Up Report CP-44, within three working days of this event.** |

**Remarks:**

On Wednesday, January 6, 2021, between 1200 and 1900 hours, approximately fifty (50) persons representing **Rock Ministries International** will participate in a demonstration on the House East Front, Grassy Area 11, U.S. Capitol. The spokesperson advises participants are gathering for a *"prayer campaign encouraging pastors, leaders and citizens to pray for the United States."* The event will consist of prayers and brief speeches. No civil disobedience is planned for this event.

The following props / equipment are authorized:
- Fifty (50) handheld signs / placards
- One (1) podium
- Four (4) tables
- Fifty (50) chairs
- Portable sound system consisting of —
  - One (1) battery-powered Ion Explorer speaker (2'L x 2'W)
  - One (1) microphone
- Distribution of literature to interested persons only
- Electrical power has not been requested, nor is it available at this site

The spokesperson has been advised of the following:
- "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
- **Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.**
- Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations

*Rock Ministries International, Wednesday, January 6, 2021 (cont'd)*

- Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
- Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
- The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
- Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
- Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
- **Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u>** (*Monday through Friday during operational hours 0430-1300 hours*). **Then –**
- **Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u>** (*Arrival after 1900 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).
- **Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, SE (niched / cut out area) between Independence Avenue and East Capitol Street, SE.**
- **Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.**
- **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
- **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED</u>.**
- **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

The participants will arrive and depart via public and private transportation. The spokesperson has been advised that <u>**no parking or staging is authorized**</u> on Capitol Grounds.

The Capitol Police Board has issued a permit for this event.

Event Coordinator
Special Events Section
(202)

1373:7540

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U S Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations

| CP-40 | U.S. CAPITOL POLICE BOARD | SEU# |
|---|---|---|
| | 119 D Street, N.E. | |
| | Washington, D.C. 20510 | |

Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations for United States Capitol Grounds

| 1. Organization and/or Spokesperson: | 2. Date of Application: |
|---|---|
| Rock Ministries Church International | 12-24-20 |

| 3. Address: | 4. Telephone: Business | 5. Mobile: | 6. Email address |
|---|---|---|---|
| 2600 [redacted] | 980-[redacted] | 980-[redacted] | shellenplatt@yahoo |

| 7. Date(s) of Event: | 8. Day(s) of Week: | 9. Start Time (Including set-up): | 10. End Time (Including clean-up): | 11. Total Duration: |
|---|---|---|---|---|
| 1-6-21 | | 12 pm | 7 pm | 7 hrs |

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)

Area 8 or 9 or 10 or 11 (I prefer 8 if 9 or 10 is not available)

| 13. Estimated number of participants: | 14. Additional Point of Contact / Spokesperson: |
|---|---|
| 50 | Mashandra Platt |
| | Telephone: 704 272-8146 |
| | Email address: mashandraplatt@gmail |

13a. Nature of Event (Check appropriate box best describing the nature of your activity):
- ☐ Demonstration (Rally, Vigil, etc.)
- ☐ Filming/Photography
- ☐ Musical Presentation
- ☐ March (Provide Route)
- ☐ Road Race
- ☒ Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail: Corporate Prayer for this Nation and our future leaders.

Pray for the Nation (America)
Prayer Campaign

# U.S. CAPITOL POLICE BOARD
## 119 D Street, N.E.
## Washington, D.C. 20510

CP-40   SEU#

### Application for Permit Under Article XIX Of The Traffic And Motor Vehicle Regulations for United States Capitol Grounds

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson. Please be specific, include quantities and dimensions of all items.

Portable Speaker/Microphone

- ☐ Handheld Signs, Placards  50
- ☐ Banner(s) Size: L 0  H
- ☐ Podium  1
- ☐ Distribution of Literature
- ☐ Stage(s) Size: L  W 0  H
- ☐ Press Riser Size: L  W  H
- ☐ Lighting Equipment
- ☐ Camera Tripod
- ☐ Tables Quantity: 0 4
- ☐ Portable Sound System (Describe)
- ☐ Chairs Quantity: 50
- ☐ Other:

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)   Yes   (No)

17. Estimated # of buses: (No parking / staging on Capitol Grounds)   N/A

18. Will Marshals be utilized?   Yes  (No)   How many?   How will they be identified?

19. On-site contact: Belton Platt
Mobile #: 980-███
Email address: beltonplatt███

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?   Yes  (No)
If yes, please explain:

21. I, _____, have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S NAME (Print): Belton C. Platt Sr.

SPOKESPERSON'S SIGNATURE: Belton S. Platt Sr.   DATE: 12-24-20

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX: (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday,
Office: (202) 224-8891

