

# UNITED STATES CAPITOL POLICE
## DEMONSTRATION ENDORSEMENT SHEET

**SES NUMBER** 20-12-25

(Please Type or Print Legibly)

| Recommendation of C.O. Special Events | Approval ☐  Disapproval ☐  Comment ☑ |
|---|---|
| 01-06-2021; No MOC, media, or CD.<br>Not confirmed, but possible all demos on East Front (except Area 11) are associated w/each other & w/Ali Alexander, & have potential for >50 ppl; SES approving based on applications & lack of evidence that they'll be >50 ppl.<br>1) Area 8 - One Nation Under God (0830-1800; 50 ppl)<br>2) Area 9 - Bryan Lewis (0830-1700; 50 ppl)<br>3) Area 10 - Women for a Great America (0700-2200; 50 ppl)<br>4) Area 11 - Rock Ministries Church (1200-1900; 50 ppl) | Facilitate with Existing Manpower ☐<br><br>Grossi, Scott J. — Digitally signed by Grossi, Scott J. Date: 2020.12.29 20:14:27 -05'00'  12/29/2020<br>Signature — Date |

| Recommendation of C.O. Protective Services Bureau | Approval ☑  Disapproval ☐  Comment ☐ |
|---|---|
| | [signature]  12/31/20<br>Signature — Date |

| Recommendation of Assistant Chief of Police<br>Protective and Intelligence Operations | Approval ☑  Disapproval ☐  Comment ☐ |
|---|---|
| | Yogananda D. Pittman  1/4/21<br>Signature — Date |

| Recommendation of Assistant Chief of Police<br>Uniformed Operations | Approval ☑  Disapproval ☐  Comment ☐ |
|---|---|
| | Thomas, Chad B. — Digitally signed by Thomas, Chad B. Date: 2021.01.04 11:37:04 -05'00'<br>Signature — Date |

| Recommendation of Chief of Police | Approval ☑  Disapproval ☐  Comment ☐ |
|---|---|
| | Sund, Steven A. — Digitally signed by Sund, Steven A. Date: 2021.01.04 15:18:18 -05'00'<br>Signature — Date |



UNITED STATES CAPITOL POLICE BOARD
WASHINGTON, D.C. 20510    Phone: 202-224-9806

CP-1563
(11/16)

PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON
UNITED STATES CAPITOL GROUNDS
SES: 20-12-25

(1) SPONSORING PERSON AND/OR ORGANIZATION:
**Virginia Freedom Keepers**

(2) AREA OF CAPITOL GROUNDS TO BE INVOLVED:
Senate Park - Area 7 (bounded by Delaware Avenue, NE; C Street, NE; First Street, NE; and D Street, NE)

(3) DATE, TIME, AND DURATION:
DATE: Wednesday, January 6, 2021     TIME: 0600 - 1800 hours     DURATION: 12 hours
(includes set up / take down)

(4) NUMBER OF PARTICIPANTS:
50

(5) PROPS AND EQUIPMENT:
- Various handheld signs / placards
- One (1) stage (14'L x 8'W x 2'H) with staircase
- One (1) press riser (8'L x 4'W x 2'H)
- One (1) podium
- Sound system consisting of the following:
  - Six (6) JBL VRX932LA line array speakers (23.5"L x 13.5"W x 14.3"H)
    - Two (2) speakers per side of stage supported by tripod speaker stand (6'H) secured by natural sandbags
    - One (1) speaker per side of stage supported by tripod speaker stand (6'H) secured by natural sandbags
  - Four (4) microphones
  - One (1) mixing console
  - One (1) laptop
  - Various cables for connectivity
- One (1) LED screen (13'L x 7'H)
  - Composed of sixteen (16) LED panels
  - placed on stage; secured with ballast
  - to provide video display of speakers of event
  - LED Screen- overall max height must not exceed 9'H; overall max length must not exceed 13.5'L
- One (1) Honda EU7000is gas generator
- One (1) table
- Sixteen (16) metal bike racks (8'L x 43"H)
  - Placed around stage; not enclosed or attached to each other
  - Bike racks will have an opening between the racks
- Marshals will not be utilized for this event.
- Electrical power has not been requested, nor is it available at this site.

