

# UNITED STATES CAPITOL POLICE
## DEMONSTRATION ENDORSEMENT SHEET

CP-40A (10/19)

SES NUMBER    20-12-18

(Please Type or Print Legibly)

| Recommendation of C.O. Special Events<br>01-04-2021 thru 01-10-2021 | Approval ☑  Disapproval ☐  Comment ☑<br>Facilitate with Existing Manpower ☐ |
|---|---|
| - MOC invited, none confirmed.<br>- Press not invited.<br>- No CD planned.<br><br>Numerous demos occurring throughout the week. | Grossi, Scott J. *Digitally signed by Grossi, Scott J. Date: 2020.12.31 15:04:27 -05'00'*    12/31/2020<br>Signature                                               Date |
| **Recommendation of C.O. Protective Services Bureau** | Approval ☑  Disapproval ☐  Comment ☐ |
|  | *[signature]*                                          1/4/21<br>Signature                                               Date |
| **Recommendation of Assistant Chief of Police<br>Protective and Intelligence Operations** | Approval ☑  Disapproval ☐  Comment ☐ |
|  | Yogananda D. Pittman                                   1/4/21<br>Signature                                               Date |
| **Recommendation of Assistant Chief of Police<br>Uniformed Operations** | Approval ☑  Disapproval ☐  Comment ☐ |
|  | Thomas, Chad B. *Digitally signed by Thomas, Chad B. Date: 2021.01.04 11:33:15 -05'00'*<br>Signature                                               Date |
| **Recommendation of Chief of Police** | Approval ☑  Disapproval ☐  Comment ☐ |
|  | Sund, Steven A. *Digitally signed by Sund, Steven A. Date: 2021.01.04 16:28:11 -05'00'*<br>Signature                                               Date |

CAPD_0001753



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C. 20510   Phone: 202-224-9806**

CP-1563
(11/16)

### PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON UNITED STATES CAPITOL GROUNDS
### SES: 20-12-18

(1) SPONSORING PERSON AND/OR ORGANIZATION:
   Women for a Great America / 50+ Days of Blessing

(2) AREA OF CAPITOL GROUNDS TO BE INVOLVED:
   House East Front, Grassy Area 10 (bounded by the South Mezzanine sidewalk; First Street, SE Southeast Drive and the East Front Plaza) *(Monday, January 4, 2021 & Wednesday, January 6 through Sunday, January 10, 2021)*

   House East Front, Grassy Area 11 (bounded by SE Drive; First St, SE; Independence Avenue, SE and East Front Plaza) *(Tuesday, January 5, 2021)*

   The spokesperson has been advised that the Congressional Press area in the House East Front Grassy Area is not a permitted area. The demonstration is permitted no closer than thirty (30) feet from the Congressional Press Area.

(3) DATE, TIME, AND DURATION:
   DATE: Monday, January 4, 2021            TIME: 0700 - 1600 hours            DURATION: 9 hours
         Tuesday, January 5, through              0700 - 2200 hours                        15 hours
         Sunday, January 10, 2021                 (includes set-up / take-down)

(4) NUMBER OF PARTICIPANTS:
   50

(5) PROPS AND EQUIPMENT:
   The following props / equipment are authorized:
   - One (1) stage (12'L x 12'W x 2'H)
   - One (1) podium
   - One (1) battery powered Bose S1 Pro Bluetooth speaker (12"L x 13"H)
   - Two (2) microphones
   - One (1) keyboard (5"L x 17"W)
     - One (1) keyboard X stand
   - One (1) Beringer portable mixer
     - Two (2) 10'L XLR cables
   - One (1) Yeti 300x portable charger
   - Fifty (50) chairs
   - One (1) camera
   - One (1) tripod
   - Electrical power has not been requested, nor is it available at this site

The spokesperson has been advised of the following:
   - "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
   - <u>Per the Architect of the Capitol</u>, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.
   - Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
   - Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
   - Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.



