### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 21-CR-563 (JDB)** |
| : | |
| : | |
| **VICTORIA CHARITY WHITE** : | |
|     **Defendant.** | |

### ORDER

Pending before the Court is the motion of defendant White's Motion to Dismiss Counts Two and Three of the Indictment.

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2023.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE