# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-CR-563 (JDB)** |
| | : | |
| | : | |
| **VICTORIA CHARITY WHITE** | : | |
|     **Defendant.** | | |

## **ORDER**

Pending before the Court is the motion of defendant White's Motion to Appear Remotely for the Pretrial Conference.

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2023.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE