## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   **:**

                    **:**

**v.**                      **:**       **CRIMINAL NO. 21-CR-563 (JDB)**

                    **:**

                    **:**

**VICTORIA CHARITY WHITE**   **:**
        **Defendant.**

## ORDER

Pending before the Court is defendant White's Motion to Change Venue to a District other than the District of Columbia.

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2023.

 

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE