IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-563 (JDB) |
| | : | |
| | : | |
| VICTORIA CHARITY WHITE | : | |

## Notice of Intent to Introduce Expert Evidence

COMES NOW Defendant Victoria Charity White, by and through her counsel, and hereby files a notice of intent to introduce expert evidence relating to use of force, security protocols and crowd control techniques used by law enforcement, specifically The Metropolitan Police Department and The United States Capitol Police, on January 6, 2021. This notice is filed pursuant to Fed. Crim. P. 16(b)(1)(C). A curriculum vitae of the proposed expert was sent to the government via email on February 24, 2023.

        Respectfully submitted,

        /s/ *Nicole Cubbage*
        Nicole Cubbage
        DC Bar No. 999203
        712 H. Street N.E., Unit 570
        Washington, D.C.  20002
        703-209-4546
        cubbagelaw@gmail.com
        Attorney for Victoria White

Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 24th day of February, 2023.

____/s/_____
Nicole Cubbage
Attorney for Victoria White