IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. 21-CR-563 (JDB)
:
:
VICTORIA CHARITY WHITE :

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW Attorney Nicole Cubbage, counsel for defendant Victoria Charity White, to respectfully move this Honorable Court for the entry of an Order granting leave to withdraw as counsel in 21-CR-563-JDB. As grounds, the following is stated by undersigned counsel:

1. Undersigned counsel was first appointed to be Mr. White's standby counsel when she elected to proceed pro se in this matter.

2. Undersigned counsel entered an appearance as standby counsel on October 18, 2022.

3. On November 2, 2022 a status conference was held in this matter and at that time Ms. White elected to have undersigned counsel appointed to represent her as her court appointed counsel. This Honorable Court granted Mr. White's request and undersigned counsel was appointed to represent Ms. White as her court appointed attorney moving forward as of that date.

1

4. At the next status hearing in this case, Ms. White indicated a desire to continue discussions about a possible disposition of this case. This Court then set a hearing for a possible disposition in this matter for February 10, 2023.

5. At the February 10, 2023 hearing, which was converted to a status hearing, Ms. White rejected the plea offer of the government and a new scheduling order was set by this Court establishing motions deadlines, a pretrial conference date and a trial date.

6. Trial was set for May 8, 2023.

7. Motions were set for February 24, 2023 and undersigned counsel filed several dispositive motions as well as an expert notice on that date.

8. Ms. White has now expressed the desire to retain her own counsel rather than have court appointed counsel in this matter. Additionally, she has expressed a desire to motion this court for a continuance of the trial date to allow for her to retain such private counsel and prepare for trial with that new attorney.

9. Undersigned counsel was informed on March 1, 2023 of Ms. White's desire to obtain retained counsel and her desire to have undersigned counsel withdraw from her case.

10. Ms. White should not be compelled to proceed to trial with a court appointed attorney if she does not have full faith and confidence in court appointed representation.

11. A status hearing is hereby requested to address Ms. White's desire to have different representation moving forward.  It is hereby requested that this status hearing be virtual for all parties.

WHEREFORE, the foregoing reasons, and for such other reasons as may appear just and proper, undersigned counsel respectfully requests this Honorable Court for entry of an Order granting leave to withdraw as counsel for the defendant in case 21-cr-563.

Respectfully Submitted,

   /s/ Nicole Cubbage
Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C.  20002
703-209-4546
cubbagelaw@gmail.com
Attorney for Victoria Charity White

Certificate of Service
I certify that a copy of the forgoing was filed electronically for all parties of record on this 1st day of March, 2023.
____/s/_____
Nicole Cubbage
Attorney for Ms. White

3

4