**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-CR-563 (JDB)** |
| | : | |
| | : | |
| **VICTORIA CHARITY WHITE** | : | |
|     **Defendant.** | | |

### **ORDER**

Pending before the Court is the Motion of Defendant's Court Appointed Counsel to Withdraw from representation and for a status hearing to be set to address representation moving forward.

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2023.

---

                                          JOHN D. BATES
                                          UNITED STATES DISTRICT JUDGE