<pre>
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,
                                       Criminal Action
 4              Plaintiff,             No. 1:21-cr-0563

 5         vs.                         Washington, DC
                                       February 10, 2023
 6   VICTORIA CHARITY WHITE,
                                       11:35 a.m.
 7              Defendant.
     _____/
 8

 9              TRANSCRIPT OF STATUS CONFERENCE
           BEFORE THE HONORABLE JOHN D. BATES
10              UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12
     For the Government:      CHRISTOPHER AMORE
13                            DOJ-USAO New Jersey
                              970 Broad Street, Suite 700
14                            Newark, NJ 07102

15                            ALLISON ETHEN
                              DOJ-USAO Minnesota
16                            300 South 4th Street
                              Minneapolis, MN 55415
17

18   For the Defendant:      NICOLE CUBBAGE
                              Law Office of Nicole Cubbage
19                            712 H Street, NE, Suite 570
                              Washington, DC 20002
20

21

22
     Court Reporter:         JEFF M. HOOK
23                           Official Court Reporter
                             U.S. District & Bankruptcy Courts
24                           333 Constitution Avenue, NW
                             Room 4700-C
25                           Washington, DC 20001
</pre>

1          **P R O C E E D I N G S**

2              **DEPUTY CLERK:**  This morning we have criminal case

3      21-563, the United States of America vs. Victoria Charity

4      White.  Ms. White is present and in the courtroom.  Counsel

5      for the government here are represented by Ms. Ethen and

6      Mr. Amore.  Counsel for the defendant is represented by

7      Ms. Cubbage.  Appearing on the telephone is Pretrial

8      Services Agency officer Ms. Valentine-Lewis.

9              Officer, can you identify yourself for the record,

10     pretrial services officer.

11             **MS. VALENTINE-LEWIS:**  Good morning.  Da'Shanta

12     Valentine-Lewis, Pretrial Services Agency.

13             **DEPUTY CLERK:**  Thank you.

14             **THE COURT:**  Good morning everyone.  Ms. Cubbage, I

15     need to turn to you first.  There had been an indication

16     that we would be proceeding with a plea today, but I have

17     been informed that Ms. White has decided to reject the plea

18     offer, and perhaps you have something you want to say on

19     that?

20             **MS. CUBBAGE:**  Good morning, Your Honor.

21             **THE COURT:**  Good morning.

22             **MS. CUBBAGE:**  Yes, at this time Ms. White is

23     rejecting the government's plea offer and wishes to proceed

24     to trial.  We were hoping that we could convert this

25     previously scheduled plea hearing to a status to reset dates

1    and move forward on that.

2              THE COURT:  Anything else you want to say?

3              MS. CUBBAGE:  Not at this time.

4              THE COURT:  Well, it is Ms. White's right to

5    decide to proceed to trial and not take a plea, therefore we

6    will proceed to trial.

7              Nothing the government has to say on that, I

8    assume, Mr. Amore?

9              MR. AMORE:  No, Your Honor.

10             THE COURT:  We have a trial date, and that trial

11   date is May 8th -- is that right, May 8th?  Yes, May 8th.  I

12   guess we just need to put some other dates in place.  There

13   have been motions dates that have already come and gone, but

14   I don't know where either side stands with respect to

15   motions.  So that's the first question I will ask.

16             Is there a need for me to consider at least

17   permitting further motions to be filed?

18             MS. CUBBAGE:  Yes, Your Honor, we would ask for a

19   brief opportunity to submit motions on behalf of Ms. White.

20   I believe that I have most of them ready to go so it

21   wouldn't take long.  So if we could set a date for defense

22   motions within the next two weeks, that would be great.

23             THE COURT:  When you say you have most of them

24   ready to go, how many of them are we talking about?

25             MS. CUBBAGE:  Probably no more than seven.

1        **THE COURT:**  No more than seven, all right.  I

2   don't care for the way this schedule has proceeded since we

3   had a motions date and it's gone.  But I imagine that some

4   of the complication was a belief that the case would be

5   proceeding on one track, and now it's going to be proceeding

6   on another track.  So I'm not going to prejudice Ms. White

7   in that circumstance, even though she's responsible for the

8   disruption to the schedule.

9        So you say within two weeks.  Give me a

10  suggestion.

11       **MS. CUBBAGE:**  Let me open up my calendar here,

12  Your Honor.  I would say we could definitely have something

13  to the Court by the 24th.

14       **THE COURT:**  That would be everything to the Court

15  by the 24th?

16       **MS. CUBBAGE:**  That's correct, everything that

17  we're going to file.

18       **THE COURT:**  If I give the defense until

19  February 24th to file their no more than seven motions, when

20  will the government be prepared to respond to those?

21       I assume, Ms. Cubbage -- and don't read anything

22  into this, but I'm assuming that some of these motions are

23  motions that the Court has seen in other cases before?

24       **MS. CUBBAGE:**  That's correct, Your Honor.  I mean,

25  there definitely will be a change of venue motion that

1  you'll see, and some of the more traditional ones that have

2  been coming through.

3          **THE COURT:**  So when will the government be

4  prepared to respond?

5          **MR. AMORE:**  Your Honor, if we could have three

6  weeks, until March 17th.

7          **THE COURT:**  All right.  And if I give the

8  government three weeks, when will the defense be prepared to

9  file any replies?

10          **MS. CUBBAGE:**  The 31st.  I mean, we could even

11  probably do the 29th.

12          **THE COURT:**  The 29th?

13          **MS. CUBBAGE:**  Uh-huh.

14          **THE COURT:**  All right, that's a motions schedule.

15  I'll ask one question with respect to those motions.  Any

16  motion -- for instance, a motion to suppress statements,

17  that might require an evidentiary hearing?

18          **MS. CUBBAGE:**  Not at this time, I don't anticipate

19  a motion to suppress statements.

20          **THE COURT:**  So I won't schedule a hearing.  I'll

21  leave it open in case I need to, but I'm not going to

22  schedule one now.  And I'll anticipate deciding those

23  motions sufficiently in advance of our trial date.  Now we

24  need to work back from that trial date with a couple of

25  other dates.  We need a pretrial conference date, and then

1   we need dates for voir dire, jury instructions, exhibits --

2   exhibit lists and witness lists.

3         No expert witnesses in this case, is that correct,

4   Mr. Amore?

5         **MR. AMORE:**  I don't believe so, Your Honor.

6         **THE COURT:**  And from the defense?

7         **MS. CUBBAGE:**  Possibly, Your Honor.

8         **THE COURT:**  Possibly is a vague term.  You'll have

9   to fulfill your obligations under the Federal Rules with

10  respect to any experts, and you'll have to do it in a timely

11  manner.

