AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-CR-00563 (JDB) |
| VICTORIA CHARITY WHITE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VICTORIA CHARITY WHITE                                                           .

Date:   03/20/2023

/s/ Edward L. Tarpley, Jr
*Attorney's signature*

Edward L. Tarpley, Jr. LA Bar # 12657
*Printed name and bar number*

Edward L. Tarpley, Jr.
A Professional Law Corporation
819 Johnston St, Alexandria, LA 71301

*Address*

edwardtarpley@att.net
*E-mail address*

(318) 487-1460
*Telephone number*

(318) 487-1462
*FAX number*