## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**VICTORIA CHARITY WHITE,**<br>Defendant. | Criminal Action No. 21-563 (JDB) |

### ORDER

Upon consideration of the entire record herein, and for the reasons discussed at the March 22, 2023 status conference, it is hereby **ORDERED** that the schedule set forth in [54] the February 10, 2023 pretrial scheduling order is **VACATED**; and it is further **ORDERED** that the following schedule shall govern pretrial proceedings:

- The government shall respond to defendant's existing motions [ECF Nos. 55, 56, and 57] by not later than April 21, 2023; the defendant shall reply to those oppositions (including any supplement to the existing motions) and file any new motions by not later than May 19, 2023; the government shall file responses to the new motions and, if applicable, sur-replies to any supplement to the existing motions by not later than June 9, 2023; and the defendant shall file any replies in support of her new motions by not later than June 23, 2023;

- The government shall file any opposition to defendant's proposed expert by not later than May 19, 2023; the defendant shall file her response by not later than June 9, 2023; and the government shall file any reply by not later than June 23, 2023;

- The parties shall file any motions in limine by not later than August 4, 2023; oppositions shall be filed by not later than August 18, 2023; and replies shall be filed by not later than August 25, 2023;

- The parties shall file proposed voir dire questions and jury instructions by not later than August 29, 2023;

- A status conference and, if necessary, motions hearing is scheduled for July 19, 2023 at 11:00 a.m. via Zoom;

- A pretrial conference is scheduled for September 5, 2023 at 2:00 p.m. via Zoom; and

- Trial is scheduled to begin on September 14, 2023 at 9:30 a.m. in Courtroom 30.

1

**SO ORDERED.**

/s/<br>JOHN D. BATES<br>United States District Judge

Dated: March 22, 2023