# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **V.** | Case No. 21-CR-00563 (JDB) |
| **VICTORIA CHARITY WHITE** | |
| *Defendant* | |

## MOTION TO WITHDRAW AS COUNSEL

Edward L. Tarpley, Jr., attorney of record for VICTORIA CHARITY WHITE, the defendant in the above-captioned case, respectfully moves this Honorable Court for an order allowing undersigned counsel to withdraw as attorney of record.

## STATEMENT OF FACTS

On April 16, 2023, Ms. White privately terminated undersigned counsel in writing via text message. Undersigned counsel has made multiple unsuccessful attempts to communicate with Ms. White since that time, including calling her on April 20, 2023 at 2:36 PM CST.

WHEREFORE, it is respectfully requested that considering the abovementioned facts, this court issue an order permitting undersigned counsel to withdraw as attorney of record, and by doing so relieve him of any further obligation to this case.

Dated: Alexandria, Louisiana
April 20, 2023

Respectfully Submitted,

/s/ Edward L. Tarpley, Jr
Edward L. Tarpley, Jr.
A Professional Law Corporation
Louisiana Bar No. 12657
819 Johnston Street
Alexandria, Louisiana 71301
Phone: 318-487-1460
edwardtarpley@att.net