## CERTIFICATE OF SERVICE

On April 20, 2023, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

/s/ Edward L. Tarpley, Jr
Edward L. Tarpley, Jr.