NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                         Criminal Number

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA           ☐ RETAINED           ☐ FEDERAL PUBLIC DEFENDER

*Zach Crowdes*

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

AT0010901
*(Attorney & Bar ID Number)*

*(Firm Name)*

*(Street Address)*

*(City)*         *(State)*         *(Zip)*

*(Telephone Number)*