# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-CR-563 (JDB)** |
| v. | : | |
| | : | |
| | : | |
| **VICTORIA CHARITY WHITE,** | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

The United States hereby moves this Court to amend the current scheduling order (ECF No. 63) to change the government's deadline to file any opposition to the defendant's proposed expert from May 19, 2023, to June 9, 2023; and to change the deadline for the defendant to file a response from June 9, 2023, to June 23, 2023.

As the Court is aware, on April 26, 2023, current defense counsel, Brad Hansen, filed a notice of attorney appearance. Government counsel conferred with Mr. Hansen on May 12, 2023, and advised that the defense's Notice of Intent to Introduce Expert Evidence (ECF No. 59), filed by prior counsel, does not satisfy the requirements of Fed. R. Crim. P. 16(b)(1)(C)(iii) with respect to the contents of the disclosure.

Therefore, additional time is needed for the defense to file an amended Notice of Intent to Introduce Expert Evidence that complies with Rule 16 and for the government to file its opposition to the amended Notice. Counsel for the defendant consents to this request.

WHEREFORE, the United States respectfully requests that the Court amend the current scheduling order as follows:

> The defendant shall file any amended Notice of Intent to Introduce Expert Evidence by May 26, 2023; the government shall file any opposition to defendant's proposed expert notice not later than June 9, 2023; the defendant shall file her response not later than June 23, 2023; and the government shall file any reply not later than July 7, 2023.

All other dates in the current Scheduling Order shall remain unchanged.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:     *s/ Christopher D. Amore*
CHRISTOPHER D. AMORE
Assistant U.S. Attorney
Capitol Siege Detailee
NY Bar No. 5032883
601 D. Street, NW
Washington, DC 20530
Christopher.Amore@usdoj.gov
(973) 645-2757