IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VICTORIA CHARITY WHITE,<br><br>    Defendant. | No. 1:21-cr-563-JDB<br><br>**DEFENDANT'S NOTICE REGARDING EXPERT** |

COMES NOW, Defendant Victoria Charity White, by and through her counsel, to withdraw the Notice of Intent to Introduce Expert Evidence filed on February 24, 2023. (Doc. 59). At this time, undersigned counsel do not anticipate calling any experts at trial in this matter.

Respectfully submitted,

*/s/ Brad Hansen*
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: brad_hansen@fd.org

*/s/ Zach Crowdes*
FEDERAL DEFENDER'S OFFICE
222 Third Ave. SE, Suite 290
Cedar Rapids, Iowa 52401
PHONE: (319) 363-9540
EMAIL: zach_crowdes@fd.org

ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to all assigned attorneys.

*/s/ Theresa McClure*