IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIA CHARITY WHITE,<br><br>Defendant. | No. 1:21-cr-563-JDB<br><br>**DEFENDANT'S NOTICE REGARDING DEFENDANT'S PRETRIAL MOTIONS** |

COMES NOW, Defendant Victoria Charity White, by and through her counsel, and states the following:

1. Defendant filed Motion to Dismiss Counts 1 (ECF 55), Motion to Dismiss Counts 2 and 3 (ECF 56), and Motion to Transfer Venue (ECF 58).

2. The Government filed Opposition to Defendant's Motion to Transfer Venue (ECR 65), Opposition to Motion to Dismiss Count 1 (ECF 66), and Opposition to Motion to Dismiss Counts 2 and 3 (ECF 67).

3. Defendant does not intend to file replies to the Government's oppositions and will rely on Defendant's previously filed motions.

    Respectfully submitted,

*/s/ Brad Hansen*
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: brad_hansen@fd.org

                                                    _/s/ Zach Crowdes_
                                                    FEDERAL DEFENDER'S OFFICE
                                                    222 Third Ave. SE, Suite 290
                                                    Cedar Rapids, Iowa 52401
                                                    PHONE:  (319) 363-9540
                                                    EMAIL:  zach_crowdes@fd.org
                                                    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2023, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to all assigned attorneys.

                                                  _/s/ Theresa McClure_