UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No: 21-CR-563 (JDB) |
| | : | |
| VICTORIA CHARITY WHITE, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the United States' Motion for Early Return of Trial Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c), it is hereby ORDERED:

1. That GiveSendGo, LLC (GiveSendGo.com) be required to comply with Trial Subpoena No. TR20230519102623 by producing records as described in the Attachments to those subpoenas, a redacted copy of which were appended to the government's motion;

2. That GiveSendGo, LLC (GiveSendGo.com) in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia before June 16, 2023;

3. That the United States shall produce any subpoena results received promptly to the defendant through the discovery process; and

4. That the United States may grant either of the entities subpoenaed any requested necessary extensions of time to comply with the subpoenas.

So ordered.

Date: _____  _____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE