

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*
*Patrick Henry Building*
*601 D Street N.W.*
*Washington, D.C.  20530*

May 19, 2023

VIA Electronic Mail

GiveSendGo
8 The Green, Suite A
Dover, DE  19901
Attn: Custodian of Records

       Re:   U.S. v. Victoria White
          Crim. No. 21-CR-00563 (JDB)
          Trial Subpoena No. TR202305119102623

Dear GiveSendGo:

    Enclosed is a trial subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with the trial of the above-referenced case.  The subpoena directs you to appear on **9/14/2023** before Judge John D. Bates in Courtroom #30A at **9:00 AM**. The subpoena also requires you to appear with the requested records as described in the attached subpoena.

    In lieu of appearing at the above-referenced status hearing, you may electronically produce the documents requested in the attached subpoena, along with the completed declaration attached to that subpoena, at the contact information provided in the attachment to the subpoena by **6/14/2023**.

    We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

         Sincerely,

         Matthew M. Graves
         United States Attorney

       By: */s/ Christopher D. Amore*
         Christopher D. Amore
         Attorney (Detailed to USAO-DC)

Government Exhibit

1

21-563 (JDB)

AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Victoria White | ) | Case No. 21-CR-00563 (JDB) |
| *Defendant* | ) | |
| | ) | |

## District of Columbia

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

GiveSendGo
8 The Green, Suite A
Dover, DE  19901
Attn: Custodian of Records

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place of Appearance: U.S. District Courthouse for the District of Columbia<br>333 Constitution Avenue, N.W,<br>Washington, D.C. 20001 | Courtroom No.: 30A, 6th Floor Annex |
| | Date and Time: Wednesday, June 14, 2023 at 9:00 AM |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*

*(SEAL)*

Date:  May 19, 2023

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America
,_____ who requests this subpoena, are:

Christopher D. Amore, Attorney (Detailed to USAO-
DC) United States Attorney's Office for the District of
Columbia 601 D Street N.W.
Washington, DC  20530
Phone: 973-645-2757
Email: christopher.amore@usdoj.gov

Subpoena  #TR20230519102623
USAO #2021R01275
In re PVO:  18 U.S.C.§1752a1
Preparer:  CEJIKEME

AO 89  (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  21-CR-00563 (JDB)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  GiveSendGo_____
was received by me on *(date)* _____.

_____

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or,_____

☐  I returned the subpoena unexecuted because: _____

_____
.

Unless the subpoena was issued on behalf of the United States, or one of its officers or
agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed
by law, in the amount of $_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date: _____                                   _____
                                                            *Server's signature*


                                                       _____
                                                            *Printed name and title*


                                                       _____
                                                            *Server's address*


Additional information regarding attempted service, etc.:

**SUBPOENA #TR20230519102623**

**U.S. Department of Justice**                    Request for Financial Information Under the Right to Financial Privacy Act (RFPA)
Washington, D.C. 20530                            (Authorization, Purchase Order and Receiving Report)

This form shall be used when requesting financial records of individuals and partnerships of five or fewer individuals under the RFPA.

| 1 Tracking Number:<br>**TR20230519102623** | 2 Date Order Prepared:<br>**5/19/2023** | 3 USAO Number:<br>**2021R01275** |
|---|---|---|

## Section A - Authorization and Purchase Order

| 4 Name and Address of Financial Institution:<br>**GiveSendGo**<br>**8 The Green, Suite A**<br>**Dover, DE  19901** | Funding Certification & Authorization: | A. _____<br>Budget Official Signature  Funding Available  Date<br>B. _____<br>Approving Official Signature            Date |
|---|---|---|

| 5 Deliver Records To:<br>**Allison Ethen**<br>**601 D Street N.W.**<br>**Washington, DC  20530**<br>**Allison.ethen@usdoj.gov** | Send Completed USA-211 Form & Invoice To: | 6 Return Date<br>**6/14/2023** |
|---|---|---|

7 Remarks: Do not proceed with compliance if the total cost will exceed  $200.00  without prior approval.  To obtain approval, call the requestor listed in Item 8.

If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment.  Please see attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor:<br><br>**Christopher D. Amore/CEJIKEME** | 9 Telephone Number: | 10 Date of request:<br><br>**5/19/2023** |
|---|---|---|

## Section B - Financial Institution Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number:<br>11B Tax ID Number: | Quantity | Unit Price Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| 11C Service(s)/Records Provided: | | | | |
| A. Searching and processing costs (clerical or technical personnel) | | $22.00 | Hour | |
| B. Searching and processing costs (management/supervisory personnel | | $30.00 | Hour | |
| C. Searching and processing costs (computer support specialist) | | $30.00 | Hour | |
| D. Reproduction Costs (Photocopying) - **Note: Copy charges will be disallowed if | | $0.25 | Page | |
| the information is stored electronically, unless the US Attorney's Office requests paper. | | | | |
| E. Reproduction Costs (Paper Copies of Microfiche: provide justification) | | $0.25 | Frame | |
| F. Reproduction Costs (Duplicate Microfiche: provide justification) | | $0.50 | Microfiche | |
| G. Storage Media Cost (e.g., Compact Disc, DVD, etc., at Actual Cost) | | | | |
| H. Transportation Costs (Direct Costs Only) | | | | |

