# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 21-cr-563 (JDB) |
| v. | : |
| | : |
| VICTORIA CHARITY WHITE, | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States of America requests that the Court enter the appearance of Assistant United States Attorney Shalin Nohria as counsel of record for the government.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:    */s/ Shalin Nohria*
Shalin Nohria
Assistant United States Attorney
D.C. Bar No. 1644392
United States Attorney's Office
601 D St. NW, 6.713
Washington, D.C.,
202-344-5763
shalin.nohria@usdoj.gov