IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 21-cr-00563 (JDB) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | DEFENDANT'S SENTENCING |
| VICTORIA CHARITY WHITE, ) | MEMORANDUM |
| ) | |
| Defendant. ) | |

Victoria Charity White, through counsel, hereby submits the following sentencing memorandum for the sentencing set at 2:00 p.m. on November 20, 2023.

### I. Witnesses

Ms. White does not anticipate calling any witnesses at the sentencing hearing.

### II. Exhibits

Ms. White anticipates submitting the following exhibit at the sentencing hearing:

A. Video of Defendant on steps of West Terrace;

B. Video of Defendant on steps of West Terrace, alternate angle;

C. Closed Circuit TV video of Lower West Terrace tunnel; and

D. Law Enforcement body worn camera video of Defendant's apprehension.

### III. Issues

There are no disputed issues to be resolved at sentencing. A brief in support of the Defendant is attached.

Respectfully submitted,

*/s/ Zach Crowdes*
FEDERAL DEFENDER'S OFFICE
222 Third Ave SE, Suite 290
Cedar Rapids, Iowa 52401
PHONE: (319) 363-9540
E-MAIL:   zach_crowdes@fd.org

*/s/ Brad Hansen*
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE:   (515) 309-9610
FAX: (515) 309-9625
EMAIL:   brad_hansen@fd.org

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By:   */s/ Angie McClain*