UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VICTORIA CHARITY WHITE,<br>        Defendant. | Criminal Action No. 21-563 (JDB) |

## ORDER AMENDING SENTENCE

On November 20, 2023, the Court sentenced Victoria Charity White on Count 1s of the Superseding Indictment to eight days of incarceration, to be served on weekends, followed by a two-year term of supervised release.  As a condition of supervised release, the defendant was ordered to serve 90 days of home detention (location monitoring).

Upon consideration of the recommendation of the U.S. Probation Office, the Court hereby amends the sentence as follows:  White is sentenced to a two-year term of probation.  As a condition of probation, White must serve eight days of intermittent confinement, which shall be served over four consecutive weekends, beginning at 8:00 a.m. on Saturday and ending at 8:00 a.m. on Monday, at a facility designated by the Bureau of Prisons.  Following the completion of the intermittent confinement, the defendant is ordered to serve 90 days of home detention (location monitoring) as a condition of probation.

    **SO ORDERED.**

                                                                    /s/
                                                        JOHN D. BATES
                                                    United States District Judge

Dated: November 22, 2023