Coordination Questions for DEMO: Rock Ministries Intl. Wednesday, January 6, 2021

| Question | Answer |
| --- | --- |
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | No |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? | No |
| How does your group plan on arriving to US Capitol Grounds? | Public/private transportation |
| How does your group plan to disperse from US Capitol Grounds? | Public/private transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | No |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | No |
| Does your group have a website established for this event? Does your group have a social media account for this event? | Twitter:<br>Insta:<br>FB: |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | No |
| Do you have photos of the equipment that you plan on utilizing? | N/A |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc… | N/A |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | Personal use |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | No |
| Email address(es) for all points of contact for your event. | Beltonplatt@ |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | DEMO Only |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | Yes |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Member of group |
| If there is a March associated with the event please provide a map of the planned march route | N/A |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | 1200-1900 hours |
| Has the group invited Members of Congress? | No |
| Has the group invited Press to the event? | No |

| CP-40 | U.S. CAPITOL POLICE BOARD
119 D Street, N.E.
Washington, D.C. 20510 | SEU# | |
|---|---|---|---|

**Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations for United States Capitol Grounds**

| 1. Organization and/or Spokesperson: Rock Ministries Church International | 2. Date of Application: 12-24-20 |
|---|---|

| 3. Address: [redacted] | 4. Telephone: Business 980-[redacted] | 5. Mobile: 980-[redacted] | 6. Email address: [redacted] |
|---|---|---|---|

| 7. Date(s) of Event: 1-6-21 | 8. Day(s) of Week: | 9. Start Time (including set-up): 12 pm | 10. End Time (including clean-up): 7 pm | 11. Total Duration: 7 hrs |
|---|---|---|---|---|

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)

Area 8 or 9 or 10 or 11 (I prefer 8, if 9 or 10 is not Available)

| 13. Estimated number of participants: 50 | 14. Additional Point of Contact / Spokesperson: Mashandia Platt
Telephone: 704-[redacted]
Email address: mashandiaplatt[redacted] |
|---|---|

13a. Nature of Event (Check appropriate box best describing the nature of your activity):
- ☐ Demonstration (Rally, Vigil, etc.)
- ☐ Filming/Photography
- ☐ Musical Presentation
- ☐ March (Provide Route)
- ☐ Road Race
- ☒ Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail:

Pray for the Nation (America) Prayer Campaign

Corporate Prayer for this Nation And our future leaders.

| | U.S. CAPITOL POLICE BOARD | SEU# | |
|---|---|---|---|
| CP-40 | 119 D Street, N.E.<br>Washington, D.C. 20510 | | |

**Application for Permit Under Article XIX Of The Traffic And Motor Vehicle Regulations for United States Capitol Grounds**

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson. Please be specific; include quantities and dimensions of all items.

Portable Speaker/Microphone

| ☐ Handheld Signs, Placards 50 | Banner(s) 0<br>Size: L   H | ☐ Podium  1 | ☐ Distribution of Literature |
|---|---|---|---|
| ☐ Stage(s) 0<br>Size: L  W  H | ☐ Press Riser<br>Size: L  W  H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☐ Tables<br>Quantity: 0  4 | ☐ Portable Sound System (Describe) | | |
| ☐ Chairs<br>Quantity: 50 | | | |

☐ Other:

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
    Yes    **No**

17. Estimated # of buses: (No parking / staging on Capitol Grounds) N/A

18. Will Marshals be utilized?  Yes / **No**
    How many?
    How will they be identified?

19. On-site contact: Belton Platt
    Mobile #: 980-███
    Email address: beltonplatt███

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?  Yes / **No**
    If yes, please explain:

21. I, _____, have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S NAME (Print): Belton C. Platt Sr.

SPOKESPERSON'S SIGNATURE: Belton J. Platt Sr.   DATE: 12-24-20

Not Valid Until Signed

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX: (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday.
Office: (202) 224-8891

Coordination Questions for DEMO: Rock Ministries Intl. Wednesday, January 6, 2021

| | |
|---|---|
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | No |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? | No |
| How does your group plan on arriving to US Capitol Grounds? | Public/private transportation |
| How does your group plan to disperse from US Capitol Grounds? | Public/private transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | No |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | No |
| Does your group have a website established for this event? Does your group have a social media account for this event? | Twitter:<br>Insta:<br>FB: |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | No |
| Do you have photos of the equipment that you plan on utilizing? | N/A |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc... | N/A |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | Personal use |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | No |
| Email address(es) for all points of contact for your event. | Beltonplatt@ |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | DEMO Only |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | Yes |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Member of group |
| If there is a March associated with the event please provide a map of the planned march route | N/A |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | 1200-1900 hours |
| Has the group invited Members of Congress? | No |
| Has the group invited Press to the event? | No |