The spokesperson has been advised of the following:
- **Generator(s) must be fueled and refueled off Capitol Grounds.**
- Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Posts and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol.
- <u>**Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.**</u>
- **Projection of images - In accordance with the Traffic Regulations for the United States Capitol**



**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON
UNITED STATES CAPITOL GROUNDS
SES: 20-12-25**

Grounds, Section 12.2.20, the projection of images onto any buildings will not be permitted and is prohibited on Capitol Grounds.

- Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
- Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
- Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
- The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
- Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
- Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- <u>**Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.**</u>
- **Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u>** (*Monday through Friday during operational hours 0430-1300 hours*). **Then –**
- **Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u>** (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only).*
- **Delivery vehicle(s) must unload and reload equipment along the north curb of D Street, NE, between Delaware Avenue, NE and First Street, NE.**
- **Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.**
- **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
- **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED.</u>**
- **SPECIAL OPERATIONS DIVSION PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

NOTE: <u>**PARKING IS NOT AUTHORIZED ON CAPITOL GROUNDS.**</u>

(6) The authorized person or organization named in clause (1) of the Permit is entitled to utilize the area of the United States Capitol Grounds described in clause (2), and any props or equipment described in clause (5) of this Permit, in carrying out, during the date and time set forth in clause (3) of this Permit, their right to engage in peaceable and orderly demonstration activities (as defined in Chapter 12, Section 12.1.10 of the Traffic Regulations for the United States Capitol Grounds).

(7) In order to assure the safety and convenience of all the people in the exercise of their right to visit the Nation's Capitol, to call at the offices of Representatives and Senators, to observe public proceedings of Congress, to petition the Congress for redress of grievances, engage in peaceable and orderly conduct of any hearing before, or any deliberation of, any committee or subcommittee of the congress or either House thereof, or unreasonably interfere with the maintenance of good order on the Capitol Grounds, the Capitol Police Board hereby includes as part of this Permit the following conditions and time limitations which the Capitol Police Board has determined necessary in order to minimize the obstruction or impediment of vehicular and other traffic (including pedestrian traffic) through or within the Capitol Grounds and to assure the safety thereof:

  (a) In the event an official function is scheduled that could conflict with this demonstration, the demonstrators will clear the respective area prior to said function, and return after said function has departed the Capitol Grounds.

  (b) Any display of signs, banners, placards, and related items is strictly prohibited inside all Capitol Buildings. Literature may not be distributed in the hallways of any building on Capitol Grounds.

  (c) It is forbidden to offer or expose any article for sale in said United States Capitol Grounds; to display any sign, placard, or other form of advertisement therein; to solicit fares, alms, subscriptions, or contributions therein.



UNITED STATES CAPITOL POLICE BOARD
WASHINGTON, D.C. 20510    Phone: 202-224-9806

CP-1563
(11/16)

## PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON UNITED STATES CAPITOL GROUNDS
### SES: 20-12-25

(d) The setting-up, placement, or storage of camping equipment, tents, sleeping bags, bedroll, bedding of any kind or shelter of any kind, at any time, is prohibited. Any sleeping or lying-down on the paved or improved portions of the Buildings and Grounds (such as streets, roads, sidewalks, walkways, steps, curbs, gutters, doorways, alcoves, walls) at any time is prohibited. Any sleeping or lying-down on any unpaved, or unimproved (grassy) portion of the Grounds from one-half hour after sunset to one-half hour before sunrise, is prohibited.

(e) Immediately upon the conclusion of the demonstration activity carried out pursuant to this permit, all props, equipment and facilities permitted under Chapter 12 Section 12.5.10 of the Traffic Regulations for Capitol Grounds, which have been used in connection with such activity shall be removed by the applicant from Capitol Grounds. Further, the applicant shall take such action as may be necessary so as to leave the Capitol Grounds in as reasonably good and clean a condition as that which existed immediately prior to the commencement of such activity.

(f) As a condition precedent to the issuance of this Permit, all participants in the proposed demonstration (parade, convocation, etc.) shall agree not to carry on his/her person any firearm, explosive, club, missile, chemical or other incendiary device or any other weapon; candles, torches, lanterns, lamps, etc., while ignited, or to cause to become ignited any ignitable materials for the purpose of producing a flame. Further, all participants shall agree not to carry any support for signs, banners, placards, etc., which is more than three-quarters of an inch square at its largest point. All supports must have dull ends and cannot in any way be construed as a weapon. There shall be no nails, screw, or bolt-type fastening devices protruding from any support.