UNITED STATES CAPITOL POLICE BOARD
WASHINGTON, D.C. 20510    Phone: 202-224-9806

CP-1563
(11/16)

PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON
UNITED STATES CAPITOL GROUNDS
SES: 20-12-18

- The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
- Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
- Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
- Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u> (*Monday through Friday during operational hours 0430-1300 hours*). Then –
- Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u> (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).
- Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, SE (niched / cut out area) between Independence Avenue and East Capitol Street, SE.
- Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.
- **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
- **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED.</u>**
- **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

**NOTE:   <u>STAGING / PARKING IS NOT AUTHORIZED ON CAPITOL GROUNDS.</u>**

(6) The authorized person or organization named in clause (1) of the Permit is entitled to utilize the area of the United States Capitol Grounds described in clause (2), and any props or equipment described in clause (5) of this Permit, in carrying out, during the date and time set forth in clause (3) of this Permit, their right to engage in peaceable and orderly demonstration activities (as defined in Chapter 12, Section 12.1.10 of the Traffic Regulations for the United States Capitol Grounds).

(7) In order to assure the safety and convenience of all the people in the exercise of their right to visit the Nation's Capital, to call at the offices of Representatives and Senators, to observe public proceedings of Congress, to petition the Congress for redress of grievances, engage in peaceable and orderly conduct of any hearing before, or any deliberation of, any committee or subcommittee of the congress or either House thereof, or unreasonably interfere with the maintenance of good order on the Capitol Grounds, the Capitol Police Board hereby includes as part of this Permit the following conditions and time limitations which the Capitol Police Board has determined necessary in order to minimize the obstruction or impediment of vehicular and other traffic (including pedestrian traffic) through or within the Capitol Grounds and to assure the safety thereof:

(a) In the event an official function is scheduled that could conflict with this demonstration, the demonstrators will clear the respective area prior to said function, and return after said function has departed the Capitol Grounds.

(b) Any display of signs, banners, placards, and related items is strictly prohibited inside all Capitol Buildings. Literature may not be distributed in the hallways of any building on Capitol Grounds.

(c) It is forbidden to offer or expose any article for sale in said United States Capitol Grounds; to display any sign, placard, or other form of advertisement therein; to solicit fares, alms, subscriptions, or contributions therein.

(d) The setting-up, placement, or storage of camping equipment, tents, sleeping bags, bedroll, bedding of any kind or shelter of any kind, at any time, is prohibited. Any sleeping or lying-down on the paved or improved portions of the Buildings and Grounds (such as streets, roads, sidewalks, walkways, steps, curbs, gutters, doorways, alcoves, walls) at any time is prohibited. Any sleeping or lying-down on any unpaved, or unimproved (grassy) portion of the Grounds from one-half hour after sunset to one-half hour before sunrise, is prohibited.



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C. 20510     Phone: 202-224-9806**

CP-1563
(11/16)

## PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON UNITED STATES CAPITOL GROUNDS
### SES: 20-12-18

(e) Immediately upon the conclusion of the demonstration activity carried out pursuant to this permit, all props, equipment and facilities permitted under Chapter 12 Section 12.5.10 of the Traffic Regulations for Capitol Grounds, which have been used in connection with such activity shall be removed by the applicant from Capitol Grounds. Further, the applicant shall take such action as may be necessary so as to leave the Capitol Grounds in as reasonably good and clean a condition as that which existed immediately prior to the commencement of such activity.

(f) As a condition precedent to the issuance of this Permit, all participants in the proposed demonstration (parade, convocation, etc.) shall agree not to carry on his/her person any firearm, explosive, club, missile, chemical or other incendiary device or any other weapon; candles, torches, lanterns, lamps, etc., while ignited; or to cause to become ignited any ignitable materials for the purpose of producing a flame. Further, all participants shall agree not to carry any support for signs, banners, placards, etc., which is more than three-quarters of an inch square at its largest point. All supports must have dull ends and cannot in any way be construed as a weapon. There shall be no nails, screw, or bolt-type fastening devices protruding from any support.

01/04/2021
(Date Approved)

_____
Member,
United States Capitol Police Board

_____
(Date Approved)

_____
Chairman,
United States Capitol Police Board

# UNITED STATES CAPITOL POLICE
# SPECIAL ATTENTION MEMORANDUM

CP-303                           (9/05)

**Time Forwarded:** _____      **SES Number:** 20-12-18

**Date Forwarded:** _____      **SES Coordinator:** ███████

| | | | |
|---|---|---|---|
| **Date / Time / Duration:** | Monday, January 4, 2021 | 0700 – 1600 hours | 9 hours |
| | Tuesday, January 5 through Sunday, January 10, 2021 | 0700 – 2200 hours | 15 hours |