12        When would you be able to inform the government

13  that you would be intending to produce an expert at trial?

14        **MS. CUBBAGE:**  We'll file a notice of expert filing

15  by the time -- by the motions deadline.  We'll know in two

16  weeks.

17        **THE COURT:**  All right.  So that will also be the

18  February 24th date.  And then the government would have to

19  do anything reciprocal that it's required to do under the

20  rules in a timely fashion.

21        **MR. AMORE:**  Yes, Your Honor.

22        **THE COURT:**  So pretrial, I don't have my calendar

23  in front of me.  Mr. Haley is a genius with pulling it up.

24  I'm in trial many, many weeks during April and May, but find

25  a week that I'm not in trial a couple of weeks before

1    May 8th if you would, Mr. Haley.

2              **DEPUTY CLERK:**  One second, Your Honor.  You're in

3    trial the week of April 10th, the week of April 17th,

4    April 24th and 25.  But you don't indicate trial on

5    April 26, 27 or 28, but you have matters on the 27th and the

6    28th.

7              **THE COURT:**  So April 27th, when during that day

8    might I have some time?

9              **MS. CUBBAGE:**  Your Honor, if I might interrupt,

10   April 27th is just the one day in April I have something

11   that's non negotiable and only happens once in a lifetime

12   for my kids.

13             **THE COURT:**  Once you mentioned kids, you got me.

14   So April 28th then, is that a Friday?

15             **MS. CUBBAGE:**  It is, and I'd have to fly from

16   Texas that morning to get here, but I could do Friday

17   afternoon on the 28th.

18             **THE COURT:**  Friday afternoon, April 28th, how

19   would that sound for a...

20        (Discussion off the record)

21             **THE COURT:**  I don't know when you're going to

22   arrive back, Ms. Cubbage, but would 3:00 o'clock work?

23             **MS. CUBBAGE:**  Absolutely, I can get here as soon

24   as 11:00 o'clock.  That's the flight that is earliest from

25   DFW, so I'll be here.

1      **THE COURT:**  I have something at 11:00 o'clock, so

2  let's make it at 2:00 o'clock.  So 2:00 o'clock for a

3  pretrial conference -- excuse me, we're doing it April 28th

4  at 2:00 p.m.  We should have the motions resolved by then,

5  and we need to have some things filed before then.

6      Voir dire and jury instructions a week before

7  that, April 21st, will that work?

8      **MS. CUBBAGE:**  That's good for us.

9      **THE COURT:**  Okay for the government?

10      **MR. AMORE:**  Yes, Your Honor.

11      **THE COURT:**  And then exhibits and witness lists --

12  understanding that I don't require that the defense provide

13  an exhibit -- provide a witness list that far in advance of

14  trial, so it may come up at the pretrial conference.  But

15  with respect to exhibit lists and witness lists, the witness

16  list is only a government obligation.

17      And we can get those in when, also on the 21st or

18  do you want a later date, what's the preference?

19      **MR. AMORE:**  If Your Honor's open to a later date,

20  that would be better, a little bit later than the 21st.

21      **THE COURT:**  It still would be nice to have it

22  before the 28th, and the 28th is a Friday.  So maybe if we

23  had it by the 25th, is that a Tuesday?

24      **MR. AMORE:**  Yes, Your Honor, that's -- thank you.

25      **THE COURT:**  So I think those are all the dates.

1    Again, motions schedule, February 24th for motions,

2    including experts.  There's no 404(b) here, is there,

3    Mr. Amore?

4         **MR. AMORE:**  No, Your Honor.

5         **THE COURT:**  Then identification of experts by

6    February 24th, oppositions to motions by March 17th, and

7    then replies by March 29th.  We have voir dire and jury

8    instructions due on the 21st.  Exhibit lists, witness lists

9    for the government by April 25th, and a pretrial conference

10   at 2:00 p.m. on April 28th.

11        Now, with respect to that pretrial conference, I

12   find that they usually work better if we do them in person,

13   so I prefer to do it in person.  Is that acceptable?

14        **MS. CUBBAGE:**  Yes, Your Honor.

15        **MR. AMORE:**  Yes, Your Honor.

16        **THE COURT:**  So that will be in person.  With that,

17   do we need any other dates set?

18        **MR. AMORE:**  Does Your Honor -- do you schedule

19   motion in limine dates?

20        **THE COURT:**  Do you expect motions in limine?

21        **MR. AMORE:**  Not particularly, Your Honor, but --

22        **THE COURT:**  Just in case?

23        **MR. AMORE:**  Right.

24        **THE COURT:**  Okay.  Well, I'd like them to be

25   resolved by the pretrial conference as well, but we need a

1  shorter briefing schedule for them.  So looking at the other

2  dates that we've identified, if we had motions in limine due

3  by April 3rd, responses by April 10th, and any replies by

4  April 17th -- and I think those are all weekdays, correct,

5  Mr. Haley?

6           **DEPUTY CLERK:**  One second, Your Honor.

7           **THE COURT:**  The 3rd, 10th and 17th.

8           **DEPUTY CLERK:**  They're all Mondays, that is

9  correct, Your Honor.

10          **THE COURT:**  Maybe I'll give more than a week for

11 the opposition and make it the 12th, and then make the

12 replies due on the 19th.  So it will be April 3rd for

13 motions in limine, April 12th for any oppositions, and

14 April 19th for replies.  And then I can get those resolved

15 prior to the pretrial conference as well.

16          Anything else we can benefit from discussing here

17 today from your perspectives?

18          **MR. AMORE:**  Yes, Your Honor.  I don't know if

19 you've been made aware, but pretrial filed a violation this

20 morning.

21          **THE COURT:**  That's why I say from your

22 perspective.  That's something from my perspective.

23 Anything else?

24          **MR. AMORE:**  Nothing else from the government, Your

25 Honor.

1          **DEPUTY CLERK:**  Jury trial remaining set on May 8th

2      at 9:30?

3          **THE COURT:**  It remains set on May 8th at 9:30.

4          Anything else from the defense?

5          **MS. CUBBAGE:**  No, Your Honor.

6          **THE COURT:**  So there is a pretrial filing with

7      respect to compliance issues.  And this arises from the fact

8      that the conditions for Ms. White include the following:

9      Stay away from Washington, D.C. except for court, meetings

10     with attorney or PSA.  And there's a concern that pretrial

11     has raised that Ms. White has been in violation of that

12     condition, because she has most recently been in D.C. for

13     several days meeting with congressional staff and family

14     members of other January 6th defendants, which is not one of

15     the reasons in the stay away provision that she is subject

16     to that permits her to be in D.C.  It raises concerns, and I

17     guess I'll hear from you, Ms. Cubbage, what on behalf of

18     Ms. White you may have to say with respect to that.

19          I don't know if you've had a chance to discuss

20     this with Ms. White?