In Item #12, pursuant to 18 U.S.C. § 1001, I certify under penalty of perjury that, to the best of my knowledge, the services invoiced above (or in an invoice submitted along with this certification) accurately identify the actual quantities of hours, pages, and microfiche and that any other charges represent the actual costs of the services or goods being invoiced or, if actual costs cannot be identified, the charges represent good faith estimates of the actual or direct costs. I further certify under penalty of perjury that all services invoiced were not performed relative to corporate accounts and pertain only to accounts of

| 12 Signature of Financial Institution Official: | 13 Date Signed: | Total Amount Claimed<br>By Financial Institution | |
|---|---|---|---|

| ## Section C - Receiving Report | | 16 Disallowance<br>(See Attached) | |
|---|---|---|---|
| 14 I certify that the articles and services listed were received: | 15 Date Received: | 17 Net to<br>    Financial<br>    Institution | |

| 18 Right to Financial Privacy Act - Public Law 95-630<br>(12 U.S.C. 3401-3422) Request Pursuant To:    *(Check One Only)* | | 19 Signature of Approving Official:          Date: |
|---|---|---|

|  | SECTION | | OBJECT CLASS | 20 Funding Source<br><br>Accounting Code:<br><br>Program |
|---|---|---|---|---|
| ☐ | 3404 | Customer Authorization | 2545 | |
| ☐ | 3405 | Administrative Subpoena or Summons | 2545 | |
| ☐ | 3406 | Search Warrant | 2545 | |
| ☐ | 3407 | Judicial Subpoena | 2545 | |
| ☐ | 3408 | Formal Written Request | 2545 | |
| ☒ | 3413 | Grand Jury Subpoena | 2545 | |
| ☐ | 3414 | Special Procedures | 2545 | |

21 Other Accounting/Fund Information:
Program Code:                    Project Code:
YREGDOC:
Call Number (if applicable):

22 Remarks:

OBL Month (YRMO):

TAX ID Number:

To the best of my knowledge, the financial records received, for which we are being billed, are those of an individual or partnership of five or fewer individuals.

Signature of United States Attorney's Office Representative                    Date

FORM USA-211
DEC. 2015

# <u>DECLARATION OF CUSTODIAN OF RECORDS</u>

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
*(name of declarant)*

    I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.  I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

    I am in receipt of a United States District Court Subpoena #TR20230519102623 dated May 19, 2023, signed by Attorney (Detailed to USAO-DC) <u>Christopher D. Amore</u>, requesting specified records of the business named below.

    Attached hereto are _____ pages of records regarding _____
*(Brief description  of type of documents being subpoenaed)*
_____ responsive to the subpoena.  I understand  how these responsive documents were created.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

    (1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

    (3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
*(date)*

_____
*(signature of declarant)*

_____
*(name and title of declarant)*

_____
*(name of business)*

_____
*(business address)*

_____
*(business address)*

<u>Definitions of terms used above</u>: As defined in Fed.R.Evid. 803(6),  "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**ATTACHMENT**
**SUBPOENA TO GIVESENDGO, DATED May 19, 2023**
**U.S. v. Victoria White**
<u>**Crim. No. 21-CR-00563 (JDB)**</u>
**Trial Subpoena No. TR20230519102623**

Please provide any and all records/information from **January 6, 2021, to the present** for accounts associated with any of the following identifiers:

**URL:** ███████████████████████████
**Account Name / Title:** Legal Fund for Victoria White
**Individual:**  Victoria White, DOB ████████

The provided records should include, but not be limited to, the following documents and data:

a.  Account owner's names (including subscriber names, user names, and screen names);
b.  Length of Service (including start date) and types of service utilized;
c.  Account owner's addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
d.  Account owner's telephone numbers;
e.  All fundraising beneficiary information;
f.  Information related to all addresses utilized in deposit and withdrawal of funds;
g.  Any and all IP addresses used to access the account as an account owner, creator, or manager;
h.  All transaction records, incoming and outgoing, related to the accounts utilized by the individuals and entities;
i.  All records or other information related to donor transactions, including but not limited to all records of donor identities (to include anonymous donors), records of the dates and amounts of donations, IP addresses associated with donations, and means and source of payment;
j.  Information related to all bank accounts or third party processor accounts related to the individuals/entities identified through the subpoena.

**Please send records and direct any questions to:**

**Special Agent Tricia Whitehill**
**Federal Bureau of Investigation**
**2900 43rd Street NW, Suite 500**
**Rochester MN 55901**
██████████████