# Demonstration Permit Assessment

Intelligence and Interagency Coordination Division

21-A-0586

January 6, 2021

## TITLE: Rock Ministries Intl.

**THREAT ADVISORY: REMOTE**

Our records indicate Rock Ministries Intl. has held previous events on the Capitol Grounds (October 24, November 21 and December 19, 2020). The events concluded without incident. There are no plans for participants to engage in acts of civil disobedience; therefore, the Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Rock Ministries Intl. event as HIGHLY IMPROBABLE.

**Background Information:** Rock Ministries Intl. describes itself as a non-denominational church based in Concord, NC.[1]

**Event Summary:** On Saturday, January 6, 2021, between 1200 and 1900 hours, approximately fifty (50) persons representing Rock Ministries Intl. will participate in a demonstration on the Senate East Front, Grassy Area 9, U.S. Capitol. The time frame includes set-up and take-down. The spokesperson advised participants are gathering for a "prayer campaign encouraging pastors, leaders and citizens to pray for the United States." The event will consist of prayers and brief speeches. No civil disobedience is planned for this event.

The spokesperson, Mr. Belton Platt advised that in keeping with their platform of peace - the group intends to pray and not engage in other activities. Mr. Platt can be reached via cell at (980) ███████ while the on-site Contact, Mashandia Platt can be reached at (704) ███████.

**IAD Comment:** The following groups have also requested permits for January 6, 2020: 1) Area 7 - Virginia Freedom Keepers (0600-1800; 50 ppl), 2) Area 8 - One Nation Under God (0830-1800; 50 ppl),

WARNING: THIS DOCUMENT IS FOR OFFICIAL USE ONLY. IT CONTAINS INFORMATION THAT MAY BE LAW ENFORCEMENT SENSITIVE. IT IS TO BE CONTROLLED, HANDLED, STORED, TRANSMITTED, DISTRIBUTED AND DISPOSED OF IN ACCORDANCE WITH USCP DIRECTIVE 2011.002 RELATING TO THE HANDLING OF CLASSIFIED AND OTHER SENSITIVE BUT UNCLASSIFIED INFORMATION AND IS NOT TO BE RELEASED TO THE PUBLIC OR OTHER PERSONNEL WHO DO NOT HAVE A VALID "NEED-TO-KNOW" WITHOUT PRIOR APPROVAL OF IAD.

**FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE// SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION**

3) Area 9 - Bryan Lewis (0830-1700; 50 ppl), 4) Area 10 - Women for a Great America (0700-2200; 50 ppl). Additionally, several demonstrations related to the recent presidential election will take place on this date – to include the Million MAGA March. Various groups are also expected to counter demonstrate. The group spokesperson is aware of the activity scheduled for January 6, 2020. There is currently no adverse intelligence related to the upcoming Rock Ministries Intl. event.

Our records indicate Rock Ministries Intl. has held previous events on the Capitol Grounds (October 24, November 21 and December 19, 2020). The events concluded without incident. Rock Ministries Intl. has a webpage and a social media presence on Facebook and YouTube.[ii][iii] Open source reviews indicate there are no plans for participants to engage in acts of civil disobedience; however, given the number of other protests ongoing nearby on that day, there is a risk of counter-protesters. The spokesperson advised that the organization - which promotes peace through prayer has no plans for participants to engage in acts of civil disobedience. Based on these findings, the Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Rock Ministries Intl. event as HIGHLY IMPROBABLE.

Date Received SEU: 12/24/20
Date Received IICD: 12/30/20

**USCP Risk Assessment Factors**

| RATING | PERCENTAGE |
| --- | --- |
| Remote | 1-5% |
| Highly Improbable | 5-20% |
| Improbable | 20-45% |
| Roughly Even Odds | 45-55% |
| Probable | 55-80% |
| Highly Probable | 80-95% |
| Nearly Certain | 95-99% |

**Sources**

[i] Rock Ministries International webpages, www.rockminitries.dudaone.com and www.rmicharlotte.org
[ii] Rock Ministries International Facebook page, www.facebook.com/RMICharlotte
[iii] Rock Ministries International YouTube channel, www.youtube.comchannel/UC632dSzUseZuyD5VM4MBdSA

**FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE// SENSITIVE PERSONALLY IDENTIFIABLE INFORMATION**