**01/04/2021**
(Date Approved)

Member,
United States Capitol Police Board

_____
(Date Approved)

Chairman,
United States Capitol Police Board

# UNITED STATES CAPITOL POLICE
# SPECIAL ATTENTION MEMORANDUM

CP-303 (9/05)

**Time Forwarded:** _____  **SES Number:** 20-12-25

**Date Forwarded:** _____  **SES Office**

---

| | |
|---|---|
| **Date:** | Wednesday, January 6, 2021 |
| **Time:** | 0600 – 1800 hours (includes set-up / take-down) |
| **Duration:** | 12 hours |
| **Number of Participants:** | 50 |
| **Location(s):** | Senate Park - Area 7 (bounded by Delaware Avenue, NE; C Street, NE; First Street, NE; and D Street, NE) |
| **Name(s):** | Virginia Freedom Keepers |
| **Type of Event:** | Demonstration |
| **Spokesperson:** | Marsha Lessard    Christina Skaggs |
| **Telephone Number(s):** | (C) (202)▮▮▮▮    (C) 209-▮▮▮▮ |
| **Spokesperson's Address:** | On File in Special Events |
| **Note:** | **In accordance with Standard Operating Procedure AC-000-63, the Section Commanders for the Special Operations Division, Sections One, Two and Three will be responsible for completing a Follow-Up Report CP-44, within three working days of this event.** |

**Remarks:**

On Wednesday, January 6, 2021, between 0600 and 1800 hours, approximately fifty (50) persons representing Virginia Freedom Keepers will participate in a demonstration in the Senate Park – Area 7. The spokesperson advises participants will gather for "a rally for health freedom." The spokesperson has also advised that speakers from across the nation who are advocates for freedom, sovereignty and health will address participants. *Actual event time will be 1000 to 1600 hours.*

*Members of Congress may be invited, however none had been invited at the time of writing. Press has not been invited. Civil Disobedience is NOT planned for this event. The spokesperson has advised that proper social distancing will be maintained for the duration of the event.*

The following props / equipment are authorized:
- Various handheld signs / placards
- One (1) stage (14'L x 8'W x 2'H) with staircase
- One (1) press riser (8'L x 4'W x 2'H)
- One (1) podium
- Sound system consisting of the following:
    - Six (6) JBL VRX932LA line array speakers (23.5"L x 13.5"W x 14.3"H)
        - Two (2) speakers per side of stage supported by tripod speaker stand (6'H) secured by natural sandbags
        - One (1) speaker per side of stage supported by tripod speaker stand (6'H) secured by natural sandbags
    - Four (4) microphones
    - One (1) mixing console
    - One (1) laptop

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY. This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations.

<u>*Virginia Freedom Keepers, Wednesday, January 6, 2021 (cont'd)*</u>
- Various cables for connectivity
- One (1) LED screen (13'L x 7'H)
  - Composed of sixteen (16) LED panels
  - placed on stage; secured with ballast
  - to provide video display of speakers of event
  - **LED Screen- overall max height must not exceed 9'H; overall max length must not exceed 13.5'L**
- One (1) Honda EU7000is gas generator
- One (1) table
- Sixteen (16) metal bike racks (8'L x 43"H)
  - Placed around stage; not enclosed or attached to each other
  - Bike racks will have an opening between the racks
- Marshals will not be utilized for this event.
- Electrical power has not been requested, nor is it available at this site.

The spokesperson has been advised of the following:
- **Generator(s) must be fueled and refueled off Capitol Grounds.**
- Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Posts and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol.
- <u>**Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.**</u>
- **Projection of images – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.2.20, the projection of images onto any buildings will not be permitted and is prohibited on Capitol Grounds.**
- Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
- Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
- Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
- The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
- Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
- Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- <u>**Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.**</u>
- **Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u>** (*Monday through Friday during operational hours 0430-1300 hours*). **Then –**
- **Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u>** (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).
- **Delivery vehicle(s) must unload and reload equipment along the north curb of D Street, NE, between Delaware Avenue, NE and First Street, NE.**
- **Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.**
- **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
- **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED.</u>**
- **SPECIAL OPERATIONS DIVSION PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

Participants will arrive and depart via public and private transportation. The spokesperson has been advised <u>**parking is not authorized**</u> on Capitol Grounds.