**Number of Participants:** 50

**Location(s):** House East Front, Grassy Area 10 (bounded by the South Mezzanine sidewalk; First Street, SE Southeast Drive and the East Front Plaza) *(Monday, January 4, 2021 & Wednesday, January 6 through Sunday, January 10, 2021)*

House East Front, Grassy Area 11 (bounded by SE Drive; First St, SE; Independence Avenue, SE and East Front Plaza) *(Tuesday, January 5, 2021)*

**The spokesperson has been advised that the Congressional Press area in the House East Front Grassy Area is not a permitted area, to include the canopy area. The demonstration is permitted no closer than thirty (30) feet from the Congressional Press area. Setup of material/persons on any AOC grates, is not permitted.**

**Name(s):** Women for a Great America / 50+ Days of Blessing

**Type of Event:** Demonstration

**Spokesperson:** Andrea Lafferty     **On-Site Contact:** Hannah Bunn
**Telephone Number(s):** (C) (202)█████     (C) (817)█████

**Spokespersons Address:** On File in Special Events

**NOTE:** **In accordance with Standard Operating Procedure AC-000-63, the Section Commanders for the First Responders Unit, Sections Two and Three will be responsible for completing a Follow-Up Report CP-44, within three working days of this event.**

**Remarks:**

    On Monday, January 4, 2021 (0700-1600 hours), and Wednesday, January 6 through Sunday, January 10, 2021 (0700-2200 hours), approximately fifty (50) persons representing **Women for a Great America / 50+ Days of Blessing**, will participate in a demonstration on the House East Front, Grassy Area 10, U.S. Capitol.
    On Tuesday, January 5, 2021, between 0700 and 2200 hours, approximately fifty (50) persons representing Women for a Great America / 50+ Days of Blessing, will participate in a demonstration on the House East Front, Grassy Area 11, U.S. Capitol.
    The spokesperson advises the purpose of the event is to *"pray and worship for our nation."* The event will consist of multiple speakers with congregational music interludes. The actual time of the event each day will begin at 0700 hours. *Members of Congress have been invited to attend this event, however, none have confirmed at the time of this writing. Press has not been invited. No civil disobedience is planned.*

    The following props / equipment are authorized:
- One (1) stage (12'L x 12'W x 2'H)
- One (1) podium
- One (1) battery powered Bose S1 Pro Bluetooth speaker (12"L x 13"H)
- Two (2) microphones
- One (1) keyboard (5"L x 17"W)
  - One (1) keyboard X stand
- One (1) Beringer portable mixer
  - Two (2) 10'L XLR cables

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations

*Women for a Great America / 50+ Days of Blessing January 4-10, 2021 (cont'd)*

- One (1) Yeti 300x portable charger
- Fifty (50) chairs
- One (1) camera
- One (1) tripod
- Electrical power has not been requested, nor is it available at this site

**The spokesperson has been advised of the following:**
- "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
- <u>Per the Architect of the Capitol</u>, **only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.**
- Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
- Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
- Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
- The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
- Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
- Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
- **Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u>** (*Monday through Friday during operational hours 0430-1300 hours*). Then –
- **Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u>** (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).
- **Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, SE (niched / cut out area) between Independence Avenue and East Capitol Street, SE.**
- **Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.**
- **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
- **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED.</u>**
- **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

The participants will arrive and depart via public transportation. The spokesperson has been advised that <u>no parking or staging is authorized</u> on Capitol Grounds.

The Capitol Police Board has issued a permit for this event.



Private First Class
Special Events Section
(202) 

1373:7540

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY
This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations

2

CAPD_0001758

| CP-40 | U.S. CAPITOL POLICE BOARD<br>119 D Street, N.E.<br>Washington, D.C. 20510 | SEU# | |
|---|---|---|---|
| | Application for Permit Under Article XIX Of The Traffic<br>And Motor Vehicle Regulations for United States Capitol Grounds | | |

| 1. Organization and/or Spokesperson:<br>Women for a Great America/50+ Days of Blessing | | | | 2. Date of Application:<br>12-15-20 |
|---|---|---|---|---|
| 3. Address:<br>139 C Street, SE Washington DC 20003 | 4. Telephone: Business | 5. Mobile:<br>202■■■ | | 6. Email address<br>drealafferty■■■@gmail■■ |
| 7. Date(s) of Event:<br>Jan 4-10, 2021 | 8. Day(s) of Week:<br>7 | 9. Start Time (including set-up):<br>7am | 10. End Time (including clean-up):<br>TBD | 11. Total Duration:<br>TBD |