21         **MS. CUBBAGE:**  Briefly, Your Honor.  It's our

22     understanding that she was cleared through pretrial services

23     to be here; that there was a large segment of time because

24     of the drive and the length of time that it would take to

25     get here, as well as the possibility of weather conditions

1     that might impact her travel; that her stay here was

2     cleared.  She gave the addresses of where she would be

3     staying to the officer, and indicated that she would be here

4     days ahead of her hearing just to make sure that she made it

5     here safely and was able to traverse the weather conditions

6     that are happening.  I mean, it seems like there's a storm

7     every other day that we're putting on the news.

8          So I have had the opportunity to meet with her

9     while she's here, and I would ask that she be allowed to

10    remain on release.  Because I believe that she's followed

11    the directions by clearing her travel and telling everything

12    that she felt was relevant to the probation services people

13    to make sure that she could be here and do what she was

14    supposed to do.

15         **THE COURT:**  It's your understanding and you're

16    representing that she informed pretrial of the reasons and

17    what she would be doing during that extended block of time?

18         **MS. CUBBAGE:**  It's my understanding that she

19    informed them where she would be and how long she would be

20    up here.  I'm not sure that exactly who she was going to be

21    speaking with or talking to was disclosed.  But I haven't

22    done my -- I mean, I just found out about this, so I haven't

23    had the ability to follow up and really interview that

24    particular officer and find out exactly what was -- how the

25    communications were --

1          **THE COURT:**  I don't know if that officer is the

2     officer who's on the phone.

3          **MS. CUBBAGE:**  I don't think it is.

4          **THE COURT:**  Do you know the name of that officer?

5          **MS. CUBBAGE:**  I think the last name is Rappaport,

6     Brad Rappaport.

7          **THE COURT:**  I guess I need to turn to pretrial

8     services, which is represented on the phone, and hear

9     anything that they wish to say at this time.

10         **MS. VALENTINE-LEWIS:**  Thank you, Your Honor.

11    While there is -- what pretrial here in Washington, D.C. has

12    been informed by the district of Minnesota is that an e-mail

13    was received from Ms. White indicating that she would be

14    traveling to Woodbridge, Virginia earlier this week; and

15    that she would be staying in Woodbridge, Virginia with a

16    friend's ex husband or something -- a friend of hers until

17    court; and that she planned to return home after court

18    between today and tomorrow.

19         But it was brought to pretrial's attention that

20    she has been in Washington, D.C. outside of the D.C. jail,

21    as it appeared from one of her Twitter posts that she's in,

22    as well as an article that was attached to the pretrial

23    report which puts her in violation of her conditions of

24    release.

25         **THE COURT:**  Does the government want to say

1    anything?

2           **MR. AMORE:**  Yes, Your Honor.  As Your Honor's

3    aware, this would be her second violation.  We were here a

4    month or so ago on a violation concerning a rearrest.

5           **THE COURT:**  Let's not talk about the penalty,

6    let's talk about whether it's a violation first.

7           **MR. AMORE:**  Oh, correct, Your Honor.  Yes, I agree

8    with pretrial that it is a penalty, that the intent of her

9    terms of supervised release are simply when she comes to

10   D.C., it's for the purposes of being here in court, meeting

11   with her attorney or meeting with pretrial services.  It's

12   not an invitation to have a five-day stay in Washington,

13   D.C. visiting the D.C. jail, you know, visiting with

14   congressional staffers and members of Congress.  That is

15   a -- to me, that's a flaunting of the conditions -- of her

16   conditions of release, Your Honor.

17          **THE COURT:**  But I think some of the conditions set

18   for January 6th defendants specify not going to the Capitol.

19          **MR. AMORE:**  You may be correct, Your Honor.  I

20   don't see --

21          **THE COURT:**  This one does not.

22          **MR. AMORE:**  It does not, Your Honor, right.

23   Correct, I have her initial conditions of release from the

24   time of her arrest:  Stay away from Washington, D.C. except

25   for court, meetings with attorney or PSA; verify address

1    with PSA.

2           **THE COURT:**  Ms. Cubbage.

3           **MS. CUBBAGE:**  I would note that that is correct,

4    that in a lot of my other January 6th cases, there's a

5    specific prohibition to visiting the Capitol.  But I would

6    also say that visiting your congresspeople there -- I mean,

7    even though it's not expressly stated that they can't do

8    that, to me, being able to advocate for yourself with your

9    represented officials may or may not fall outside the

10   category of something that was intended to be covered by

11   this stay away.

12          **THE COURT:**  May or may not?

13          **MS. CUBBAGE:**  It should not be covered by the stay

14   away order.

15          **MR. AMORE:**  And Your Honor, if that certainly were

16   the case, I think that would be something to clear with your

17   pretrial services officer.  If you had intended to meet with

18   your congressman or a congressman or anyone else in the

19   Washington, D.C. area to help you with your case, it would

20   have to be something cleared with pretrial services.  And I

21   don't think in this case it was, Your Honor.

22          **THE COURT:**  Well, we don't know for sure, but it

23   seems like it probably was not, Ms. Cubbage.  I haven't

24   heard you say anything that would indicate that there was a

25   specific informing of an officer that Ms. White would be in

1    D.C. at the Capitol and doing other things -- I'll just use

2    the general term, in support of January 6th defendants.

3              Now, there are First Amendment concerns, and

4    there's the language of the condition that needs to be

5    specifically focused on.  So I don't want to overstate

6    things, but it does seem to me that it's -- it seems

7    unlikely that Ms. White fully informed the officers of what

8    she would be doing while in D.C. with respect to visits to

9    the Capitol and other activities.  Now, is that enough to

10   revoke her release?  Maybe not, but it is a second offense

11   for Ms. White in terms of violating her conditions.  It

12   raises concerns with the Court.

13             So what we're going to do is the following:  We're

14   going to change the condition to be an express condition to

15   inform -- and I'm not going to eliminate any of the

16   language, but I'll add that Ms. White has to inform and get

17   the concurrence of pretrial services as to activities that

18   she may intend to engage in while in D.C.  And that would

19   include activities in support of January 6th defendants.

20   I'm not going to bar it, but pretrial services will first

21   look at it, and if necessary, I will look at it.  I am going

22   to bar visits to the Capitol unless they are approved.  That

23   is a condition that has been imposed on other defendants

24   relating to the January 6th events, and I think that it

25   makes sense here as well.