The Capitol Police Board has issued a permit for this event.

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations


Private First Class
Special Events Unit
(202)

1373:7540

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations.

CP-40

**U.S. CAPITOL POLICE BOARD**    SEU#
119 D Street, N.E.
Washington, D.C. 20510

**Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations for United States Capitol Grounds**

| | |
|---|---|
| 1. Organization and/or Spokesperson: Virginia Freedom Keepers | 2. Date of Application: 12/23/20 |

| 3. Address: | 4. Telephone: Business 202- | 5. Mobile: 202- | 6. Email address marsha@ |
|---|---|---|---|

| 7. Date(s) of Event: January 6, 2021 | 8. Day(s) of Week: wednesday | 9. Start Time (including set-up): 6am | 10. End Time (including clean-up): 6pm | 11. Total Duration: 12 |
|---|---|---|---|---|

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)
Area 7

| 13. Estimated number of participants: 50 | 14. Additional Point of Contact / Spokesperson: Christina Skaggs  Telephone: 209-  Email address: |
|---|---|

13a. Nature of Event (Check appropriate box best describing the nature of your activity):

☑ Demonstration (Rally, Vigil, etc.)   ☐ Filming/Photography   ☐ Musical Presentation

☐ March (Provide Route)   ☐ Road Race   ☐ Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail:

Rally for Health Freedom

| CP-40 | U.S. CAPITOL POLICE BOARD | SEU# | |
|---|---|---|---|
| | 119 D Street, N.E. | | |
| | Washington, D.C. 20510 | | |
| | Application for Permit Under Article XIX Of The Traffic | | |
| | And Motor Vehicle Regulations for United States Capitol Grounds | | |

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

Please be specific, include quantities and dimensions of all items.

| ☑ Handheld Signs, Placards | ☐ Banner(s) Size: L  H | ☐ Podium | ☐ Distribution of Literature |
|---|---|---|---|
| ☑ Stage(s) Size L 12 W 8 H 2 | ☐ Press Riser Size L  W  H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☑ Tables Quantity 1 | ☐ Portable Sound System (Describe) 12'x8'x24"H Riser with [1] staircase, and black skirting on 3-sides speakers on tripods secured with sand bags | | |
| ☐ Chairs Quantity | | | |

☑ Other:
sand bags to secure sound
16 barricades/bike racks to surrond stage
A generator will be used to power sound. It will not be fueled on the grounds.

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
Yes    No

17. Estimated # of buses: (No parking / staging on Capitol Grounds)
n/a

18. Will Marshals be utilized?    Yes    No
How many?
How will they be identified?
We will not utilizing security

19. On-site contact: Marsha Lessard
Mobile #: 202-███████
Email address: marsha.lessard@███████

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?    Yes    No
If yes, please explain:
No groups that we know of are opposing

21. I, Marsha Lessard, have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S NAME (Print)

*Marsha Lessard*
SPOKESPERSON'S SIGNATURE

12/23/20
DATE

Not Valid Until Signed
FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX: (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday,
Office: (202) 224-8891

[RESET] [PRINT]

| CP-40 | U.S. CAPITOL POLICE BOARD<br>119 D Street, N.E.<br>Washington, D.C. 20510<br>Application for Permit Under Article XIX Of The Traffic<br>And Motor Vehicle Regulations for United States Capitol Grounds | SEU# | |
|---|---|---|---|

| 1. Organization and/or Spokesperson: Marsha Lessard | 2. Date of Application: 12/23/20 |
|---|---|

| 3. Address: Virginia | 4. Telephone: Business 202- | 5. Mobile: 202- | 6. Email address marsha@ |
|---|---|---|---|

| 7. Date(s) of Event: 1/6/2021 | 8. Day(s) of Week: wednesday | 9. Start Time (including set-up): 9 | 10. End Time (including clean-up): 4 | 11. Total Duration: 8 |
|---|---|---|---|---|

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)
Any area available, preferably west front

| 13. Estimated number of participants: Unknown | 14. Additional Point of Contact / Spokesperson: Christina Skaggs<br>Telephone:<br>Email address: christina@ |
|---|---|