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)
area 10

| 13. Estimated number of participants:<br><br>50 | 14. Additional Point of Contact / Spokesperson:<br><br>Telephone: 202■■■■<br><br>Email address: andrealafferty■■■■ |
|---|---|

13a. Nature of Event (Check appropriate box best describing the nature of your activity):
- [x] Demonstration (Rally, Vigil, etc.)
- [ ] Filming/Photography
- [ ] Musical Presentation
- [ ] March (Provide Route)
- [ ] Road Race
- [ ] Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail:
1st amendment platform- prayer and worship for our nation

| CP-40 | U.S. CAPITOL POLICE BOARD | SEU# | |
| --- | --- | --- | --- |
| | 119 D Street, N.E. | | |
| | Washington, D.C. 20510 | | |
| | Application for Permit Under Article XIX Of The Traffic | | |
| | And Motor Vehicle Regulations for United States Capitol Grounds | | |

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

Please be specific; include quantities and dimensions of all items.

| ☑ Handheld Signs, Placards | Banner(s) Size: L  H | ☑ Podium  TBD | ☐ Distribution of Literature |
| --- | --- | --- | --- |
| ☑ Stage(s) Size: L  W  H  TBD | ☐ Press Riser Size: L  W  H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☑ Tables Quantity:  TBD | ☑ Portable Sound System (Describe) | | |
| ☑ Chairs Quantity:  TBD | | | |

☑ Other:
specifics on props and equipment TBD

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
Yes ✔ No

| 17. Estimated # of buses: (No parking / staging on Capitol Grounds) 0 | 18. Will Marshals be utilized?  Yes  No |
| --- | --- |
| 19. On-site contact: TBD | How many? |
| Mobile #: | How will they be identified? |
| Email address: | TBD |

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?  Yes  No
If yes, please explain:

21. I, _____andrea lafferty_____, have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.
SPOKESPERSON'S NAME (Print)

_[signature: Andrea Lafferty]_   12-15-20
SPOKESPERSON'S SIGNATURE   DATE

**Not Valid Until Signed**
FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX: (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday.
Office: (202) 224-8891

| CP-40 | U.S. CAPITOL POLICE BOARD | SEU# | |
| | 119 D Street, N.E. | | |
| | Washington, D.C. 20510 | | |

**Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations for United States Capitol Grounds**

updated

| 1. Organization and/or Spokesperson: Women for a Great America/50+ Days of Blessing | 2. Date of Application: 12-15-20 |
|---|---|

| 3. Address: 139 C Street, SE Washington DC 20003 | 4. Telephone Business | 5. Mobile: 202-▓▓▓ | 6. Email address: andrealafferty▓▓▓ |
|---|---|---|---|

| 7. Date(s) of Event: Jan 4-10, 2021 | 8. Day(s) of Week: 7 | 9. Start Time (including set-up) 7am | 10. End Time (including clean-up) 10pm ~~TBD~~ | 11. Total Duration: 13hrs ~~TBD~~ |
|---|---|---|---|---|

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)
area 10 \ Jan 4 - 7:00am - 4pm
Jan 6-10 7:00am - 10pm       area 11 - Jan 5 7:00am - 10pm

| 13. Estimated number of participants: 50 | 14. Additional Point of Contact / Spokesperson: Telephone: 202.236.0376  Email address: andrealafferty.wga@gmail.com |
|---|---|

13a. Nature of Event (Check appropriate box best describing the nature of your activity).