1      So, do you understand the changes to the

2  conditions?  Number one prohibits going to the Capitol;

3  number two, you must inform pretrial services of any

4  activities you wish to engage in while in D.C. so that they

5  are aware of it and can pass on it if necessary.  But I will

6  not revoke your release at this time.  But I will say,

7  Ms. White, that it does seem to me that you've shown that

8  you're a little cavalier about complying with your

9  conditions.  Both the prior event that resulted in a change

10  of the conditions and this demonstrates to me that you

11  haven't necessarily been totally forthcoming with pretrial

12  services.  Having said that, I've made my determinations as

13  to what that means going forward for you, just those changes

14  of conditions.

15      With that, Mr. Amore, anything further?

16      **MR. AMORE:**  Just, Your Honor, can the order

17  clarify -- or the conditions clarify that the Capitol also

18  refers to the surrounding congressional offices?

19      **THE COURT:**  Well, so you want a condition that

20  bars her from visiting her congressperson?

21      **MR. AMORE:**  No, Your Honor, not necessarily

22  visiting her congressperson.  Again, she would have to --

23      **THE COURT:**  That would be in a surrounding

24  congressional office.

25      **MR. AMORE:**  She would have to just -- again, what

1    we're saying here is that she just has to inform pretrial of

2    it.

3              THE COURT:  Well, that's a separate thing.  There

4    are two things that I've done.  One is she has to inform,

5    and two is she's barred from certain areas.  You want to

6    extend those areas to include the congressional offices

7    which means pretrial services can't authorize it if I've

8    barred it.

9              MR. AMORE:  Correct, Your Honor.  And I think --

10   and the reason being for that is it's my understanding that

11   the reason why this is in the terms of conditions in the

12   first place for the January 6th defendants is that the crime

13   occurred at the Capitol building.  Presumably, I'm sure many

14   congresspersons took it as an attack on them personally, and

15   therefore I think it would be in the interest of the victims

16   of the January 6th case that they would not want January 6th

17   defendants that are on pretrial release entering their

18   offices where they work.

19              THE COURT:  I will extend it to include the --

20              MS. CUBBAGE:  Your Honor, may I be heard on this?

21              THE COURT:  Well, hear what I'm going to do and

22   then --

23              MS. CUBBAGE:  Okay.

24              THE COURT:  My inclination is to extend it to the

25   Capitol and the congressional office buildings, but that

1    Ms. White can inform pretrial services and request

2    permission to visit a particular congressperson -- mainly

3    her congressperson, but I'll make it a particular

4    congressperson.  But she has to coordinate that with

5    pretrial services in advance.

6         **MS. CUBBAGE:**  And so just so I have this right, if

7    she has a scheduled appointment to visit someone, then she's

8    able to do that as long as it's not at the -- in the Capitol

9    building?

10        **THE COURT:**  Yes, but that still would be activity

11   in Washington that she has to inform pretrial services of.

12        **MS. CUBBAGE:**  Right, okay.

13        **MR. AMORE:**  Thank you, Your Honor.

14        **THE COURT:**  So May 8th is our trial date, and it's

15   a firm trial date.  We've got a lot of motions to deal with

16   beforehand.  Does the government have a sense for how long

17   its case likely will take?  Assume no experts, let's just

18   assume no experts for the moment.

19        **MR. AMORE:**  I think, Your Honor, like most of

20   these cases, the government would be able to put on its

21   case-in-chief within two or three days.

22        **THE COURT:**  Anything that the defense can share

23   with respect to its likely case?

24        **MS. CUBBAGE:**  I wouldn't assume no experts, and I

25   would probably say the defense case would take a day or two.

1      **THE COURT:**  Okay, thank you.  I appreciate that.

2  I'm not going to assume --

3           **MS. CUBBAGE:**  Your Honor --

4      **THE COURT:**  I asked him to assume no experts, I

5  won't assume no experts.  I know you're going to let us know

6  within a couple of weeks.

7           Anything further?

8           **MR. AMORE:**  No, Your Honor.  Thank you.

9           **MS. CUBBAGE:**  No, Your Honor.

10          **MS. VALENTINE-LEWIS:**  Yes, Your Honor.

11          **THE COURT:**  Is this pretrial services?

12          **MS. VALENTINE-LEWIS:**  Yes, I'm sorry, Your Honor.

13  Can you confirm if the Court would like to continue with the

14  condition of the stay away from D.C. as it pertains to all

15  the other January 6th defendants that we are currently

16  supervising?

17          **THE COURT:**  I'm not touching anyone else right

18  now, this is only Ms. White's case.

19          **MS. VALENTINE-LEWIS:**  Right.

20          **THE COURT:**  So what's your question?

21          **MS. VALENTINE-LEWIS:**  Is that condition going to

22  stay in place?

23          **THE COURT:**  Yes, that condition is staying in

24  place.  But I've specified now that she has to -- I modified

25  it, if you will, by specifying that she has to stay away

1    from the Capitol and congressional office buildings.  But

2    that for any activity in Washington other than court,

3    meetings with her attorneys or pretrial services, she has to

4    inform pretrial services and get the approval of pretrial

5    services for it.

6                **MS. VALENTINE-LEWIS:**  Thank you.

7                **THE COURT:**  So the next time I'll see you will be

8    on April 28th.  But we have a lot of things that will be

9    filed in the meantime, and you should anticipate some court

10   rulings on those in advance of the pretrial conference on

11   April 28th.

12               Thank you all.

13          (Proceedings adjourned at 12:05 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                          **C E R T I F I C A T E**

2

3                    I, **Jeff M. Hook, Official Court Reporter**,

4      certify that the foregoing is a true and correct transcript

5      of the record of proceedings in the above-entitled matter.