13a. Nature of Event (Check appropriate box best describing the nature of your activity):
- [x] Demonstration (Rally, Vigil, etc.)
- [ ] Filming/Photography
- [ ] Musical Presentation
- [ ] March (Provide Route)
- [ ] Road Race
- [ ] Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail:

| CP-40 | U.S. CAPITOL POLICE BOARD | SEU# | |
| --- | --- | --- | --- |
| | 119 D Street, N.E. | | |
| | Washington, D.C. 20510 | | |

**Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations for United States Capitol Grounds**

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

Please be specific; include quantities and dimensions of all items.

| ☑ Handheld Signs, Placards | ☐ Banner(s) Size: L H | ☑ Podium | ☐ Distribution of Literature |
| --- | --- | --- | --- |
| ☑ Stage(s) Size: L W H | ☐ Press Riser Size: L W H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☑ Tables Quantity: 4 - 5 | ☑ Portable Sound System (Describe) We will rent a stage and sound equipment | | |
| ☑ Chairs Quantity: 10 | | | |

☑ Other:
We are ;looking into the specs for the stage and equipment now

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
    Yes    No

| 17. Estimated # of buses: (No parking / staging on Capitol Grounds) | 16. Will Marshals be utilized?   Yes   No How many? |
| --- | --- |
| 19. On-site contact: Marsha Lessard Mobile #: 202-▮▮▮▮▮ Email address: marsha@▮▮▮▮▮ | How will they be identified? We will have private security |

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?   Yes   No

    If yes, please explain:
    Any groups that oppose the constitution and freedom

21. I, Marsha Lessard, have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S NAME (Print)

*Marsha Lessard*                                    12/23/20
SPOKESPERSON'S SIGNATURE                            DATE

**Not Valid Until Signed**
FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX: (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday.
Office: (202) 224-8891

[RESET]  [PRINT]

CAPD_0001748

Coordination Questions for [Virginia Freedom Keepers & SES #20-12-25] [January 6, 2021] [Area #7]
Phone conversation: 12/29/20202 @ 0955 hours

| Question | Response |
|---|---|
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | No |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? (only if applicable to event) | No |
| How does your group plan on arriving to US Capitol Grounds? | Private / public Transportation |
| How does your group plan to disperse from US Capitol Grounds? | Private / Public Transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | NO |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | NO |
| Does your group have a website established for this event? Does your group have a social media account for this event? | "Heath Freedom Rally" social media and word of mouth will be used to spread the word for this event. The event will be livestreamed by one of the speakers |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | Ropes and stations or bike racks to delegate areas for event. Area for speakers separate from the area for participants |
| Do you have photos of the equipment that you plan on utilizing? | Not at this time |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc... | Quote from vendor will be emailed for review |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | Will be live streamed |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | No |
| Email address(es) for all points of contact for your event. | marsha@virginiafreedomkeepers.org christina@virginiafreedomkeepers.org Bianca is from another partner organization and her contact information will be provided from Marsha |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | No |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | Vendor information will be emailed |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Member of organization |
| If there is a March associated with the event please provide a map of the planned march route | n/A |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | 1000-4:00 |
| Has the group invited Members of Congress? | Maybe |
| Has the group invited Press to the event? | no |

Coordination Questions for [Virginia Freedom Keepers & SES #20-12-25] [January 6, 2021] [Area #7]
Phone conversation: 12/29/20202 @ 0955 hours

The spokesperson advised that this event is in regard to first amendment rights in association with informed consent for health and vaccination. The group is not necessarily associated with other events that will be taking place on the same date in the area of the U.S. Capitol. They are aware that there will be other activity taking place on Capitol Grounds but their activity is not related to their message.

Actual event time will be 1000-1600 hours – will need to amend the start and end time to accommodate set up and take down for props and equipment

12/28/2020 1400 hours – email received

SP provided further follow up via email about the use of bike racks to fence off the stage from participant area.

Fourteen bike racks (8'L x 43"H), also provided vendor cell phone number.

12/28/2020 1410 hours

Called Vendor (Mike) and he confirmed that the sandbags are made of a natural breathable material and the speakers will be set up on the ground using speaker stands with a max height of 6' and with two sets of two 12" line array speakers on them the total height will be approximately 8'H ( will not exceed 15'H) and two sets of one 12" line array speaker on speaker tripod stand.