☑ Demonstration (Rally, Vigil, etc.)   ☐ Filming/Photography   ☐ Musical Presentation

☐ March (Provide Route)   ☐ Road Race   ☐ Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail:
1st amendment platform- prayer and worship for our nation

| CP-40 | U.S. CAPITOL POLICE BOARD | SEU# | |
|---|---|---|---|
| | 119 D Street, N.E. | | |
| | Washington, D.C. 20510 | | |
| | Application for Permit Under Article XIX Of The Traffic | | |
| | And Motor Vehicle Regulations for United States Capitol Grounds | | |

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

Please be specific; include quantities and dimensions of all items.

| ☑ Handheld Signs, Placards | Banner(s)<br>Size: L      H | ☑ Podium  TBD | ☐ Distribution of Literature |
|---|---|---|---|
| ☑ Stage(s)<br>Size: L   W   H  TBD | ☐ Press Riser<br>Size: L   W   H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☑ Tables<br>Quantity: TBD | ☑ Portable Sound System (Describe) | | |
| ☑ Chairs<br>Quantity: TBD | | | |

☑ Other:
specifics on props and equipment TBD

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
Yes    ✓ No

17. Estimated # of buses: (No parking / staging on Capitol Grounds)
0

18. Will Marshals be utilized?    Yes    No
How many?
How will they be identified?
TBD

19. On-site contact: TBD
Mobile #:
Email address:

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?    Yes    No
If yes, please explain:

21. I, _andrea lafferty_, have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

SPOKESPERSON'S NAME (Print)

_andrea lafferty_ (signature)                                    12-15-20
SPOKESPERSON'S SIGNATURE                                          DATE

Not Valid Until Signed

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX: (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday,
Office: (202) 224-8891

CAPD_0001762

# Props + Equipment

One 12 x12 x 16" stage
Comprised of
4 - 4 x 8 platforms at 150lbs each
1 - 4x4 platform
Step 8" high

Stage Podium
50 Chairs

Sound Equipment
Camera
Tripod
two handheld sure microphones
Two 10ft XLR Cables
One Keyboard X Stand
One keyboard
3 1/4in Cables
One Bose S1 Pro Speaker
One Beringer Portable Mixer
One Yeti 300x Portable Charger



# UNITED STATES CAPITOL POLICE
## SPECIAL EVENT SECTION

### EVENT PROCESSING PROGRESS SHEET

**Event: Women for a Great America**　　　　　　　　SES: 20-12-18

| | |
|---|---|
| 12-17-2020 / 1015 hrs | Contacted the S/P on her cell phone to confirm receipt of application and to go over her information. |
| | S/P did not answer & VM Box full, sent email. |
| | At 1530, SP emailed response for updated application. |
| 12-18-2020 / 0911 hrs | Attempted to contact S/P, no answer. |
| 12-18-2020 / 1130 hrs | Attempted to contact S/P, no answer. |
| 1425 hrs | Called again, VM Box full, sent email. |
| 12-21-2020 / 855 hrs | Called SP, no answer. Emailed SP |
| 1020hrs | Called SP, No answer. |
| 1330 hrs | emailed SP to follow up updated application. No response |
| 1700 hrs | emailed SP again, no response |
| 12-22-2020 / 0905 hrs | S/P called me back, we discussed the application and went over the rules and regulations. Advised we need props & equipment immediately |
| | Sent follow up email at 0940 hrs |
| 1341 hrs | S/P sent some of the equipment via email |
| 12-28-2020 / 0800 hrs | Called SP, no answer |

Spokesperson is extremely difficult to make contact with. Rarely answers phone and does not respond to emails very often.

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY. This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations

Coordination Questions for DEMO: Women for a Great America/50+ Days of Blessing - Jan. 4-10, 2020

| Question | Answer |
|---|---|
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | No |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? | Currently was with NPS outside of White House |
| How does your group plan on arriving to US Capitol Grounds? | Public/private transportation |
| How does your group plan to disperse from US Capitol Grounds? | Public/private transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | No |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | No |
| Does your group have a website established for this event? Does your group have a social media account for this event? | No |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | No |
| Do you have photos of the equipment that you plan on utilizing? | Yes |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc... | . |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | Personal use |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | No, but |
| Email address(es) for all points of contact for your event. | Andrealafferty<br>andrealafferty |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | DEMO Only |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | Yes |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Member of group |
| If there is a March associated with the event please provide a map of the planned march route | N/A |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | 0700-TBD hours |
| Has the group invited Members of Congress? | Will be inviting members of Congress |
| Has the group invited Press to the event? | No |



# Demonstration Permit Assessment

Intelligence and Interagency Coordination Division

21-O-0293 | January 4-10, 2021

## TITLE: Women for a Great America/50+ Days of Blessing Demonstration

**THREAT ADVISORY:** HIGHLY IMPROBABLE (January 4-6) and REMOTE (January 7-10)

Open source reviews were negative for any planned counter-protest activity against the upcoming event. At this time there is no adverse intelligence related to the upcoming event. Based on these findings, the Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience or arrests to occur during the upcoming Women for a Great America/50+ Days of Blessing event as highly improbable for January 4-6, 2021, and remote January 7-10, 2021.