6

7

8

9          ___March 1, 2023___                    _____

10               **DATE**                             **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**0**

0563 [1]   1/4
07102 [1]   1/14

**1**

10 [1]   1/5
10th [3]   7/3 10/3
10/7
11:00 [2]   7/24 8/1
11:35 [1]   1/6
12:05 p.m [1]   21/13
12th [2]   10/11
10/13
17th [5]   5/6 7/3
9/6 10/4 10/7
19th [2]   10/12
10/14
1:21-cr-0563 [1]
1/4

**2**

20001 [1]   1/25
20002 [1]   1/19
2023 [1]   1/5
21-563 [1]   2/3
21st [4]   8/7 8/17
8/20 9/8
24th [7]   4/13 4/15
4/19 6/18 7/4 9/1
9/6
25 [1]   7/4
25th [2]   8/23 9/9
26 [1]   7/5
27 [1]   7/5
27th [3]   7/5 7/7
7/10
28 [1]   7/5
28th [10]   7/6 7/14
7/17 7/18 8/3 8/22
8/22 9/10 21/8
21/11
29th [3]   5/11 5/12
9/7
2:00 [2]   8/2 8/2
2:00 p.m [2]   8/4
9/10

**3**

300 [1]   1/16
31st [1]   5/10
333 [1]   1/24
3:00 [1]   7/22
3rd [3]   10/3 10/7
10/12

**4**

404 [1]   9/2
4700-C [1]   1/24
4th [1]   1/16

**5**

55415 [1]   1/16
563 [1]   2/3
570 [1]   1/19

**6**

6th [10]   11/14
14/18 15/4 16/2
16/19 16/24 18/12

18/16 18/16 20/15

**7**

700 [1]   1/13
712 [1]   1/19

**8**

8th [7]   3/11 3/11
3/11 7/1 11/1 11/3
19/14

**9**

970 [1]   1/13
9:30 [2]   11/2 11/3

**A**

a.m [1]   1/6
ability [1]   12/23
able [5]   6/12 12/5
15/8 19/8 19/20
above [1]   22/5
above-entitled [1]
22/5
Absolutely [1]   7/23
acceptable [1]   9/13
Action [1]   1/3
activities [4]   16/9
16/17 16/19 17/4
activity [2]   19/10
21/2
add [1]   16/16
address [1]   14/25
addresses [1]   12/2
adjourned [1]   21/13
advance [4]   5/23
8/13 19/5 21/10
advocate [1]   15/8
afternoon [2]   7/17
7/18
again [3]   9/1 17/22
17/25
Agency [2]   2/8 2/12
ago [1]   14/4
agree [1]   14/7
ahead [1]   12/4
ALLISON [1]   1/15
allowed [1]   12/9
Amendment [1]   16/3
AMERICA [2]   1/3 2/3
AMORE [6]   1/12 2/6
3/8 6/4 9/3 17/15
anticipate [3]   5/18
5/22 21/9
APPEARANCES [1]
1/11
appeared [1]   13/21
Appearing [1]   2/7
appointment [1]
19/7
appreciate [1]   20/1
approval [1]   21/4
approved [1]   16/22
April [22]   6/24 7/3
7/3 7/4 7/5 7/7
7/10 7/10 7/14 7/18
8/3 8/7 9/9 9/10
10/3 10/3 10/4
10/12 10/13 10/14
21/8 21/11
April 10th [2]   7/3

10/3
April 12th [1]
10/13
April 17th [2]   7/3
10/4
April 19th [1]
10/14
April 21st [1]   8/7
April 24th [1]   7/4
April 25th [1]   9/9
April 26 [1]   7/5
April 27th [2]   7/7
7/10
April 28th [6]   7/14
7/18 8/3 9/10 21/8
21/11
April 3rd [2]   10/3
10/12
area [1]   15/19
areas [2]   18/5 18/6
arises [1]   11/7
arrest [1]   14/24
arrive [1]   7/22
article [1]   13/22
assume [8]   3/8 4/21
19/17 19/18 19/24
20/2 20/4 20/5
assuming [1]   4/22
attached [1]   13/22
attack [1]   18/14
attention [1]   13/19
attorney [3]   11/10
14/11 14/25
attorneys [1]   21/3
authorize [1]   18/7
Avenue [1]   1/24
aware [3]   10/19
14/3 17/5
away [7]   11/9 11/15
14/24 15/11 15/14
20/14 20/25

**B**

back [2]   5/24 7/22
Bankruptcy [1]   1/23
bar [2]   16/20 16/22
barred [2]   18/5
18/8
bars [1]   17/20
BATES [1]   1/9
beforehand [1]
19/16
behalf [2]   3/19
11/17
belief [1]   4/4
benefit [1]   10/16
better [2]   8/20
9/12
bit [1]   8/20
block [1]   12/17
Both [1]   17/9
Brad [1]   13/6
brief [1]   3/19
briefing [1]   10/1
Briefly [1]   11/21
Broad [1]   1/13
brought [1]   13/19
building [2]   18/13
19/9
buildings [2]   18/25

21/1

**C**

calendar [2]   4/11
6/22
can [10]   2/9 7/23
8/17 10/14 10/16
17/5 17/16 19/1
19/22 20/13
Capitol [11]   14/18
15/5 16/1 16/9
16/22 17/2 17/17
18/13 18/25 19/8
21/1
care [1]   4/2
case [14]   2/2 4/4
5/21 6/3 9/22 15/16
15/19 15/21 18/16
19/17 19/21 19/23
19/25 20/18
case-in-chief [1]
19/21
cases [3]   4/23 15/4
19/20
category [1]   15/10
cavalier [1]   17/8
certain [1]   18/5
certainly [1]   15/15
certify [1]   22/4
chance [1]   11/19
change [3]   4/25
16/14 17/9
changes [2]   17/1
17/13
CHARITY [2]   1/6 2/3
chief [1]   19/21
CHRISTOPHER [1]
1/12
circumstance [1]
4/7
clarify [2]   17/17
17/17
clear [1]   15/16
cleared [3]   11/22
12/2 15/20
clearing [1]   12/11
COLUMBIA [1]   1/1
coming [1]   5/2
communications [1]
12/25
compliance [1]   11/7
complication [1]
4/4
complying [1]   17/8
concern [1]   11/10
concerning [1]   14/4
concerns [3]   11/16
16/3 16/12
concurrence [1]
16/17
condition [9]   11/12
16/4 16/14 16/14
16/23 17/19 20/14
20/21 20/23
conditions [15]
11/8 11/25 12/5
13/23 14/15 14/16
14/17 14/23 16/11
17/2 17/9 17/10
17/14 17/17 18/11

**C**

conference [9]   1/9
5/25 8/3 8/14 9/9
9/11 9/25 10/15
21/10
confirm [1]   20/13
Congress [1]   14/14
congressional [7]
11/13 14/14 17/18
17/24 18/6 18/25
21/1
congressman [2]
15/18 15/18
congresspeople [1]
15/6
congressperson [5]
17/20 17/22 19/2
19/3 19/4
congresspersons [1]
18/14
consider [1]   3/16
Constitution [1]
1/24
continue [1]   20/13
convert [1]   2/24
coordinate [1]   19/4
Counsel [2]   2/4 2/6
couple [3]   5/24
6/25 20/6
court [16]   1/1 1/22
1/23 4/13 4/14 4/23
11/9 13/17 13/17
14/10 14/25 16/12
20/13 21/2 21/9
22/3
courtroom [1]   2/4
Courts [1]   1/23
covered [2]   15/10
15/13
cr [1]   1/4
crime [1]   18/12
criminal [2]   1/3
2/2
CUBBAGE [9]   1/18
1/18 2/7 2/14 4/21
7/22 11/17 15/2
15/23
currently [1]   20/15