He also confirmed that he is familiar with the security screening procedures for deliveries as he has provided services to events on Capitol Grounds in the past.



# Demonstration Permit Assessment

Intelligence and Interagency Coordination Division

21-O-0290　　January 6, 2021

## TITLE: Virginia Freedom Keepers Demonstration

**THREAT ADVISORY: HIGHLY IMPROBABLE**

Open source reviews were negative for any planned counter protest activity against the upcoming event. At this time there is no adverse intelligence related to the upcoming event.

**Background Information:** Virginia Freedom Keepers describes itself as a collective voice of over 10,000 Virginians seeking to raise awareness of current and upcoming legislation regarding medical freedom.

**Event Summary:** On Wednesday, January 6, 2021, between 0600 and 1800 hours, approximately fifty (50) persons representing Virginia Freedom Keepers will participate in a demonstration in the Senate Park – Area 7. The purpose of the event is to conduct "a rally for health freedom." The event will include speakers from across the nation who are advocates for freedom, sovereignty and health. Actual event time will be 1000 to 1600 hours. Members of Congress may be invited, however at the time of this writing, none have been invited. The press has not been invited. The spokesperson advised civil disobedience is not being planned for the upcoming event.

The spokesperson, Ms. Marsha Lessard, advised that neither she, nor members of the demonstration, have any intention of entering Congressional office buildings to lobby Members of Congress.

**IICD Comment:** Open source reviews were negative for any planned counter protest activity against the upcoming event. At this time there is no adverse intelligence related to the upcoming event.

There are no records of Virginia Freedom Keepers conducting prior events on Capitol grounds. Virginia Freedom Keepers has a webpage[i] and social media presence on Facebook[ii], Twitter[iii] and Instagram[iv]. A Facebook event page, for a prior event held on Wednesday September 2, 2020, in Richmond, Virginia is listed on their Facebook page as the most recent event. At the present time, the organization

WARNING: THIS DOCUMENT IS FOR OFFICIAL USE ONLY. IT CONTAINS INFORMATION THAT MAY BE LAW ENFORCEMENT SENSITIVE. IT IS TO BE CONTROLLED, HANDLED, STORED, TRANSMITTED, DISTRIBUTED AND DISPOSED OF IN ACCORDANCE WITH USCP DIRECTIVE 2011.002 RELATING TO THE HANDLING OF CLASSIFIED AND OTHER SENSITIVE BUT UNCLASSIFIED INFORMATION AND IS NOT TO BE RELEASED TO THE PUBLIC OR OTHER PERSONNEL WHO DO NOT HAVE A VALID "NEED-TO-KNOW" WITHOUT PRIOR APPROVAL OF IAD.

does not have an active Facebook event page for the upcoming event, however, the event is posted[v] in the newsfeed of the organization's Facebook page. No adverse information was identified on the Virginia Freedom Keepers social media pages. Open source reviews indicate there are no plans for participants to engage in acts of civil disobedience. Ms. Christina Skaggs, (209) ███████, is the point of contact for the upcoming event. Although at this time there is no adverse intelligence related to the upcoming event, this event is one of multiple events permitted on Capitol grounds for Wednesday, January 6, 2021, and counter-protesters may be present. Based on these findings, the Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Virginia Freedom Keepers demonstration as highly improbable.

Information contained in this document is current as of 12/30/2020 @ 1800 hours.

Date Received SEU: 12/23/20
Date Received IICD: 12/30/20

### USCP Risk Assessment Factors

| RATING | PERCENTAGE |
|---|---|
| Remote | 1-5% |
| Highly Improbable | 5-20% |
| Improbable | 20-45% |
| Roughly Even Odds | 45-55% |
| Probable | 55-80% |
| Highly Probable | 80-95% |
| Nearly Certain | 95-99% |

**Sources:**

[i] https://www.virginiafreedomkeepers.org/
[ii] https://www.facebook.com/freedomkeepersvirginia/
[iii] https://twitter.com/vafreedomkeeper
[iv] https://www.instagram.com/virginiafreedomkeepers/
[v] https://www.facebook.com/freedomkeepersvirginia/posts/243451507370588