**Background Information:** Women for a Great America describes itself as an organization seeking to educate, engage and empower women on the issues. 50+ Days of Blessing is a project of Women for a Great America focused on engaging in worship, praise, and prayer.

**Event Summary:** On Monday, January 4, 2021, between 0700 and 1600 hours and Tuesday, January 6 through Sunday, January 10, 2021, between 0700 and 2200 hours, approximately fifty (50) persons representing Women for a Great America/50+ Days of Blessing, will participate in a demonstration on the House East Front, Grassy Area 10, U.S. Capitol.

On Tuesday, January 5, 2021, between 0700 and 1200 hours, approximately fifty (50) persons representing Women for a Great America/50+ Days of Blessing, will participate in a demonstration on the House East Front, Grassy Area 11, U.S. Capitol. The spokesperson advises the purpose of the event is to "pray and worship for our nation." The event will consist of multiple speakers with congregational music interludes. The actual time of the event each day will begin at 0700 hours. Members of Congress have been invited to attend this event, however, none have confirmed at the time of this writing. Press has not been invited. No civil disobedience is planned.

**IICD Comment:** The spokesperson suspects nonmembers, who support the mission of Women for a Great America, may decide to attend this event and the various events occurring on Capitol grounds

WARNING: THIS DOCUMENT IS FOR OFFICIAL USE ONLY. IT CONTAINS INFORMATION THAT MAY BE LAW ENFORCEMENT SENSITIVE. IT IS TO BE CONTROLLED, HANDLED, STORED, TRANSMITTED, DISTRIBUTED AND DISPOSED OF IN ACCORDANCE WITH USCP DIRECTIVE 2011.002 RELATING TO THE HANDLING OF CLASSIFIED AND OTHER SENSITIVE BUT UNCLASSIFIED INFORMATION AND IS NOT TO BE RELEASED TO THE PUBLIC OR OTHER PERSONNEL WHO DO NOT HAVE A VALID "NEED-TO-KNOW" WITHOUT PRIOR APPROVAL OF IAD.

and the U.S. Supreme Court on January 6, 2021. When questioned further, the spokesperson repeatedly advised the same information without further details. There are several events scheduled to occur in Washington, DC, on January 6, 2021, with many of them scheduled to occur on Capitol grounds.

Our records indicate Women for a Great America held a prior event between October 26 – 30, 2020 at the Senate East Front, Grassy Area 9. The event concluded without any incidents. Women for a Great America has a webpage[ii] and social media presence on Facebook[iii], Instagram[iv] and Twitter[v]. No adverse information was identified on Women for a Great America social media pages. 50+ Days of Blessing has a webpage[vi] and social media presence on Facebook[vii] and Instagram.[viii] No adverse information was identified on 50+ Days of Blessing social media pages. Open source reviews indicate there are no plans for participants to engage in acts of civil disobedience. Ms. Hannah Bunn, (817) ███-████ is the point of contact for the upcoming event. Based on these findings, the Intelligence and Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Women for a Great America/50+ Days of Blessing event as highly improbable for January 4-6, 2021, and remote January 7-10, 2021.

Information contained in this document is current as of 12/31/2020 @ 2000 hours.

Date Received SEU: 12/15/20
Date Received IICD: 12/31/20

### USCP Risk Assessment Factors

| RATING | PERCENTAGE |
|---|---|
| Remote | 1-5% |
| Highly Improbable | 5-20% |
| Improbable | 20-45% |
| Roughly Even Odds | 45-55% |
| Probable | 55-80% |
| Highly Probable | 80-95% |
| Nearly Certain | 95-99% |

**Sources:**

[i] https://www.women4agreatamerica.com/
[ii] *Id.*
[iii] https://www.facebook.com/Women4AGreatAmerica
[iv] https://www.instagram.com/women4agreatamerica/
[v] https://twitter.com/WAGAofficial
[vi] https://www.50daysofblessing.org/
[vii] https://www.facebook.com/groups/1443711975829850
[viii] https://www.instagram.com/50daysofblessing/