**D**

D.C [16]   11/9 11/12
11/16 13/11 13/20
13/20 14/10 14/13
14/13 14/24 15/19
16/1 16/8 16/18
17/4 20/14
Da'Shanta [1]   2/11
date [13]   3/10 3/11
3/21 4/3 5/23 5/24
5/25 6/18 8/18 8/19
19/14 19/15 22/10
dates [9]   2/25 3/12
3/13 5/25 6/1 8/25
9/17 9/19 10/2
day [5]   7/7 7/10
12/7 14/12 19/25
days [3]   11/13 12/4
19/21
DC [3]   1/5 1/19

1/25
deadline [1]   6/15
deal [1]   19/15
decide [1]   3/5
decided [1]   2/17
deciding [1]   5/22
defendant [3]   1/7
1/18 2/6
defendants [8]
11/14 14/18 16/2
16/19 16/23 18/12
18/17 20/15
defense [8]   3/21
4/18 5/8 6/6 8/12
11/4 19/22 19/25
definitely [2]   4/12
4/25
demonstrates [1]
17/10
determinations [1]
17/12
DFW [1]   7/25
dire [3]   6/1 8/6
9/7
directions [1]
12/11
disclosed [1]   12/21
discuss [1]   11/19
discussing [1]
10/16
Discussion [1]   7/20
disruption [1]   4/8
district [5]   1/1
1/1 1/10 1/23 13/12
DOJ [2]   1/13 1/15
DOJ-USAO [2]   1/13
1/15
done [2]   12/22 18/4
drive [1]   11/24
due [3]   9/8 10/2
10/12
during [3]   6/24 7/7
12/17

**E**

e-mail [1]   13/12
earlier [1]   13/14
earliest [1]   7/24
either [1]   3/14
eliminate [1]   16/15
else [7]   3/2 10/16
10/23 10/24 11/4
15/18 20/17
engage [2]   16/18
17/4
enough [1]   16/9
entering [1]   18/17
entitled [1]   22/5
ETHEN [2]   1/15 2/5
even [3]   4/7 5/10
15/7
event [1]   17/9
events [1]   16/24
everyone [1]   2/14
evidentiary [1]
5/17
ex [1]   13/16
exactly [2]   12/20
12/24
except [2]   11/9

14/24
excuse [1]   8/3
exhibit [4]   6/2
8/13 8/15 9/8
exhibits [2]   6/1
8/11
expect [1]   9/20
expert [3]   6/3 6/13
6/14
experts [8]   6/10
9/2 9/5 19/17 19/18
19/24 20/4 20/5
express [1]   16/14
expressly [1]   15/7
extend [3]   18/6
18/19 18/24
extended [1]   12/17

**F**

fact [1]   11/7
fall [1]   15/9
family [1]   11/13
far [1]   8/13
fashion [1]   6/20
February [5]   1/5
4/19 6/18 9/1 9/6
February 24th [4]
4/19 6/18 9/1 9/6
Federal [1]   6/9
felt [1]   12/12
file [4]   4/17 4/19
5/9 6/14
filed [4]   3/17 8/5
10/19 21/9
filing [2]   6/14
11/6
find [3]   6/24 9/12
12/24
firm [1]   19/15
first [6]   2/15 3/15
14/6 16/3 16/20
18/12
five [1]   14/12
five-day [1]   14/12
flaunting [1]   14/15
flight [1]   7/24
fly [1]   7/15
focused [1]   16/5
follow [1]   12/23
followed [1]   12/10
following [2]   11/8
16/13
For the Defendant [1]
1/18
foregoing [1]   22/4
forthcoming [1]
17/11
forward [2]   3/1
17/13
found [1]   12/22
Friday [4]   7/14
7/16 7/18 8/22
friend [1]   13/16
friend's [1]   13/16
front [1]   6/23
fulfill [1]   6/9
fully [1]   16/7
further [3]   3/17
17/15 20/7

**G**

gave [1]   12/2
general [1]   16/2
genius [1]   6/23
good [5]   2/11 2/14
2/20 2/21 8/8
government [15]
1/12 2/5 3/7 4/20
5/3 5/8 6/12 6/18
8/9 8/16 9/9 10/24
13/25 19/16 19/20
government's [1]
2/23
great [1]   3/22
guess [3]   3/12
11/17 13/7

**H**

Haley [3]   6/23 7/1
10/5
happening [1]   12/6
happens [1]   7/11
hear [3]   11/17 13/8
18/21
heard [2]   15/24
18/20
hearing [4]   2/25
5/17 5/20 12/4
help [1]   15/19
home [1]   13/17
Honor [43]
Honor's [2]   8/19
14/2
HONORABLE [1]   1/9
HOOK [3]   1/22 22/3
22/10
hoping [1]   2/24
huh [1]   5/13
husband [1]   13/16

**I**

identification [1]
9/5
identified [1]   10/2
identify [1]   2/9
imagine [1]   4/3
impact [1]   12/1
imposed [1]   16/23
inclination [1]
18/24
include [4]   11/8
16/19 18/6 18/19
including [1]   9/2
indicate [2]   7/4
15/24
indicated [1]   12/3
indicating [1]
13/13
indication [1]   2/15
inform [9]   6/12
16/15 16/16 17/3
18/1 18/4 19/1
19/11 21/4
informed [5]   2/17
12/16 12/19 13/12
16/7
informing [1]   15/25
initial [1]   14/23
instance [1]   5/16

instructions - probably

**I**

instructions [3]
  6/1 8/6 9/8
intend [1]   16/18
intended [2]   15/10
  15/17
intending [1]   6/13
intent [1]   14/8
interest [1]   18/15
interrupt [1]   7/9
interview [1]   12/23
into [1]   4/22
invitation [1]
  14/12
issues [1]   11/7

**J**

jail [2]   13/20
  14/13
January [10]   11/14
  14/18 15/4 16/2
  16/19 16/24 18/12
  18/16 18/16 20/15
JEFF [3]   1/22 22/3
  22/10
Jersey [1]   1/13
JOHN [1]   1/9
JUDGE [1]   1/10
jury [4]   6/1 8/6
  9/7 11/1

**K**

kids [2]   7/12 7/13

**L**

language [2]   16/4
  16/16
large [1]   11/23
last [1]   13/5
later [3]   8/18 8/19
  8/20
Law [1]   1/18
least [1]   3/16
leave [1]   5/21
length [1]   11/24
Lewis [2]   2/8 2/12
lifetime [1]   7/11
likely [2]   19/17
  19/23
limine [4]   9/19
  9/20 10/2 10/13
list [2]   8/13 8/16
lists [7]   6/2 6/2
  8/11 8/15 8/15 9/8
  9/8
little [2]   8/20
  17/8
long [4]   3/21 12/19
  19/8 19/16
look [2]   16/21
  16/21
looking [1]   10/1
lot [3]   15/4 19/15
  21/8

**M**

mail [1]   13/12
mainly [1]   19/2
makes [1]   16/25

manner [1]   6/11
many [4]   3/24 6/24
  6/24 18/13
March [3]   5/6 9/6
  9/7
March 17th [2]   5/6
  9/6
March 29th [1]   9/7
matter [1]   22/5
matters [1]   7/5
may [17]   3/11 3/11
  3/11 6/24 7/1 8/14
  11/1 11/3 11/18
  14/19 15/9 15/9
  15/12 15/12 16/18
  18/20 19/14
May 8th [7]   3/11
  3/11 3/11 7/1 11/1
  11/3 19/14
maybe [3]   8/22
  10/10 16/10
mean [5]   4/24 5/10
  12/6 12/22 15/6
means [2]   17/13
  18/7
meantime [1]   21/9
meet [2]   12/8 15/17
meeting [3]   11/13
  14/10 14/11
meetings [3]   11/9
  14/25 21/3
members [2]   11/14
  14/14
mentioned [1]   7/13
might [4]   5/17 7/8
  7/9 12/1
Minneapolis [1]
  1/16
Minnesota [1]   1/15
  13/12
MN [1]   1/16
modified [1]   20/24
moment [1]   19/18
Mondays [1]   10/8
month [1]   14/4
more [5]   3/25 4/1
  4/19 5/1 10/10
morning [2]   2/2
  2/11 2/14 2/20 2/21
  7/16 10/20
most [4]   3/20 3/23
  11/12 19/19
motion [5]   4/25
  5/16 5/16 5/19 9/19
motions [21]   3/13
  3/15 3/17 3/19 3/22
  4/3 4/19 4/22 4/23
  5/14 5/15 5/23 6/15
  8/4 9/1 9/1 9/6
  9/20 10/2 10/13
  19/15
move [1]   3/1
Mr. [8]   2/6 3/8 6/4
  6/23 7/1 9/3 10/5
  17/15
Mr. Amore [5]   2/6
  3/8 6/4 9/3 17/15
Mr. Haley [3]   6/23
  7/1 10/5
Ms. [27]

Ms. Cubbage [7]   2/7
  2/14 4/21 7/22
  11/17 15/2 15/23
Ms. Ethen [1]   2/5
Ms. Valentine-Lewis
  2/8
Ms. White [16]   2/4
  2/17 2/22 3/19 4/6
  11/8 11/11 11/18
  11/20 13/13 15/25
  16/7 16/11 16/16
  17/7 19/1
Ms. White's [2]   3/4
  20/18
must [1]   17/3

**N**

name [2]   13/4 13/5
NE [1]   1/19
necessarily [2]
  17/11 17/21
necessary [2]   16/21
  17/5
need [11]   2/15 3/12
  3/16 5/21 5/24 5/25
  6/1 8/5 9/17 9/25
  13/7
needs [1]   16/4
negotiable [1]   7/11
New [1]   1/13
Newark [1]   1/14
news [1]   12/7
next [2]   3/22 21/7
nice [1]   8/21
NICOLE [1]   1/18
  1/18
NJ [1]   1/14
non [1]   7/11
note [1]   15/3
notice [1]   6/14
number [2]   17/2
  17/3
NW [1]   1/24

**O**

o'clock [5]   7/22
  7/24 8/1 8/2 8/2
obligation [1]   8/16
obligations [1]   6/9
occurred [1]   18/13
off [1]   7/20
offense [1]   16/10
offer [2]   2/18 2/23
office [4]   1/18
  17/24 18/25 21/1
officer [10]   2/8
  2/9 2/10 12/3 12/24
  13/1 13/2 13/4
  15/17 15/25
officers [1]   16/7
offices [3]   17/18
  18/6 18/18
official [2]   1/23
  22/3
officials [1]   15/9
once [2]   7/11 7/13
one [11]   4/5 5/15
  5/22 7/2 7/10 10/6
  11/14 13/21 14/21
  17/2 18/4

ones [1]   5/1
only [3]   7/11 8/16
  20/18
open [3]   4/11 5/21
  18/19
opportunity [2]
  3/19 12/8
opposition [1]
  10/11
oppositions [2]   9/6
  10/13
order [2]   15/14
  17/16
out [2]   12/22 12/24
outside [2]   13/20
  15/9
overstate [1]   16/5

**P**

p.m [3]   8/4 9/10
  21/13
particular [3]
  12/24 19/2 19/3
particularly [1]
  9/21
pass [1]   17/5
penalty [2]   14/5
  14/8
people [1]   12/12
perhaps [1]   2/18
permission [1]   19/2
permits [1]   11/16
permitting [1]   3/17
person [3]   9/12
  9/13 9/16
personally [1]
  18/14
perspective [2]
  10/22 10/22
perspectives [1]
  10/17
pertains [1]   20/14
phone [2]   13/2 13/8
place [4]   3/12
  18/12 20/22 20/24
Plaintiff [1]   1/4
planned [1]   13/17
plea [5]   2/16 2/17
  2/23 2/25 3/5
possibility [1]
  11/25
Possibly [2]   6/7
  6/8
posts [1]   13/21
prefer [1]   9/13
preference [1]   8/18
prejudice [1]   4/6
prepared [3]   4/20
  5/4 5/8
present [1]   2/4
Presumably [1]
  18/13
pretrial [38]
pretrial's [1]
  13/19
previously [1]   2/25
prior [2]   10/15
  17/9
probably [4]   3/25
  5/11 15/23 19/25

**P**

probation [1]   12/12
proceed [3]   2/23
3/5 3/6
proceeded [1]   4/2
proceeding [3]   2/16
4/5 4/5
proceedings [2]
21/13 22/5
produce [1]   6/13
prohibition [1]
15/5
prohibits [1]   17/2
provide [2]   8/12
8/13
provision [1]   11/15
PSA [3]   11/10 14/25
15/1
pulling [1]   6/23
purposes [1]   14/10
put [2]   3/12 19/20
puts [1]   13/23
putting [1]   12/7

**R**

raised [1]   11/11
raises [2]   11/16
16/12
Rappaport [2]   13/5
13/6
read [1]   4/21
ready [2]   3/20 3/24
really [1]   12/23
rearrest [1]   14/4
reason [2]   18/10
18/11
reasons [2]   11/15
12/16
received [1]   13/13
recently [1]   11/12
reciprocal [1]   6/19
record [3]   2/9 7/20
22/5
refers [1]   17/18
reject [1]   2/17
rejecting [1]   2/23
relating [1]   16/24
release [8]   12/10
13/24 14/9 14/16
14/23 16/10 17/6
18/17
relevant [1]   12/12
remain [1]   12/10
remaining [1]   11/1
remains [1]   11/3
replies [5]   5/9 9/7
10/3 10/12 10/14
report [1]   13/23
Reporter [3]   1/22
1/23 22/3
represented [4]   2/5
2/6 13/8 15/9
representing [1]
12/16
request [1]   19/1
require [2]   5/17
8/12
required [1]   6/19
reset [1]   2/25

resolved [3]   8/4
9/25 10/14
respect [9]   3/14
5/15 6/10 8/15 9/11
11/7 11/18 16/8
19/23
respond [2]   4/20
5/4
responses [1]   10/3
responsible [1]   4/7
resulted [1]   17/9
return [1]   13/17
revoke [2]   16/10
17/6
right [12]   3/4 3/11
4/1 5/7 5/14 6/17
9/23 14/22 19/6
19/12 20/17 20/19
Room [1]   1/24
rules [2]   6/9 6/20
rulings [1]   21/10

**S**

safely [1]   12/5
saying [1]   18/1
schedule [8]   4/2
4/8 5/14 5/20 5/22
9/1 9/18 10/1
scheduled [2]   2/25
19/7
second [4]   7/2 10/6
14/3 16/10
seem [2]   16/6 17/7
seems [3]   12/6
15/23 16/6
segment [1]   11/23
sense [2]   16/25
19/16
separate [1]   18/3
services [21]   2/8
2/10 2/12 11/22
12/12 13/8 14/11
15/17 15/20 16/17
16/20 17/3 17/12
18/7 19/1 19/5
19/11 20/11 21/3
21/4 21/5
set [5]   3/21 9/17
11/1 11/3 14/17
seven [3]   3/25 4/1
4/19
several [1]   11/13
share [1]   19/22
shorter [1]   10/1
shown [1]   17/7
side [1]   3/14
simply [1]   14/9
someone [1]   19/7
soon [1]   7/23
sorry [1]   20/12
sound [1]   7/19
South [1]   1/16
speaking [1]   12/21
specific [2]   15/5
15/25
specifically [1]
16/5
specified [1]   20/24
specify [1]   14/18
specifying [1]

20/25
staff [1]   11/13
staffers [1]   14/14
stands [1]   3/14
stated [1]   15/7
statements [2]   5/16
5/19
STATES [4]   1/1 1/3
1/10 2/3
status [2]   1/9 2/25
stay [10]   11/9
11/15 12/1 14/12
14/24 15/11 15/13
20/14 20/22 20/25
staying [3]   12/3
13/15 20/23
still [2]   8/21
19/10
storm [1]   12/6
Street [3]   1/13
1/16 1/19
subject [1]   11/15
submit [1]   3/19
sufficiently [1]
5/23
suggestion [1]   4/10
Suite [2]   1/13 1/19
supervised [1]   14/9
supervising [1]
20/16
support [2]   16/2
16/19
supposed [1]   12/14
suppress [2]   5/16
5/19
sure [5]   12/4 12/13
12/20 15/22 18/13
surrounding [2]
17/18 17/23

**T**

talk [2]   14/5 14/6
talking [2]   3/24
12/21
telephone [1]   2/7
telling [1]   12/11
term [2]   6/8 16/2
terms [3]   14/9
16/11 18/11
Texas [1]   7/16
therefore [2]   3/5
18/15
though [2]   4/7 15/7
three [3]   5/5 5/8
19/21
timely [2]   6/10
6/20
today [3]   2/16
10/17 13/18
tomorrow [1]   13/18
took [1]   18/14
totally [1]   17/11
touching [1]   20/17
track [2]   4/5 4/6
traditional [1]   5/1
transcript [2]   1/9
22/4
travel [2]   12/1
12/11
traveling [1]   13/14

traverse [1]   12/5
trial [16]   2/24 3/5
3/6 3/10 3/10 5/23
5/24 6/13 6/24 6/25
7/3 7/4 8/14 11/1
19/14 19/15
true [1]   22/4
Tuesday [1]   8/23
turn [2]   2/15 13/7
Twitter [1]   13/21
two [8]   3/22 4/9
6/15 17/3 18/4 18/5
19/21 19/25

**U**

U.S [1]   1/23
Uh [1]   5/13
under [2]   6/9 6/19
UNITED [4]   1/1 1/3
1/10 2/3
unless [1]   16/22
unlikely [1]   16/7
up [5]   4/11 6/23
8/14 12/20 12/23
USAO [2]   1/13 1/15
use [1]   16/1
usually [1]   9/12

**V**

vague [1]   6/8
Valentine [2]   2/8
2/12
Valentine-Lewis [1]
2/12
venue [1]   4/25
verify [1]   14/25
victims [1]   18/15
VICTORIA [2]   1/6
2/3
violating [1]   16/11
violation [6]   10/19
11/11 13/23 14/3
14/4 14/6
Virginia [2]   13/14
13/15
visit [2]   19/2 19/7
visiting [6]   14/13
14/13 15/5 15/6
17/20 17/22
visits [2]   16/8
16/22
voir [3]   6/1 8/6
9/7

**W**

Washington [11]   1/5
1/19 1/25 11/9
13/11 13/20 14/12
14/24 15/19 19/11
21/2
way [1]   4/2
weather [2]   11/25
12/5
week [6]   6/25 7/3
7/3 8/6 10/10 13/14
weekdays [1]   10/4
weeks [8]   3/22 4/9
5/6 5/8 6/16 6/24
6/25 20/6
what's [2]   8/18

**W**

what's... **[1]**  20/20
WHITE **[18]**  1/6 2/4
2/4 2/17 2/22 3/19
4/6 11/8 11/11
11/18 11/20 13/13
15/25 16/7 16/11
16/16 17/7 19/1
White's **[2]**  3/4
20/18
who's **[1]**  13/2
wish **[2]**  13/9 17/4
wishes **[1]**  2/23
within **[4]**  3/22 4/9
19/21 20/6
witness **[6]**  6/2
8/11 8/13 8/15 8/15
9/8
witnesses **[1]**  6/3
Woodbridge **[2]**
13/14 13/15
work **[5]**  5/24 7/22
8/7 9/12 18/18